# United States District Court

__SOUTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

**MEIER JASON BROWN**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-53m

I, __U.S. Postal Inspector Marla McLendon__ undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 30, 2002__ in __Liberty__ County in the __Southern__ District of __Georgia__, defendant(s) did, (Track Statutory Language of Offense)

in the U.S. Post Office, Fleming, Georgia, Liberty County, a place within the special territorial jurisdiction of the United States, the defendant did unlawfully kill Ms. Sallie Louise Gaglia, Postmaster Relief, an officer and employee of the United States, while engaged in the performance of her official duties, by stabbing, in the perpetration of a robbery, and did assault Ms. Gaglia, having lawful charge, custody, and control, of United States money and other property of the United States, with intent to rob, steal, and purloin said money and other property of the United States, and in so doing put the life of the said Ms. Gaglia in jeopardy by the use of a dangerous weapon, that is, a knife.

in violation of Title __18__ United States Code, Section(s) __1111, 1114, and 2114__.

I further state that I am a(n) __United States Postal Inspector__ and that this complaint is based on the following facts:
<br>Official Title

SEE ATTACHED AFFIDAVIT BY MARLA MCLENDON, U.S. POSTAL INSPECTOR.

Continued on the attached sheet and made a part hereof:   **X** Yes  ☐ No

Signature of Complainant
MARLA MCLENDON
UNITED STATES POSTAL INSPECTOR

Sworn to before me and subscribed in my presence,

__12-6-02__     at     __Savannah, Georgia__
Date                    City and State

**Honorable G. R. Smith, U.S. Magistrate Judge**     Signature of Judicial Order

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marla F. McLendon, first being duly sworn, depose and state that I am a United States Postal Inspector assigned to the Savannah, Georgia office of the Southeast Division of the United States Postal Inspection Service. I have been a Postal Inspector for the past nine years. As part of my official duties, I investigate crimes committed against the U.S. Postal Service and postal employees during the course of their duties, including armed robbery and homicide, all in violation of United States Code, Title 18, Section 1111, Murder; Section 1114, Protection of Officers and Employees of the United States; and Section 2114, Mail, Money or other Property of the United States. This affidavit is based upon facts and information from personal investigation and as related to your affiant by other law enforcement officers. This affidavit is made in support of a criminal complaint against MEIER JASON BROWN. Your affiant deposes the following:

1. On November 30, 2002, at about 10:51am, the body of Sallie Louise Gaglia was found inside the US Post Office, Fleming, Ga, in Liberty County. Ms. Gaglia was identified as the Postmaster Relief, a federal employee, for the Fleming Post Office. Between 10:40 and 10:50am on November 30, 2002, a customer entered the post office and found Ms. Gaglia's body lying on the floor. The witness summoned medical personnel and law enforcement who arrived within minutes and secured the scene. Examination of the crime scene determined that Ms. Gaglia was stabbed with what appears to be a knife or other sharp cutting instrument multiple times over the front and back of her body. Based on a review of the materials at the scene, it appears she was in the process of preparing to close the post office for the day and was processing the day's receipts. Among the transactions found to have been made were the sale of four US Postal Money Orders in the amounts of $500.00, $500.00, $20.00 and $175.00. A check of interior of the facility failed to locate the monies received for the sale of the money orders. A financial review of the Post Office confirmed the sale of the four money orders and also confirmed the funds for the purchase of these money orders was missing from the Post Office. Further check of Ms. Gaglia's pocket book, which was on a chair by the desk, determined her wallet containing her license, credit cards, and personal papers were missing. Based on these factors, the motive of the incident was felt to be robbery.

2. An autopsy conducted by the Georgia Bureau of Investigations, Medical Investigations Division, Atlanta, Georgia, determined Ms. Gaglia died from multiple stab wounds. The victim was stabbed ten times – twice in the chest area, twice on the wrist, and six times in the back. The medical examiner stated the killer probably retained some blood from the attack on his clothing and shoes. Examination of the interior of the facility resulted in the location of numerous areas of blood as well as hand prints and foot prints which were made after coming into contact with the blood of Ms. Gaglia.

