IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN,                :
     Petitioner/Plaintiff,      :
                    :    HABEAS CORPUS ACTION

     vs.                       :

                    :    No. 4-07-CV-00085(BAE)(GRS)

UNITED STATES OF AMERICA,   :
     Respondent/Defendant.   :    CAPITAL CASE
                    :

## MOTION TO PROCEED
### *IN FORMA PAUPERIS*

Comes now, MEIER JASON BROWN, Petitioner/Plaintiff in the above-styled action, by and through undersigned counsel and moves this Court for leave to file his Motion, pursuant to 28 U.S.C. §2255, and all subsequent pleadings without prepayment of fees or costs, and to proceed *in forma pauperis*.

(1)

Petitioner/Plaintiff after being indicted by a Grand Jury sitting in the Southern District of Georgia for capital murder, was adjudged indigent and appointed counsel. (Doc. 6, Case #: 4:03-cr-00001-BAE).

(2)

After being tried convicted and sentenced to death, then appointed counsel moved to withdraw and undersigned counsel was appointed to represent

Petitioner/Plaintiff on direct appeal before the Eleventh Circuit Court of Appeals. (Doc. 305).  Petitioner/Plaintiff proceeded *in forma pauperis* on appeal.

(3)

After his convictions and sentences were affirmed by the Eleventh Circuit, Petitioner/Plaintiff sought a Petition for Writ of Certiorari with the United States Supreme Court and was once again allowed to submit said Petition *in forma pauperis*.

(4)

Petitioner/Plaintiff anticipates filing a Motion to Vacate or Set Aside pursuant to 28 U.S.C. §2255 in the following days and requests to do so *in forma pauperis*.

(5)

Petitioner/Plaintiff has been incarcerated since December, 2003, and does not have the funds available to him to pay costs associated with litigating the Motion to Vacate or Set Aside.   Petitioner's Affidavit of Poverty is attached hereto as Exhibit "A".

WHEREFORE, Petitioner/Plaintiff respectfully requests this Court grant the Motion to Proceed *In Forma Pauperis* and allow the filing of the Motion to

Vacate or Set Aside and any other pleadings associated therewith, without the

payment of any fees associated therewith.  A proposed order is attached.

Dated, this the 14th  day of January, 2008.

Respectfully submitted,

*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street
Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN
*Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN,                    :
      Petitioner/Plaintiff,       :
                            :       HABEAS CORPUS ACTION

vs.                                   :
                            :       No. 4-07-CV-00085(BAE)(GRS)

UNITED STATES OF AMERICA,   :
      Respondent/Defendant.  :       CAPITAL CASE
_____:

ORDER

Upon Motion by Petitioner/Plaintiff, it is hereby ORDERED that Petitioner be allowed to file all pleadings in this action without the payment of fees and it is further ORDERED the Motion to Proceed *In Forma PauperisI is **GRANTED***.

So ORDERED this the ____ day of _____, 2008

_____
United States District Court, for the
Southern District of Georgia

CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing has been

served upon counsel for Respondent, by placing a copy of same in the United

States Mail, first class postage prepaid and addressed as follows:

> Amy Lee Copeland, Esq.
> William Frentzen, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 14th  day of January, 2008.

*s/Jeffrey L. Ertel*