# APPENDIX   A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN,                    :
        Petitioner/Plaintiff,         :
                            :      HABEAS CORPUS ACTION

        vs.                           :
                            :      No. 4-07-CV-00085(BAE)(GRS)

UNITED STATES OF AMERICA,     :
        Respondent/Defendant.   :      CAPITAL CASE
                            :

## AFFIDAVIT OF POVERTY

I, MEIER JASON BROWN, declare that I am the Petitioner/Plaintiff in the

above-entitled case; that in support of my motion to proceed without being

required to prepay fees, costs, or give security therefor, I state that because of my

poverty I am unable to pay the costs of said proceedings or to give security

therefor, and that I believe that I am entitled to relief.

1. Are you employed?   Yes _____   No ✓

    a.    If the answer is "yes," state the amount of your salary or wages per
        month, and give the name and address of your employer.

    b.    If the answer is "no," state the date of last employment, and the
        amount of salary and wages per Month which you received.
            2002    $5.00 hr

2.    Have you received within the last twelve months any money from the following sources?

a. Business, profession or form of self-employment?
Yes___ No_✓_
b. Rent payments, interest, or dividends?
Yes___ No_✓_
c. Pensions, annuities, or life insurance payments?
Yes___ No_✓_
d. Gifts or inheritances?
Yes___ No_✓_
e. Any other sources?
Yes_✓_No___

If the answer to any of the above is "yes," describe each source of income and state the amount received from each during the past twelve months. INMATE ACCT SEE ATTACHED

3.    Do you own any cash, or do you have any money in any Checking or savings account?

Yes _✓_ No ____ (Include any funds in prison account).

If the answer is "Yes," state the total value of the items owned.    SEE ATTACHED

4.    Do you own any real estate, stocks, bonds, notes, auto- mobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ____ No _✓_

If the answer is "Yes," describe the property and state its approximate value.

_____

5.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute to their support.    None

_____

I understand that a false statement or answer to any question in this Affidavit will subject me to penalties for perjury.

MEIER JASON BROWN

Sworn to and subscribed before me,
this the 11 day of January, 2008.

Notary Public
My Commission expires:
April 5, 2012

## CERTIFICATE

I hereby certify that Petitioner/Plaintiff, MEIER JASON BROWN, Regulation Number 11364-021, the sum of $ _97.16_ on account to his credit at the - United States Penitentiary at Terre Haute, where he is confined. I further certify that Petitioner/Plaintiff likewise has the following securities to his credit according to the records of said U.S.P. Terre Haute.

_____

_____

_____
Authorized Officer of Institution

## Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 11364021 | **Current Institution:** | Terre Haute FCI |
| **Inmate Name:** | BROWN, MEIER | **Housing Unit:** | THP-X-A |
| **Report Date:** | 01/11/2008 | **Living Quarters:** | X02-318L |
| **Report Time:** | 10:54:31 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0205 |
| PAC #: | 140158742 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 7/19/2003 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 1/9/2008 4:07:10 PM |
| Account Status: | Active |
| Phone Balance: | $2.95 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $97.16 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $97.16 |
| National 6 Months Deposits: | $255.00 |
| National 6 Months Withdrawals: | $177.97 |
| National 6 Months Avg Daily Balance: | $19.66 |
| Local Max. Balance - Prev. 30 Days: | $125.01 |
| Average Balance - Prev. 30 Days: | $85.45 |

## Commissary History

### Purchases

Validation Period Purchases: $47.85
YTD Purchases: $85.40
Last Sales Date: 1/9/2008 4:07:10 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $46.30
Remaining Spending Limit: $293.70

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

Comments: