**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR 403-001** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MEIER JASON BROWN** | ) | |

**ENTRY OF APPEARANCE**

Now comes the United States of America, by and through Edmund A. Booth, Jr., United States Attorney for the Southern District of Georgia, and files an entry of appearance on behalf of the government in the above captioned matter.

Respectfully submitted, this 8th day of February, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/Carlton R. Bourne, Jr.

_____

Carlton R. Bourne, Jr.
Assistant United States Attorney
S.C. Bar No. 007686
P. O. Box 2017
Augusta, GA 30903
(706) 724-0517

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of February, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/ Carlton R. Bourne, Jr.

_____

Carlton R. Bourne, Jr.
Assistant United States Attorney
S.C. Bar No. 007686
P. O. Box 2017
Augusta, GA 30903
(706) 724-0517