UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MEIER JASON BROWN,                  )
                                    )
                Petitioner,         )
                                    )
vs.                                 )       No. CV407-085
                                    )       [Underlying CR403-001]
UNITED STATES OF AMERICA,           )
                                    )
                Respondent.         )

### GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR PERMISSION TO FILE AND OTHER RELIEF

COMES NOW the United States of America, by and through Edmund A. Booth, Jr., United States Attorney for the Southern District of Georgia, and responds to Meier Jason Brown's motion for permission to file memorandum of authorities and other relief. [Doc 45]

On January 22, 2008, Brown filed a motion pursuant to 28 U.S.C. §2255. [Doc 8] That motion "set forth only the facts and claims" made by Brown and stated that Brown would "shortly file a separate motion seeking permission and a schedule by which to file a Memorandum of Authorities in Support of this Motion." [Doc 8-Pgs 5-6] Meanwhile, the Court entered a 30 day order that makes

1

the government's response due on February 25, 2008. [Doc 10] After this order, the government received numerous corrected appendices from Brown. [Doc 12- Doc 43]

On February 10, 2008, Brown filed the instant motion seeking permission to file his memorandum of authorities and asking the Court to set a scheduling order. [Doc 45] As Brown envisions it, the government would

1) respond to his motion to vacate;

2) await the arrival of his memorandum of authorities;

3) respond to the memorandum of authorities;

4) await resolution of Brown's motion for discovery by the court and then await Brown's filing of a motion for evidentiary hearing; and

5) then respond to Brown's motion for discovery and evidentiary hearing. [Doc 45-Pg 3] Brown believes that this schedule would "aid the parties and the Court in framing the issues for resolution." [Doc 45-Pg 3]

The government opposes Brown's motion. To avoid piecemeal litigation, the government would prefer to address Brown's claims – particularly the factual and legal premises of his 28 U.S.C. §2255 motion – in a single document, rather than first responding to the facts and then the law. This method would lead both to more efficient analysis (rather than briefing and waiting, briefing and waiting)

and more cogent analysis (the government could discuss the significance of the facts vis-a-vis the legal premises upon which Brown relies).  The government asks the Court to deny Brown's motion to the extent it proposes this scheduling order.

The government's brief currently is due February 25, 2008. [Doc 10] The government asks this Court to vacate that deadline, require Brown to file his memorandum of authorities, and then order the government to respond to Brown's factual and legal claims within 90 days after the filing of Brown's memorandum of authorities.

Respectfully submitted this 11th day of February, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/Amy Lee Copeland

Amy Lee Copeland
Georgia Bar No. 186730
Assistant United States Attorney

U. S. Attorney's Office
100 Bull Street, Suite 201
Savannah, Georgia 31401
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of February, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/ Amy Lee Copeland

Amy Lee Copeland
Assistant United States Attorney
Georgia Bar No. 186730
100 Bull Street
Savannah, GA 31401
(912) 652-4422