# APPENDIX 2

COUNTY OF LIBERTY

STATE OF GEORGIA

## AFFIDAVIT OF CHARLES WOODALL

Comes now, CHARLES WOODALL, before the undersigned officer duly licensed to administer oaths and swears of affirms as follows:

1. My name is Charles Woodall and I am over the age of eighteen. The information contained in this affidavit is based on my personal knowledge and I am competent to testify.

2. I was called to testify as a defense witness in the 2005 trial of United States v. Meier Jason Brown. At the time, I was a detective with the Liberty County Sheriff's Department.

3. In December 2002, I had been a detective with the Liberty County, Georgia, Sheriff's Department for approximately 8 or 9 years, and prior to that I had been with the Criminal Investigation Division of the United States Army for twenty years.

4. When I became involved in this case, Mr. Brown was suspected of having committed a killing at the Fleming, Georgia, Post Office. I was asked to come to interview Mr. Brown because I had known Mr. Brown for some time. I had responded countless times to police calls where he lived, what I will refer to as the Morgan residence (which were a series of trailers located on a property on Leroy Coffer Highway). In the eight or nine years that I had been with Liberty County, I

1

would estimate that our department had responded to the Morgan residence at least 2 or 3 times per week to address various criminal issues.

5. Mr. Brown's brothers, Glenn (Sir - K) and Roy, as well as his cousin Roger Underwood (who also lived at the Morgan residence) were all major players in the local drug trade. Mr. Brown's relatives, along with Sam Walthour, who also sold drugs out of the Morgan residence, all sold drugs out in the open, in front of everyone, so that anyone who lived there knew what was going on. Consequently, a significant number of our calls to the Morgan residence were drug related. In a large number of the drug calls that I made there, Meier, although not implicated in the drug offenses, was often in the house or the car where we arrested often offenders who were selling drugs.

6. The Morgan residence was characterized by violence, drugs, poverty, chaos and social blight. Shootings and stabbings were routine. I recall many times when Meier was there and saw this violence. For instance, I recall when Sam Morgan and Deborah Jenkins had been fighting. We got a call because it was reported that one of them had shot or stabbed the other. I responded and found that Meier was in the area and saw what happened. Another time, Sam Walthour, who routinely sold drugs on the Morgan property, was severely beaten, hog tied, shot and killed in Midway. This occurred on the same night that Meier's cousin, Edward Morgan, was murdered at Mr. Walthour's house. Meier was also in the area when a young cousin died in a tragic

2

accident where she chased a ball into an open septic tank on the Morgan residence. She fell in and drowned.

7. In addition to knowing Meier, I also knew his mother, Sadie Brown, who confided in me that she had lost control of all of her children. This conversation occurred well before Meier had been arrested on the murder charge. She told me how all of her boys fought all of the time. It got to be so bad that she had to throw them out of the house on a regular basis.

8. The environment that Meier grew up in was terrible. I was concerned whenever a woman at the Morgan residence became pregnant because no child should have been raised in that environment. It was not safe. Poverty was extreme. The trailers were filthy and had holes in the floors and walls. All of the rooms were filled with junk, so much so that you could not walk through them. The outside of the trailers was also strewn with junk. There were always junk cars, old washers, dryers, garbage, broken bicycles and other such trash littered about the grounds. There was nothing in the way of nutrition for any child growing up there, and medical care was practically non-existent. Any child growing up there was on their own as there was little, if any, adult supervision. There was no intellectual stimulation for any of the kids. None of the men held jobs; they sold drugs. There was no clean living anywhere at the Morgan residence. The environment was nasty, sordid and disgusting.

3

9. Based on my extensive experience in investigating crimes, I did not believe that Meier went to the Post Office to kill Ms. Gaglia. From my 30 plus years experience and my knowledge of Meier, I did not know him to be a violent offender. Even the prior "robbery" that he had pled guilty to, had not involved the use of a weapon, to my knowledge. I was convinced then, and still believe to this day, that Meier did not take the knife to the post office with the intention to kill anyone. The death was completely out of character for Meier.

10. Even though I testified for the defense in Mr. Brown's case, I was asked only limited questions about my involvement and my opinions. If I would have been asked, I would have testified to everything I have testified to in this affidavit.

Further affiant sayeth naught.

CHARLES WOODALL

Sworn to me, this the
8 day of May, 2008.

NOTARY PUBLIC
exp. 2-13-09

4