# APPENDIX 8

## AFFIDAVIT

Comes the undersigned, Sally Ann Cunningham Johnson, M.D., and after having been duly sworn deposeth and states as follows:

1. I am over the age of 18 and competent to provide this affidavit.

2. I am a forensic psychiatrist and am presently a Clinical Professor of Psychiatry at the University of North Carolina at Chapel Hill Forensic Psychiatry Program and Clinic. From 1979 until 1983 I served as a staff psychiatrist at Federal Bureau of Prisons Federal Medical Center, Federal Complex in Butner, North Carolina (FCI Butner). From 1983 until 1989 I served as the Director of Forensic Services and Clinical Research at FCI Butner. I became the Associate Warden of Health Services/Chief Psychiatrist at FCI Butner in 1989, and the Associate Warden Medical/Chief Psychiatrist in 1999. From 1990 to 2004, I was the Director of Forensic Fellowship Program for Federal Bureau of Prisons/ Duke University of Psychiatry. From 2001 to June 30, 2004, I served as a Psychiatric Consultant to the Medical Director of the Federal Medical Center (FMC) at FCI Butner. In this position I conducted forensic evaluations for the federal court system on high profile and complex cases, and served as an expert witness. My curriculum vitae is attached to this affidavit.

3. On August 5, 2003, Jason Meir Brown was admitted to the Mental Health Department of the FMC at FCI Butner. In my capacity as a psychiatric

consultant to the FMC, I, and others in a multi-disciplinary team, began a court ordered evaluation of Mr. Brown. This evaluation consisted of me interviewing Mr. Brown individually on 11 occasions; considering psychological testing conducted by Carlton Pyant, Ph.D, Staff Psychologist at the FMC ; and considering the comments of many other clinical and correctional staff who observed and interacted with Mr. Brown during the 50 + days he was at FCI Butner. The evaluation of Mr. Brown resulted in a report dated September 16, 2003, which we sent under seal to the Honorable Magistrate Judge G.R. Smith for the Southern District of Georgia.

4. Present counsel for Mr. Brown asked that I review the report of September 16, 2003, and the records maintained by FCI Butner regarding Mr. Brown's stay there. I understand that these documents are contained in Appendix K 1-5 of a federal habeas corpus petition that has been filed on Mr. Brown's behalf. I have reviewed our 2003 report and these FCI Butner records. Counsel also asked me to report on upon my contact with Mr. Brown's trial counsel in 2003, and to comment on some of our 2003 findings. This affidavit was prepared for these purposes.

5. My review of the 2003 report and records has refreshed my recollection of some of the specifics of Mr. Brown's case, but I had an independent memory of this case for several reasons.

6. First, this was a capital case. The result of our evaluation had the potential to have important consequences for Mr. Brown's case. In all cases of this nature it is important to obtain a complete and accurate history about the patient's background. To that end, we routinely attempt to get all available information from appointed defense counsel and prosecutors. As the report and the records from 2003 attest, it was very difficult to obtain any information from defense counsel . They did not respond to our routine requests. Mr. Bell did not make himself available for interview and did not provide us with any information. Only limited information was obtained from Mr. Darden. In my experience, it is unusual for defense counsel in a capital case to be so non-responsive to inquiries.

7. Second, during Mr. Brown's stay at FCI Butner, Mr. Brown did not present as a danger to staff or other inmates. He was not viewed as a risk for harming himself or others, and thus was housed in the open population of the Mental Health Unit. He did not present any management problems. He was not difficult to interact with and he was cooperative with the evaluation process.

8. Third, Mr. Brown was not diagnosed with having Antisocial Personality Disorder. Individuals who are diagnosed with Antisocial Personality Disorder (commonly referred to as psychopaths or sociopaths) typically demonstrate a pervasive pattern of disregard for, and violation of, the rights of others that begins in childhood and continues into adulthood. They frequently lack empathy and

tend to be callous, cynical, and contemptuous of the feelings, rights, and suffering of others. This was not Mr. Brown's presentation, and it is not the picture suggested by his psychological testing.

9. Rather, this case suggests a tragic and unfortunate set of circumstances. Despite his difficult living situation growing up, Mr. Brown appeared to have been viewed in his community as a decent person who was not enmeshed in a life of serious crime. He was a likeable and non-manipulative individual who had the ability to express genuine concern and caring for others ( as described in his relationship to his ill mother).

