# EXHIBIT A



# National



New GEICO customers report average annual savings over $500 on their car insurance.

NYTimes.com    Go to a Section

SEARCH

NYT Since 1981 ▾    **Search**

# Illinois State Police Cancels Forensic Lab's Contract, Citing Errors

By **GRETCHEN RUETHLING**
Published: August 20, 2005

Sign In to E-Mail This
Printer-Friendly
Reprints
Save Article

ARTICLE TOOLS
SPONSORED BY



CHICAGO, Aug. 19 - The Illinois State Police canceled its contract for DNA analysis with the Bode Technology Group after finding that it failed to recognize semen on evidence in 22 percent of cases that were checked again by forensic scientists who work for the police.

Out of a random sample of 51 cases that were re-analyzed for quality assurance, the police said 11 tested positive for the existence of semen. They plan to test all 1,200 cases that Bode Technology said tested negative for semen and are asking the state attorney general for permission to sue the company.

"The work provided by Bode was imprecise and we can't tolerate that type of work in this business," Larry Trent, the state police director, said at a news conference on Friday. "I'm outraged that a company with their reputation would conduct business in this manner, and we're not going to let them get away with it."

Mr. Trent sent letters to the Justice Department and to top law enforcement officials in every state on Friday to notify them of the findings. He said the Justice Department and at least 10 states had contracted with Bode for forensic analysis.

Kevin McElfresh, the executive director of Bode, a Virginia company that is a subsidiary of ChoicePoint, said in a statement that the company had worked with the state police on revising the methodology it used to test samples after the police pointed out the discrepancies in May.

◈ N

**Past 2**

1. Sec
   Tr
2. Op-
3. Doc
4. The
5. Op-

Go t

ADVER

Need

"We are disappointed the Illinois State Police has announced that they plan to cancel our contract because we share the state's goal of using the latest in forensic science to solve crimes," Mr. McElfresh said, adding that the state police had "reviewed and approved the testing methods used by Bode."

Get 5(

About 2,000 samples, at least 90 percent of which were from rape kits, had been sent to Bode for testing, Mr. Trent said. The discrepancies did not result in any suspects being erroneously released from custody, he said.

The Illinois State Police has already paid $1 million to Bode for DNA testing, said Lincoln Hampton, a police spokesman. The state police are seeking payment from the company for the cost of new tests plus up to $750,000 for the initial tests. The repeated testing, which could take about two months, will be done in the state and by Orchid Cellmark of Princeton, N.J.

The state police signed a three-year, $7.7 million contract with Bode in September. Gov. Rod R. Blagojevich allocated a total of $5.2 million in the fiscal years 2004 and 2005 to outsource DNA cases to work toward eliminating the state's backlog.

**More Articles in National >**

Ads by Google                                                          what's this?

**CSI Forensics**
Accredited Accident Reconstruction Animation and Simulation Serv.
www.CSIForensics.com

**3D Crime Scene Scanner**
Quickly Capture Crime Scenes in 3D & Color as seen on Crime 360
www.deltasphere.com

**Armstrong Forensic Lab**
Fire Determination Lab 25+ Yrs Of Experience. ASCLD
www.AFLab.com

**RELATED ARTICLES**

TECHNOLOGY; ChoicePoint Suffers Fall In Share Price(February 23, 2005)

**INSIDE NYTIMES.COM**

    

| Charles Taylor's Rise and Fall | The Ghost in the Baghdad Museum | Making of a Toddler Supergroup | Digital Composer | When a Car Is a Home |

Copyright 2005 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  **XML**  |  Help  |  Contact Us  |  Work