IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MEIER JASON BROWN              :
                               :    CIVIL ACTION
       vs.                     :    No. CV407-085
                               :
UNITED STATES OF AMERICA       :    CRIMINAL ACTION
                                    No. CR403-001

PETITIONER'S NOTICE OF INTENT
TO FILE REPLY TO THE GOVERNMENT'S
RESPONSE IN OPPOSITION TO DISCOVERY

Comes now, MEIER JASON BROWN, Petitioner in the above-styled

action, by and through undersigned counsel and, pursuant to Local Rule 7.6,

hereby serves Notice of Intent to File a Reply to the Government's Response in

Opposition to Discovery (CV Doc. 52).

Dated this the 11th day of July, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street, Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR MR. BROWN

CERTIFICATE OF SERVICE

I, hereby certify that this Notice of Intent to Reply to Government's

Comprehensive Response to Petitioner's Motion Pursuant to 28 U.S.C. §2255 has

been electronically filed and served upon counsel for the Government at the

following address:

> Amy Lee Copeland, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 11th day of July, 2008.


_s/Jeffrey L. Ertel_