IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

|  |  |  |
|---|---|---|
| MEIER JASON BROWN | : | |
| | : | CIVIL ACTION |
| vs. | : | No. CV407-085 |
| | : | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. CR403-001 |

MOTION FOR A ONE WEEK EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEFS

Comes now, MEIER JASON BROWN, Petitioner in the above-styled

action, by and through undersigned counsel and hereby respectfully requests an

additional one week's time in which to file his Reply Briefs to the Government's

Response to Motion for Leave to Conduct Discovery, Response to Motion for

Evidentiary Hearing and Expanding the Record, and Reply to Government's

Comprehensive Response to Motion Pursuant to §2255.  In support of this Motion,

Mr. Brown shows as follows:

(1)

On January 22, 2008, Mr. Brown filed his initial Motion to Vacate or Set

Aside Made Pursuant to 28 U.S.C. §2255.

(2)

On February 10, 2008, Petitioner filed a Motion for Permission to File

Memorandum of Authorities in Support of Motion to Vacate or Set Aside Made

Pursuant to 28 U.S.C. 2255, to File Other Pleadings, and Request for Scheduling

Order.

(3)

The following day, February 11, 2008, he Government filed its Opposition

to the Motion.

(4)

On February  12, 2008, this Court entered an Order granting in part and

denying in part  Motion Permission to File Memorandum of Authorities in. The

Government shall file a 2255 Rule 5(b) response by 3/12/08. Brown shall file a

comprehensive brief and any motions by 5/12/08, and the Government shall

respond by 7/11/08.

(5)

Pursuant to the Court's Order, on May 12, 2008,  Petitioner timely filed a

Motion for Discovery, Motion for Evidentiary Hearing and/or to Expand the

Record and Comprehensive Brief in Support of his Motion to Vacate or Set Aside

(6)

On July 10, 2008, the Government filed a Response in Opposition to Brown's Motion for Leave to Conduct Discovery, a Response in to Brown's Motion for Evidentiary Hearing and Hearing and to Expand the Record, and a Comprehensive Response to Brown's Motion Pursuant to 28 U.S.C. §2255.

(7)

On July 11, 2008, pursuant to Local Rule 7.6, Petitioner filed his Notice of Intent to File Reply to Response in Opposition to Discovery, Reply to Opposition to Response in Opposition to Evidentiary Hearing and/or Expanding the Record, and Reply to Government's Comprehensive Response to Motion Pursuant to 28 U.S.C. § 2255.

(8)

Petitioner's Reply Brief are now due on or before July 21, 2008.

(9)

Petitioner is aware that in the Order of February 12, 2008, wherein the schedule for filings was set out, this Court specifically noted "There will be no extensions."   Although Petitioner has made a diligent attempt to comply with the Court's Order, undersigned counsel none-the-less feels compelled to seek a one week extension in which to file his replies.

3

(10)

The Government's Responses were filed while undersigned counsel was on a long planned, out of state vacation with his family and did not return to Georgia until July 13, 2008. Further, undersigned counsel, who is the Senior Litigation Attorney for the Federal Defender Program, Inc., has a full trial caseload and a number of other capital habeas corpus cases. Undersigned counsel is also counsel of record in *United States v. Edison Rosa Tort*, No. 1:08-CR-55, a case wherein a post-hearing brief on a Motion to Suppress is also due on July 21, 2008. Further, undersigned counsel is also counsel of record in *Tommy Lee Waldrip v. Hilton Hall*, No. 2:06-CV-0062 (WEO), a capital habeas corpus case, in which a Motion for Reconsideration is due to be filed Thursday, July 17, 2008, and a Motion for Leave to Conduct Discovery is due to be filed on July 21, 2008.

(12)

In addition, the Comprehensive Response filed by Respondent is one hundred and fifty five (155) pages in length and puts forth many complex and detailed arguments that Petitioner must analyze and address. Further, the responses in opposition to discovery and evidentiary hearing will also require considerable attention.

4

(13)

Because of the number and complexity of issues, because undersigned counsel was out of state on vacation and because of the other professional obligations and responsibilities, undersigned counsel does not believe he can adequately address all of the complex issues associated with the matters pending before this Court in the time currently allotted.  Therefore, undersigned counsel respectfully seeks a one week extension of time in which to file the three reply briefs to this Court.[1]

WHEREFORE, Petitioner respectfully requests a one week extension of time in which to file his Reply to Government's Response to Motion for Leave to Conduct Discovery; Reply to Government's Response to Motion for Evidentiary Hearing and to Expand the Record, and Reply to Government's Comprehensive Response to Motion Pursuant to 28 U.S.C. §2255.[2]

---

[1]As of the time of this filing, Petitioner has not been able to ascertain the Government's position on this Motion.

[2]Pursuant to Local Rule 7.1, a proposed Order is attached.

Dated this the 16th day of July, 2008.

Respectfully submitted,


*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
100 Peachtree Street, Suite 1700
Atlanta, Georgia 30303
(404) 688-7530
**jeff_ertel@fd.org**

ATTORNEY FOR MR. BROWN

CERTIFICATE OF SERVICE

I, hereby certify that this Motion for One Week Extension of Time In Which

to File Reply Briefs  has been electronically filed and served upon counsel for the

Government at the following address:

> Amy Lee Copeland, Esq.
> Assistant United States Attorney
> P.O. Box 8970
> Savannah, Georgia 31412

Dated, this the 16th day of July, 2008.

*s/Jeffrey L. Ertel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

MEIER JASON BROWN          :
                           :        CIVIL ACTION
    vs.                    :        No. CV407-085
                           :
UNITED STATES OF AMERICA   :        CRIMINAL ACTION
                           :        No. CR403-001

ORDER

Upon Motion by Mr. Brown, it is hereby ORDERED that Mr. Brown will have until July 28, 2008, in which to file any replies to the Responses previously filed by the Government on July 10, 2008.

It is so ORDERED, this the ___ day of July, 2008.

_____
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA

Proposed order prepared by
Jeffrey L. Ertel
100 Peachtree Street, suite 1700
Atlanta, Georgia 30303
(404) 688-7530

8