UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MEIER JASON BROWN

v.                          407CV085
                            403CR001

UNITED STATES OF AMERICA

## ORDER

Meier Jason Brown's motion for an extension of time (407CV085, doc. # 60) is ***DENIED*** as moot. *See Brown v. U.S.*, 2008 WL 544622 at * 1-2 (S.D.Ga. 2/12/08) (unpublished) (citing court's liberal reply brief policy, adopted for capital cases under *Blankenship v. Terry*, 2007 WL 4404972 (S.D.Ga. 12/13/07) (unpublished), under which the parties may file as many reply briefs as they want, when they want, subject to the risk that this Court may rule at any time); doc. ## 56-57 (Government's 7/10/08 responsive filings which will consume more than 10 days time for the Court to digest).

This __21__ day of July, 2008.


B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA