# APPENDIX  A

AFFIDAVIT

Comes the undersigned, Bobbye Gerard , and after being properly sworn deposeth and says as follows, to-wit:

1. I am over the age of 18 and competent to make this affidavit.

2. I live in Claremont, Oklahoma. In 2003 I was the office manager for William Bell. I was his paralegal. When he was appointed to represent Jason Meier Brown in 2003, the employees in his law office were Mr. Bell, me, and a part time secretary.

3. I had worked for Mr. Bell for four years when he was appointed to represent Mr. Brown. We did not do capital cases. We had no experience in death penalty work. Needless to say we were not death penalty certified. We were surprised that Mr. Bell was appointed for this case. We did not know where to begin.

4. We obtained some funding for a person to do a mitigation investigation which we had no experience with. Laura Blankman agreed to perform that part of the case. It was very difficult to communicate with Laura Blankman. It was very difficult to get in touch with her. She would say what she was going to do things and never did them. She would say that she was going to interview this person or that person but it never seemed to happen. We never really saw anything from her. I do not recall her interviewing anyone. We never received anything from

her in terms of information about Mr. Brown's background and social history.

5. After having done nothing and having disappeared, Laura Blankman called and said she would come and help at trial. She did not show up. She did not do anything.

6. This greatly affected our preparation. Because Blankman did not do anything we were not prepared for the sentencing proceeding. We were scrambling at the end to try and put together something, anything, during the sentencing proceeding. As I said, we had never done a capital sentencing investigation and we were not qualified to do one. It was the blind leading the blind.

7. This was true of the case in general. While Mr. Darden was appointed as co-counsel, I never saw him do anything before trial. We did all of the motions and Mr. Darden would just say they were fine, even though we did not know death penalty law. Mr. Bell was left to fend for himself. The entire case fell to him, it was all on his shoulders, and he did not have the experience for death penalty work.

8. Mr. Darden did virtually no work on the case, and Mr. Bell and I were unqualified and unable to do the work.

Further affiant sayeth not.


                                                  _____
                                                  BOBBYE GERARD


Sworn to me this the
___ day of May, 2008.



_____
NOTARY PUBLIC

My commission expires: