# APPENDIX  B

Affidavit of Calie L. Jones

Comes now Calie L. Jones, before the undersigned officer duly licensed to administer oaths and swears or affirms as follows:

1.    My name is Calie L. Jones and I am over the age of eighteen.  The information contained in this affidavit is based on my personal knowledge and I am competent to testify to the matters herein.

2.    I am employed as an investigator with the Federal Defender Program, Inc., of the Northern District of Georgia.  While so employed, I have worked on the case of Meier Jason Brown v. United States of America, Southern District of Georgia Case Number 4:07-CV-85.

3.    During my work on Mr. Brown's case, I have had occasion to speak with Bobbye Gerard who was a paralegal working for one of Mr. Brown's trial attorneys, William Bell.  I spoke with Ms. Gerard about a draft affidavit that had been sent to her by Mr. Brown's attorney, Jeffrey Ertel.  Specifically, I spoke with Ms. Gerard on the evening of Sunday, May 11, 2008.  She said that she had not received the affidavit and she asked that Mr. Ertel send the affidavit to her again.  She also told me that she would take the affidavit and have it signed and notarized on Monday morning, May 12, 2008.  She said she would then fax a copy of the notarized affidavit to us on Monday and overnight the original to us for delivery on Tuesday, May 13, 2008.

3.     We never received a faxed or original copy of the affidavit from Ms. Gerard. I made further attempts after May 11, 2008, to contact Ms. Gerard again but she was not responsive. I also asked Larry Bowles, an investigator in the Federal Public Defender Office in Tulsa, Oklahoma, to try and contact Ms. Gerard in order to obtain her signature on her affidavit. He informed me that he personally attempted to contact Ms. Gerard at her residence on three occasions and that his attempts were not successful.

Further affiant sayeth not.

_____
CALIE L. JONES

Sworn to and subscribed before
me this 25 day of July, 2008.

_____
NOTARY PUBLIC

My Commission expires:

Notary Public, Paulding County, Georgia
My Commission Expires Feb. 25, 2010