# APPENDIX  C

Affidavit of Larry W. Bowles

Comes now Larry W. Bowles, before the undersigned officer duly licensed to administer oaths and swears or affirms as follows:

1.    My name is Larry Bowles and I am over the age of eighteen. The information contained in this affidavit is based on my personal knowledge and I am competent to testify to the matters herein.

2.    I am employed as an investigator with the Federal Public Defender Office for the Northern District of Oklahoma and my office is located in Tulsa, Oklahoma. In my capacity as an investigator in this office, I was asked to assist in the case of Meier Jason Brown v. United States of America, Southern District of Georgia Case Number 4:07-CV-85.

3.    Specifically, on May 22, 2008, I was asked by Calie L. Jones, an investigator with the Federal Defender Program, Inc., in Atlanta, Georgia, to try to contact Bobbye Gerard in order to obtain her signature on an affidavit relevant to Mr. Brown's case. I made three separate attempts to contact Ms. Gerard at her current residence located in rural Rogers County outside of Claremore, Oklahoma. Each time I went to her residence, I observed three vehicles in the driveway and three dogs in the yard. On each occasion, I knocked at her front door several times and no one

responded.  I also attempted to contact Ms. Gerard by telephone and left my contact information on her voice mail, but she never called me back.

Further affiant sayeth not.

LARRY W. BOWLES

Subscribed to and sworn before me this 21th day of July, 2008.

NOTARY PUBLIC

My Commission expires: 10-14-08