**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASES NO.** |
| | ) | **4:03CR001** |
| v. | ) | **4:07CV085** |
| | ) | |
| MEIER JASON BROWN, | ) | |
| | ) | |
| Defendant | ) | |

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Donald F. Samuel (State Bar No. 624475) requests permission pursuant to Local Rule 83.4 to appear Pro Hac Vice in the above-referenced case and shows the court as follows:

1.

Petitioner is a lawyer practicing in the City of Atlanta, Georgia, with the law firm of GARLAND, SAMUEL & LOEB, 3151 Maple Drive, Atlanta, Georgia 30305. The office telephone number is 404-262-2225.

2.

Petitioner is licensed to practice law in the State of Georgia and is a member in good standing with the Georgia State Bar.

3.

Attached is a Certificate of Good Standing issued by the United States District Court for the Northern District of Georgia certifying that counsel is admitted to practice in said Court and is in good standing as a member of the bar of said Court.

1

4.

Petitioner has knowledge of this Court's local rules.

5.

Petitioner is associated with Harry D. Dixon, Jr. as co-counsel in this matter. Mr. Dixon is a resident of Georgia and is fully and regularly admitted to practice in the United States District Court for the Southern District of Georgia.

6.

The Mr. Dixon is located at 7 East Congress Street, Suite 712, Savannah, Georgia 31401 (912-644-6700).

WHEREFORE, Donald F. Samuel hereby requests that this Honorable Court grant his motion to practice at the bar of the United States District Court for the Southern District of Georgia, pro hac vice in the instant case.

s/Donald F. Samuel
Donald F. Samuel
Ga. State Bar #624475

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, NE
Atlanta, Georgia  30305
404-262-2225
Fax 404-365-5041
dfs@gsllaw.com

Harry D. Dixon, Jr.
Georgia State Bar No. 223375

DONNIE DIXON ATTORNEY AT LAW, LLC
7 East Congress Street
Suite 712
Savannah, Georgia 31401
912-644-6700

2



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**          }
                                                } ss.

**NORTHERN DISTRICT OF GEORGIA**      }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Donald Franklin Samuel, State Bar No. 624475,** was duly admitted to practice in said Court on December 19, 1980, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 12th day of August, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____

Cheryl Goins
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASES NO.** |
| | ) | **4:03CR001** |
| **v.** | ) | **4:07CV085** |
| | ) | |
| **MEIER JASON BROWN,** | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **APPLICATION FOR ADMISSION PRO HAC VICE** has been electrically filed with the United States Mail as follows:

United States Attorney's Office
United States District Court
Southern District of Georgia
100 Bull Street
Savannah, Georgia  31401

This 13th day of August, 2008.

s/ Donald F. Samuel
Donald F. Samuel
Georgia State Bar No. 624475

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225

Harry D. Dixon, Jr.
Georgia State Bar No. 223375

DONNIE DIXON ATTORNEY AT LAW, LLC
7 East Congress Street
Suite 712
Savannah, Georgia 31401
912-644-6700

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASES NO.** |
| | ) | **4:03CR001** |
| **v.** | ) | **4:07CV085** |
| | ) | |
| **MEIER JASON BROWN,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>ORDER ON APPLICATION FOR ADMISSION PRO HAC VICE</u>

It appearing to the Court that Donald F. Samuel and has petitioned the Court for admission to practice in the above-styled matter pro hac vice and has met the requirements for such admission as set for by Local Rule 83.4, it is therefore,

ORDERED by the Court that the petition of Donald F. Samuel be granted special admission to the bar of this Court and he be allowed to appear pro hac vice in the above referenced case be granted.

This _____ day of _____, 2008.

_____
United States District Court Judge

4