Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV004049
Cashier ID: ebacon
Transaction Date: 08/13/2008
Payer Name: Garland, Samuel, Loeb, PC
PRO HOC VICE
For: Garland, Samuel Loeb, PC
Case/Party: D-GAS-4-08-LB-000001-000
Amount:                     $200.00
CHECK
Check/Money Order Num: 64393
Amt Tendered:               $200.00
Total Due:                  $200.00
Total Tendered:             $200.00
Change Amt:                   $0.00
Pro Hac Vice for Donald Samuel