**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASES NO.** |
| | ) | **4:03CR001** |
| v. | ) | **4:07CV085** |
| | ) | |
| MEIER JASON BROWN, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER ON APPLICATION FOR ADMISSION PRO HAC VICE

It appearing to the Court that Donald F. Samuel and has petitioned the Court for admission to practice in the above-styled matter pro hac vice and has met the requirements for such admission as set for by Local Rule 83.4, it is therefore,

ORDERED ~~by the Court~~ that the petition of Donald F. Samuel ~~be granted~~ *for* special admission to ~~the bar of this Court and he be allowed to~~ appear pro hac vice in the above referenced case ~~be~~ *is* granted.

This *15th* day of *August* , 2008.

_____
United States ~~District Court~~ Judge
*magistrate*

4