UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MEIER JASON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CV407-085 |
| | ) | Underlying CR403-001 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S RESPONSE TO
MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the United States of America, by and through Edmund A.

Booth, Jr., United States Attorney for the Southern District of Georgia, and

responds to the motion to withdraw as counsel filed by Jeffrey L. Ertel. [CV Doc

68] The government defers to the Court as to this motion.

Respectfully submitted this 11th day of September, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/Amy Lee Copeland

Amy Lee Copeland
Georgia Bar No. 186730
Assistant United States Attorney

U. S. Attorney's Office
100 Bull Street, Suite 201
Savannah, Georgia 31401
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of September, 2008.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

s/ Amy Lee Copeland

Amy Lee Copeland
Assistant United States Attorney
Georgia Bar No. 186730
100 Bull Street
Savannah, GA 31401
(912) 652-4422