IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NOTICE OF APPEARANCE - - - SHOW CAUSE HEARING - CONTEMPT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION 403-001-01** |
| | ) | |
| **MEIER JASON BROWN** | ) | |

   **PLEASE TAKE NOTICE** that this Court has scheduled a show cause hearing as to attorney **Jeffrey L. Ertel** regarding certain conduct as set forth in the official record in this death penalty case.  The hearing is scheduled for **Wednesday, October 1, 2008 at the United States Courthouse, 125 Bull Street, Courtroom 1, Savannah, Georgia at 9:30 a. m., the Honorable B. Avant Edenfield, presiding.**

   **SO ORDERED** this 16th day of September, 2008.


                              Scott L. Poff, Clerk
                              United States District Court
                              Southern District of Georgia


              by:    Robert W. Williams
                     Senior Case Manager
                     (912) 650-4032
                     wayne_williams@gas.uscourts.gov.

Please take note that phone notice
to counsel was given at an earlier
date and acknowledged by all.

cc:    Counsel of record
       U. S. Attorney, SDGA