while said property is "in custodia legis" shall be taxed as a part of the costs of the case.

[Effective June 3, 1996.]

## LAdR 13.  Stay of Execution or of Release of Property After Judgment or Dismissal

Except as provided in Rule LAdR 11, no execution of judgment shall issue nor shall seized property be released pursuant to judgment or order of dismissal, until ten days after its entry.  Upon filing of a motion for new trial or notice of appeal or motion to set aside default within said ten-day period, a further stay shall exist for a period not to exceed thirty days from the entry of judgment or dismissal to permit the entry of an order fixing the amount of a supersedeas bond and the filing of same.

[Effective June 3, 1996.]

## LAdR 14.  Possessory Actions—Short Day Return

In all possessory actions upon special order of the Court, process may be made returnable upon a short day.  The answer shall be filed within such time as may be specifically ordered by the Court, and a day of hearing then fixed, unless otherwise ordered.  The hearing of possessory suits shall be given preference.

[Effective June 3, 1996.]

## LAdR 15.  Claims After Sale, How Limited

Claims upon the proceeds of sale of property under a final decree, except for seamen's wages, will not be admitted in behalf of lienors who filed their claims after the sale, to the prejudice of lienors who filed their claims before the sale, but shall be limited to remnants and surplus, unless for cause shown it shall be otherwise ordered.

[Effective June 3, 1996.]

# LOCAL RULES FOR THE ADMINISTRATION OF CRIMINAL CASES

### Historical Note

Matters of a civil, general, or administrative nature are addressed in LR 1, et seq.  These Local Rules for the Administration of Criminal Cases are supplemental in nature, and are to be construed consistently with the generally applicable Local Rules, supra.

## LCrR 1.  Scope

**LCrR 1.1  Precedence of the Federal Rules of Criminal Procedure.**  In cases of conflict between these Local Rules and the Federal Rules of Criminal Procedure, except where the Federal Rules of Criminal Procedure permit variations by Local Rule, or in matters not addressed by these Local Rules, the Federal Rules of Criminal Procedure shall govern. Whenever possible, the Local Rules and Federal Rules of Criminal Procedure shall be read consistently.

[Effective June 3, 1996.]

## LCrR 2 to 11.  [Untitled]

See Federal Rules of Criminal Procedure 2 through 11.

[Effective June 3, 1996.]

## LCrR 12.  Motions

**LCrR 12.1  Form and Time for Filing Criminal Motions.**  Unless otherwise ordered by the Court, every motion filed in a criminal proceeding shall be accompanied by a memorandum of law citing supporting authorities. Every factual assertion in a motion, response, or brief shall be supported by a citation to the pertinent page in the existing record or in any affidavit, discovery material, or other evidence filed with the motion. Where allegations of fact are relied upon that are not supported by the existing record, supporting affidavits shall be submitted.

Unless otherwise ordered by the Court, all pretrial motions in criminal cases, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, shall be filed within ten (10) days of arraignment.

**LCrR 12.2  Notice of Entrapment Defense.**  Upon written demand of the attorney for the government stating the time, date, and place at which the alleged offense was committed, the defendant shall serve within ten (10) days, or at such different time as the Court may order in writing, upon the attorney for the government a written notice of his intention to offer a defense of entrapment. Such notice by the defendant shall state the specific acts upon which the prosecution is based that the defendant admits and shall further state the specific time, place, and circumstances under which the defendant claims to have been entrapped, together with the names and addresses of witnesses upon whom he intends to rely to establish such defense.

**LCrR 12.3  Disclosure of Information and Witnesses.**  As soon as practicable after the defendant's notice, and in no event less than ten (10) days before trial (unless the Court directs otherwise), the attorney for the government shall serve upon the defendant, or