# SWORN AFFIDAVIT OF NELSON TYRONE, III
## STATE OF GEORGIA

1.

My name is Nelson O. Tyrone III. I am above the age of eighteen and otherwise competent to make this Affidavit.

2.

I am an attorney practicing in Atlanta Georgia with McAleer Tyrone, LLP., 121 Church Street, Decatur, GA 30030. Tel. (404)816-7374.

3.

I was admitted to the bar in October 1998. I have been admitted to federal courts in the Northern, Middle and Southern Districts of Georgia, the Middle District of Mississippi and the Southern District of New York.

4.

I have handled criminal defense work including representing clients on criminal Appeals and writs of Habeas Corpus for the entirety of my career.

5.

In all cases where I represented a client at trial where a verdict of guilty was returned, and in all cases where I represented clients on direct appeal of their sentence, or in a Habeas Corpus action, it was my practice (and the practice of every good attorney I know) to attempt to interview jurors regarding their verdict.

6.

I believe a lawyer handling a direct appeal of a criminal conviction or a Habeas Corpus action who did not attempt to interview the jurors who rendered the verdict of conviction might be committing malpractice.

7.

Of course when I or my investigator contacted jurors we always identified who we were, who our client was, and we were always respectful of their willingness to speak with us or their wish not to speak with us, whichever the case might be.

8.

I was unaware of the change in the local criminal rules since 2004 requiring that a lawyer receive permission from the trial court before attempting to interview jurors.

9.

I have only found out about the change now as a result of this Court's inquiry into attorney Jeff Ertel.

**FURTHER AFFIANT SAYETH NOT**

Sworn by:

_____    9·27·08
Affiant                      Date

Signed this date in my presence:

_____    9/22/08
Notary                       Date

_____
My commission expires

STATE OF GEORGIA
COUNTY OF FULTON

Personally appeared before me, the undersigned officer duly authorized to administer oaths came, LENNY FRANCO, who swears and deposes the following is True and Correct to the Best of his knowledge and belief:

1.

Affiant is Lenny Franco and is Sui Juris.

2.

Affiant is licensed to practice law in the State of Georgia and has been so licensed for thirty two (32) years beginning in May of 1976. Affiant is also licensed to practice in the United States District Court of Arizona.

3.

That Affiant maintains his offices at 1800 Peachtree Street, NW, Suite 300, Atlanta, Georgia, 30309.

4.

That Affiant has practiced primarily in the Northern District of Georgia but has practiced in the Middle and Southern Districts also.

5.

That Affiant has tried jury trials for 32 years in Federal Court and in the State Court Systems.

6.

That Affiant has made a practice of questioning Jurors after they have been discharged after a verdict and also questioned trial judges as to what matters influenced

7.

I am aware that my colleagues and fellow practitioners do so, especially in the State and Superior Courts.

8.

Affiant, until the law changed in the Northern District questioned jurors in the Northern District, as a matter of practice.

9.

Affiant is aware that this affidavit is being given in support of Jeff Ertle, Esquire to be used in the Southern District Court matter now pending before this Court.

Further the Affiant sayeth not.

LENNY FRANCO
GA State Bar No. 272675
1800 Peachtree Street, NW
Suite 300
Atlanta, GA 30309
(404) 875-1300

Sworn to and subscribed to
before me this 23rd day of September, 2008.

Notary Public