3. While conducting interviews with personnel located in the area of the post office, contact was made with the rural route carrier for Fleming, GA, who stated that on the morning of November 30, 2002, between 8:00 and 9:30am, an unidentified male was overheard attempting to access a post office box. Based on the conversation overheard by the rural carrier, the male making inquiry to the post office box was apparently not a registered user of the box. The carrier overheard Ms. Gaglia ask the male what his name was and he replied "JASON". The carrier reported the voice seemed to be that of an African American male.

4. Interviews with various witnesses who live in the area of the post office identified two separate witnesses who described seeing an African American male at or near the post office prior to the time frame established as the time of the attack on Ms. Gaglia. One of the witnesses described the African American male as being in his late 20's or early 30's, weighing approximately 180 lbs and bearing facial hair. This witness reported she had seen the male riding a bicycle towards the post office about five minutes before the suspected time of this incident.

5. A second witness described an African American male who was seen on a bicycle near the railroad crossing immediately adjacent to the post office approximately 10 minutes prior to the time frame established as the time of the attack on Ms. Gaglia. This witness described the male as approximately 25 to 26 years of age, 5'10" to 6'00" with a stocky build.

6. On December 3, 2002, a confidential source contacted the Liberty County Sheriff Department and

reported he had information pertaining to this incident. The source was subsequently interviewed by Detectives of the Liberty County Sheriff Department and Postal Inspectors.

7.   The source reported he was a life long friend of MEIER JASON BROWN and had heard from an unidentified source on Monday night, 12-02-02, that Jason Brown was involved in the murder at the Fleming Post Office. The CS stated his source provided the following information:

Jason Brown was at the residence of the Morgan family, who reside on Leroy Coffer Highway, Fleming, GA, on Saturday morning, 11-30-02, trying to obtain some money. He was refused and was overheard stating, "I will go and get some." Brown left the residence and returned on a bicycle, appearing to be very nervous. Brown used a telephone to call for a ride from his girlfriend who lives off of Quacco Road, Savannah, Georgia, in Chatham County, who came to pick him up in her vehicle. Brown stated he went over the counter in the Post Office and surprised the lady coming from the restroom and had to kill her because she knew him. Brown threw the knife into a wooded area while riding the bicycle from the Fleming Post Office south on Fleming Loop Road back to the Morgan residence.

The CS also stated Brown presently does have some facial hair. The CS stated Brown may have changed clothes at the Morgan residence on Saturday, November 30, 2002, but could not be certain.

8.   Further coordination with local law enforcement determined that through previous contacts with the various occupants of 6724 Leroy Coffer Highway, Fleming, GA, one of the persons who stays at this residence was identified as MEIER JASON BROWN. This residence and two other residences co-located at this location are collectively known to local Law Enforcement as "The Morgan Residences". Incident reports concerning prior arrests of Meier Jason Brown by the LCSD confirm Brown is a black male, 5"7", 140 lbs. and 32 years of age.

9.   On December 3, 2002, an anonymous call to the CrimeStoppers tip line indicated Jason Brown was responsible for the murder at the Fleming Post Office. The caller stated Brown is also known as "Mara".

10.   On December 3, 2002, an additional witness stated he saw an African American male on a bicycle wearing white gloves in front of the Fleming Post Office on November 30, 2002 at approximately 10:30 to 10:45am. This witness was shown a photo spread consisting of twelve individual's photos and positively identified Meier Jason Brown as the individual he witnessed in front of the Post Office on November 30, 2002. An additional witness who stated he saw an African American male approaching the Fleming Post Office on bicycle at approximately 10:40 was unable to identify the individual from the same photo spread.

11.   Criminal history inquiry disclosed Meier Jason Brown was arrested by the Pooler, GA, Police Department on September 10, 2002, for Driving Under the Influence and Providing False Information. The address of record provided for Jason Brown was 131 Laurelwood Drive, Savannah, GA 31419.

12.   Surveillance conducted by Postal Inspectors and LCSD detectives determined 131 Laurelwood Drive is a residence located approximately three city blocks off of Quacco Road. On December 3, 2002, the mail carrier for 131 Laurelwood Drive stated she delivers mail to the residence for Diane Brown. She also stated a male has received mail at the address since approximately September 2002, but could not recall the male's name.