10. Mr. Brown did not attempt to feign or malinger any signs or symptoms of mental illness during the evaluation period.

11. Mr. Brown did express sadness and remorse for his behavior at the time he was interviewed by Detective Woodall.

12. Had our report been unsealed at trial and had I been asked to testify, I would of course have done so..

Further affiant sayeth not

Sally C. Johnson M.D.

Sworn to me this the
9 day of May, 2008

NOTARY PUBLIC

My commission expires: 4-3-2010

DOUGLAS D ROBINSON
Notary Public
Wake County
North Carolina
My Commission Expires Apr 3, 2010

*CURRICULUM VITAE*
*Sally Ann Cunningham Johnson, M.D.*
*Forensic Psychiatry and Consultation*
*University of North Carolina Department of Psychiatry*
*Forensic Psychiatry Program & Clinic*

## CONTACT INFORMATION

The University of North Carolina at Chapel Hill
Department of Psychiatry, CB #7160
Chapel Hill, North Carolina 27599-7160
(919) 966-5540 /CELL: (919) 215-5131
FAX: (919) 518-2574          EMAIL: sally_c_johnson@med.unc.edu

## CURRENT POSITION

Clinical Professor of Psychiatry, University of North Carolina at Chapel Hill Forensic Psychiatry Program & Clinic.
Conducts forensic evaluations and provides consultation to attorneys, the courts, and various agencies regarding psychiatric, forensic and correctional issues.

### Particular Areas of Interest/Experience

Criminal and Civil Forensic Evaluations
Expert Witness Issues
Competency to Stand Trial / Competency Restoration
Criminal Responsibility
Sentencing
Dangerousness Assessments
Civil Commitment
Competency to Consent to Hospitalization
Competency to Consent to Medical Care
Right to Treatment/Right to Refuse Treatment
Involuntary Medication/Administrative Review Processes
Suicide/Significant Incident Review and Assessment
Evaluation/Treatment of Sexual Offenders
Management of Transsexuals in Correctional Settings
Medical and Psychiatric Healthcare in Correctional Environments
Conditions of Confinement/Psychiatric Impact
Accreditation
Training in Forensic Psychiatry

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

*Page 2.*                                                                    *December 2007*

## PREVIOUS POSITIONS

Psychiatric Consultant to the Medical Director of the Federal Bureau of Prisons
Federal Medical Center-Federal Correctional Complex in Butner, North Carolina
October 2001 to June 30, 2004.

Served as Psychiatrist and Consultant within the Health Services Division of the Federal Bureau of Prisons. Conducting forensic evaluations for the federal court system on high profile and complex cases, and serving as expert witness. Consultant on psychiatric, medical and forensic issues for the Federal Bureau of Prisons, other federal agencies, and state correctional health care operations. Conducted research, training, and taught in areas of psychiatry and forensic psychiatry.

Director of Forensic Fellowship Program for Federal Bureau of Prisons/Duke University Department of Psychiatry 1990-2004

Associate Warden Medical/Chief Psychiatrist
Health Services Division
Federal Correctional Complex (FCC)
Butner, North Carolina
October 1999 to October 2001

Administered psychiatric inpatient and outpatient services and medical inpatient and outpatient services at the Federal Medical Center for the Federal Bureau of Prisons.

Associate Warden Health Services/Chief Psychiatrist
Federal Correctional Institution (FCI)
Butner, North Carolina
January 1989 to October 1999

Director of Forensic Services and Clinical Research
FCI Butner, North Carolina
1983 to January 1989

Staff Psychiatrist
FCI Butner, North Carolina
1979 to 1983

Experience within medical school and residency training in a variety of adult, adolescent, child, and forensic treatment settings and treatment modalities.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

Page 3.                                                                 *December 2007*

## MILITARY EXPERIENCE

Retired Captain, U.S. Public Health Service - Active Duty Commissioned Officer assigned to the Bureau of Prisons, July 1, 1979 to July 1, 2004.

## EDUCATION

B.S. - Pennsylvania State University
University Park, Pennsylvania, 1974.

M.D. - Jefferson Medical College of Thomas Jefferson University
Philadelphia, Pennsylvania, 1976.

*Note: Completed undergraduate and medical degrees in special accelerated, combined, five year undergraduate/graduate program.

Psychiatry Residency - Duke University Medical Center
Durham, North Carolina, 1976-1979.

## LICENSE AND CERTIFICATION

North Carolina Medical License
Diplomate of American Board of Psychiatry and Neurology (ABPN) - 1981
Diplomate of American Board of Forensic Psychiatry - 1990
Subspecialty Certification in Forensic Psychiatry/ABPN - 1994, recertification 2003

## PROFESSIONAL APPOINTMENTS AND MEMBERSHIPS

Clinical Professor, Department of Psychiatry, The University of North Carolina at Chapel Hill

Consulting Associate Professor: Department of Psychiatry, Duke University Medical Center.

Senior Lecturer Duke University School of Law: Teaches seminar in Psychiatry and Law (civil and criminal issues).

American Psychiatric Association: Served on Manfred S. Guttmacher Award Board; Committee on Health Care in Federal Government Institutions; Consultant to Insanity Defense Task Force, Isaac Ray Award Board.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

<u>Page 4.</u>                                                                                                *December 2007*

North Carolina Psychiatric Association: Chaired Psychiatry and Law Committee; served on Psychiatry and Law Committee and Committee on Women.

American Academy of Psychiatry and the Law:  Serve on various committees regarding correctional and institutional psychiatry and Committee of Training Directors for Fellowship Programs.

Served as Board Examiner, American Board of Forensic Psychiatry.

American Medical Association.

North Carolina Medical Association: Served as Consultant to Committee on Mental Health.

Consultant to Federal Judge monitoring Louisiana State Prison System.

Member of Mental Health Advisory Group, Federal Bureau of Prisons.

Consultant to review operations at the Federal Transportation Center, Oklahoma City, OK.

Member of Design Team for new Federal Medical Center, Federal Bureau of Prisons.

~~Consultant to North~~ Carolina Department of Corrections Task Force on Health Care Delivery.

Member of Bureau of Prisons Task Force for Restructuring of Healthcare Operations and Staffing.

Consultant/ Psychiatric Expert for Civil Rights Division in regard to Mental Health Care in State Correctional Institutions

## <u>AWARDS/RECOGNITIONS</u>

U.S. Public Health Services Commendation Award, 1982.

Federal Bureau of Prisons Special Commendation Award, 1983.

J.D. Lane Clinical Research Award, Open Category, 1987.

U.S. Public Health Service Outstanding Service Award, 1990.

United States Department of Justice Attorney General's Award for Distinguished Service, July 1998.

Bureau of Prisons Commendation Medal, January 2000.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

Page 5.                                                                        *December 2007*

U.S. Public Health Services Distinguished Service Award 2001.

Distinguished Service Medal, Federal Bureau of Prisons, May 2004.

Triangle Business Journal, Women in Business Award, 2004

## PUBLICATIONS

"Sex Offenses: A Short Questionnaire Assessing Knowledge and Attitudes" Bulletin of the American Academy of Psychiatry and the Law. Volume VIII, No. 3, 1980, pp. 280-287.

Treating the Multiple Problem Exhibitionist's Fantasies in a Restrictive Setting" Corrective and Social Psychiatry and Journal of Behavior Technology Methods and Therapy. Volume 27, No. 2, 1981, pp. 100-104.

"Of Interest to All Psychiatrists" Contemporary Psychiatry. Volume II, No. 3, 1983.

"Detecting Cocaine Abuse" Comment, Medical Aspects of Human Sexuality, 1987.

Guest Editor: Psychiatric Annals, "Mental Health Care in the Federal Bureau of Prisons" December 1988, Volume 18, No. 12, pp. 680-683.

"Mental Health Services Within the Federal Bureau of Prisons" Psychiatric Annals December 1988, Volume 18, No. 12, pp. 673-674 (co-authored with James O. Hoover, M.D.).

"Treating Mental Ill Inmates" Corrections Today, December 1993, Vol. 55, No. 7, pp. 84-89 (co-authored with J. David Ramseur).

"Depression and Anxiety Disorder Among Older Male Inmates at a Federal Correctional Facility" Psychiatric Services, April 1995, Vol. 46, No. 4, pp. 399-401 (co-authored with Harold G. Koenig, M.D., et al).

"Mental Health Services in a Correctional Setting," Part IV, Chapter 15 in Prison and Jail Administration, Practice and Theory, Peter M. Carlson and Judith Simon Garrett. Aspen 1999. (Revised Chapter 2007)

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

Page 6.                                                                    *December 2007*

## PARTIAL LIST OF PRESENTATIONS/WORKSHOPS/SEMINARS

"Social Change and Mental Health in Professional Women" Annual Meeting and Scientific Program, North Carolina Neuropsychiatric Association, 1980.

"The Prison Psychiatric Unit as a Training Site" USPHS COA Annual Meeting, Boston, MA, 1981.

"Dealing with Phobias" Family Practice Review Course, University of Tennessee, Chattanooga, TN, 1981.

"Treatment of the Rape Victim" Family Practice Review Course, University of Tennessee, Chattanooga, TN, 1981.

"The Forensic Evaluation" Conference in Prison and Forensic Psychiatry," Butner, NC, 1982.

"The Role of the Psychiatrist in Insanity Defense Trials" Grand Rounds East Carolina School of Medicine, Greenville, NC, 1982.

"The Hinckley Trial: A Retrospective" C.S.I. Program, Philadelphia, PA, 1982.

"The Insanity Defense and the Relationship to the Purposes of the *Law* Sentencing Institute for the Fourth and Eleventh Circuits, Butner, NC, 1983.

"Treating the Mentally Disordered Offenders Symposium in Psychiatry and Law, North Carolina State Department of Mental Health at John Umstead Hospital, Butner, NC, 1985.

"Prediction of Dangerousness/The New Federal Crime Legislation" Panel Discussion, Rochester, MN, 1985.

"Pretrial Psychiatric Evaluations and Forensic Report Writing" Psychiatrists Workshop, Rochester, MN, 1986.

Component Presentation "Delivering Care Within Federal Institutions" APA, Dallas, TX, 1985.

"Psychological Problems of Law Students" Duke University, Durham, NC, 1986.

"Violent Behavior Among Prisoners" and "Prison Forensic Services" presented at Annual Psychiatric Conference in Springfield, MI, September 1986.

"Violence in Prisons" Annual USPHS Meeting in Las Vegas, NV, 1987.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

Page 7.                                                              *December 2007*

---

"Psychological Motivation of Pedophiles" and "Interviewing Child Sex Offenders" Exploitation and Pornography Seminar in Charleston, WV, September 1988.
"Treating the Sex Offender" the Fifth Annual Correctional Symposium: Casework and Mental Health Service in Lexington, KY, 1988.

"Assessing the Impact of Changes in Federal Law on Forensic Criminal Responsibility Evaluations in the Federal Bureau of Prisons" the American Society of Criminology meeting in Chicago, IL, 1988.

"Research on Pre-Trial Defendants Referred for Pretrial Evaluations" Research Roundup in Washington, DC, April 1989.

"Mental Health Issues" Bureau of Prisons Conference, 1989.

"Substance Abusers Referred for Pretrial Evaluations" Annual Meeting of the American Academy of Psychiatry and the Law, October 1989.

"The Whole Diagnostic Picture: The Forgotten Factor in the Mad versus Bad Dilemma" American Society of Criminology in Reno, NV, November 1989.

"State Placement of Federal Inmates under Current Criminal Code" Association of State Forensic Directors, Santa Fe, NM, 1990.

"Assessment and Treatment of Sexual Offenders" Grand Rounds Presentations, Duke University Medical Center, 1990.

Mock Trials/ACA, 1990.

"Mental Health Issues" BOP Legal Conference, 1990.

BOP Forensic and Clinical Conference in Rochester, MN, 1990.

Training for Completion of Forensic Evaluations (two day workshop) in Denver, Colorado, 1990.

"Mental Health Initiatives" Warden's Conference Lancaster, PA, June 1991.

"New Treatment Methods with Federal Bureau of Prisons" October 1991, Annual AAPL meeting.

"Medical Problems Presenting as Psychiatric Problems," Forensic Training Conference, Fort Lauderdale, FL, 1992.

"Criminal Responsibility," Forensic Training Conference, Fort Lauderdale, FL, 1992.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

Page 8.                                                                    *December 2007*

"Management and Placement of 4246 Cases Under Federal Law," Meeting of State Forensic Hospital Directors, Seattle, WA, 1993.

"Parenting Programs Within Federal Correctional Facilities," Conference on Women's Health Issues, Pensacola, FL, 1994.

"Sexual Harassment," Conference on Women's Health Issues, Pensacola, FL, 1994.

"Healthcare Delivery Within Correctional Settings," National Prison Construction and Maintenance Conference (NPCMC), Tempe, AZ, 1995.

"Managing Suicidal and Mentally Ill Inmates," BOP Conference, Durham, NC, 1995.

"Workplace Violence," Institute of Business Law at California State University/Los Angeles, CA, Raleigh, NC, 1996.

"Mental Health Design Issues within a Correctional Setting," Panel Discussion on Mental Health Issues, American Institute of Architects, Albuquerque, NM, 1996.

"Extent of Care with a Pretrial Defendent," Surgical Grand Rounds, UNC Hospital, Chapel Hill, NC, 1997.

"Infectious Disease, Transsexualism, Extent of our Duty of Care in Treating Inmates", "Hemodialysis/Organ Transplants," BOP Legal Training Conference, Durham, NC, 1997.

"Assessing and Managing Threats of Violence in the Workplace," Continuing Legal Education Presention, Raleigh, NC, 1997.

"Newer Psychotropic Medications: Guidelines for Treatment," Clinical Directors Meeting, San Diego, CA, 1998.

"Informed Consent Issues Within Correctional Mental Health Care Systems Clinical/Legal/Ethical Issues in Federal Death Penalty Cases," Forensic Conference, Washington, DC, 1998.

"Guidelines for Court Ordered Expert Witnesses," Forensic Conference, Washington, DC, 1998.

"Physician's Role in Criminal Responsibility Evaluations," Grand Rounds Presentation, Tennessee, 1999.

"Psychotropic Medications," Overview and Update, San Diego, CA, 1999.

"History and Process of Evaluation of Insanity," North Carolina Criminal Justice Meeting, 2000.

"Involuntary Medication Issues," Rochester, MN, 2000.

"Diagnosis and Treatment of Depression and Schizophrenia," Clinical Directors' Meeting, Baltimore, MD, 2001.

Conducting Criminal Responsibility Evaluations (workshop), Unicoy, GA, 2001.

"Legal Issues in Psychiatric Practice," Duke University Medical Center Comprehensive Psychiatric Update. 2002.

Presentation on review of Forensic Evaluation Process in the Federal Bureau of Prisons (BOP), BOP Psychiatric Conference, 2002.

"An Integrated Approach to Conducting Forensic Evaluations and Providing Treatment Services," BOP Staff Conference, 2003.

"Juvenile Murderers Grow Up: Challenges of Disposition", Panel Presentation AAPL Annual Meeting, Chicago 2006

## RESEARCH

Use of the Grade of Membership Technique in Review of Federal Pretrial Forensic Evaluations for Competency to Stand Trial and Criminal Responsibility, preliminary report presented at National Institute of Justice, April 1986; Final Report February 1987.

Co-Chairperson of Work Group on Sexual Offenders Within the Federal Bureau of Prisons, Report June 1988.

Comparison of Pre- and Post-Law Change. Referrals for Competency and Responsibility Evaluations within the Federal Bureau of Prisons. Presented at the American Society of Criminology meeting in Chicago, IL, 1988.

Ongoing Study of Population referred for Forensic Evaluations.

Clinical Research within Forensic Division of the Federal Bureau of Prisons has included development of data collection instruments and review analysis of large data basis regarding demographic, criminal, legal, psychiatric, and medical aspects of incarcerated persons in a mental health setting.

United States Secret Service Exceptional Case Studies Project, jointly conducted by Bureau of Prisons, Secret Service and National Institution of Justice.

Review of forensic evaluation process with Federal Bureau of Prisons.

*Curriculum Vitae/Sally Ann Cunningham Johnson, M.D.*

*Page 10.*                                                           *December 2007*

Review of conditions of confinement, psychiatric impact, and management of long term incarceration and segregation.

## CONTINUING EDUCATION/LEADERSHIP TRAINING

Remains current with continuing medical education requirements for physicians through attendance of American Psychiatric Association, American Academy of Psychiatry and Law, and general medical meetings.

Completed training at Center for Creative Leadership, Greensboro, NC.

Completed Interagency Institute for Federal Health Care Executive, Washington, DC.

Completed Leadership for Physician Executive Seminar, Harvard Medical School, Boston, MA.

Completed extensive training in Hospital Behavioral Healthcare and Ambulatory Care accreditation programs and improving organizational performance.