13.   On December 3, 2002, at 7:15pm, Detective Marty Adams, LCSD, received a telephone call from an individual who identified himself as Jason Brown. Brown stated his mother, Sadie Brown, advised him that detectives were looking for him in connection with the murder at the Fleming Post Office. Brown declined to be interviewed by Detective Adams and stated he was enroute to South Carolina at the time of the call. The Sheriff's Department telephone display showed Brown's telephone number as 912-308-8463.

14.   On December 3, 2002, Chief Deputy Keith Moran, LCSD, telephoned the above number and spoke with Jason Brown. Brown stated he was in the Fleming Post Office on November 30, 2002 sometime after 8:00am. The telephone line then went dead.

15.   On December 3, 2002, Chief Deputy Moran again telephoned the above number, which was answered

by a female who identified herself as Ms. Brown. Ms. Brown confirmed Jason Brown used her cell phone to telephone detectives earlier. She also stated she had just driven Brown to a friend's residence near Richmond Hill, GA, where she dropped him off.

16. On December 4, 2002, subpoenaed telephone records for 912-308-8463 indicate this number is listed to Diane Brown at 131 Laurelwood Drive, Savannah, GA 31419. An incoming and outgoing listing for this number indicates an incoming, four-minute call was received at 10:57am on November 30, 2002. An outgoing telephone call from this number was placed at 11:25am on November 30, 2002 to telephone number 912-884-4346. Subpoenaed telephone records for this number confirm it is the residential listing for Sadie Brown, Jason Brown's mother, who resides at 6724 Leroy Coffer Highway, Fleming, GA.

17. On December 5, 2002, searches were conducted by LCSO and US Postal Inspectors of 6724 Leroy Coffer Highway, Fleming, GA, and of 131 Laurelwood Drive, Savannah, GA 31419. Sadie Brown identified herself as the owner of 6724 Leroy Coffer Highway in Fleming and upon questioning consented to the search. Ms. Diane Brown identified herself as the resident at 131 Laurelwood Drive, Savannah, GA, and she consented to the search of her residence and her vehicle, a 1999 green Dodge Durango. Upon searching, law enforcement officers located, among other items, the following items at 6724 Leroy Coffer Highway:
  a bicycle, red in color, with what appears to the naked eye to be a spot of blood on the seat of the bicycle;
  a knife which matched the description of the knife that was used in the stabbing of Ms. Gaglia;
  a jacket similar to that described by witnesses who saw an individual matching BROWN's description at the scene;

Upon searching, law enforcement officers located, among other items, the following items at 131 Laurelwood Drive:

  Receipts for United States Postal Money Orders which were determined to have been stolen from the Fleming Post Office during the robbery;
  A vest jacket upon which a trained cadaver canine alerted;
  Tennis shoes which, to the naked eye, appeared to match the shoe prints found on the counter of the Fleming Post Office;
  A substance consistent with blood found on the front seat of Ms. Brown's Dodge Durango.

18. During the searches, law enforcement officers asked to interview MEIER JASON BROWN who was present at 131 Laurelwood Drive at the time of the search. BROWN, prior to his arrest, agreed to be interviewed at Diane Brown's residence. BROWN stated that he had gone to the Fleming, GA, Post Office that morning to collect mail. He stated that he returned to the Post Office and requested Money Orders. Ms. Gaglia imprinted those Money Orders. BROWN stated that it was his intention to steal the Money Orders from Ms. Gaglia and that he intended to threaten her with a knife. BROWN further stated that during the robbery BROWN accidentally tripped and stabbed Ms. Gaglia one time, then stated words to the effect that he "finished it." BROWN then stated that he took the Money Orders and fled on his bicycle. Following his arrest, BROWN continued to make statements concerning the events of November 30, 2002. (The above is a summary of the substance of the statements made by MEIER JASON BROWN, a complete recitation of his statements is not included herein).

19. During the searches, law enforcement officers interviewed Diane Brown. Ms. Brown stated that the Money Orders came from MEIER JASON BROWN and that she did not know where funds used to purchase the Money Orders had come from.

20. Based upon the foregoing, your affiant believes that probable cause exists for the issuance of an arrest warrant against MEIER JASON BROWN, for violations of Title 18, U.S.C., Sections 1111, 1114, and 2114.

Sworn and subscribed to this 6th day of December, 2002

*Marla F. McLendon*

Marla F. McLendon, United States Postal Inspector


*M. Smith*  12-6-02

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE