COUNTY OF DEKALB

STATE OF GEORGIA

AFFIDAVIT OF JORDAN DAYAN

Comes now, JORDAN DAYAN, before the undersigned officer duly licensed to administer oaths and swears or affirms as follows:

1.    My name is Jordan Dayan and I am over the age of eighteen. The information contained in this affidavit is based on my own personal knowledge and I am competent to testify to the matters herein.

2.    I am employed as a staff investigator by the Federal Defender Program, Inc. in Atlanta, Georgia. I have worked in this capacity since May 2004. Prior to this, I was a self-employed criminal defense investigator since 1986. I have worked as an investigator on hundreds of cases. Included in these cases were numerous capital habeas cases. I have been asked to interview jurors in every capital habeas case that I have ever worked.

3.    Approximately two weeks prior to going to Savannah, Jeff Ertel approached me at work and asked if I would be willing to go Savannah for the

weekend to conduct some juror interviews. I have conducted many juror interviews in the past, and I told Mr. Ertel that I would be glad to help out. During the next week or so I consulted with Mr. Ertel and other Federal Defender employees to prepare for interviewing the jurors. Nothing about our preparation or discussion seemed any different than any other of the many juror interview projects that I had worked on in the past. Mr. Ertel went over what the issues were that he was interested in our discussing with the jurors as well as giving us a brief overview of what the actual case was about.

4.     Most of us that were going to be interviewing jurors that weekend drove down to Savannah on the Friday afternoon before. We were all staying in the same hotel so we met early on Saturday morning to go over the agenda for the interviews. Mr Ertel led the meeting. We were again briefed on what the important issues were as well as the overview of the facts of the case. Mr. Ertel instructed us to give each of the interviewees one of our business cards. He also told us to let the jurors know that they were free to either speak with us or not. It was absolutely their decision. Mr. Ertel instructed us to be respectful of the jurors and if they indicated that they did not wish to speak with us, we were to simply thank them for their time and leave. This our normal practice in interviewing jurors.

5.     I have provided all of the information in this affidavit freely and voluntarily. I was not pressured or coerced in any way to provide this affidavit

and its contents. Although I actually typed out this affidavit, the words used in it

are my own. I read every paragraph in this affidavit and each is true and correct

to the best of my information and belief.

FURTHER AFFIANT SAYETH NOT.

JORDAN DAYAN

Sworn to or affirmed and subscribed before me
this the 24 day of September, 2008

Notary Public, State of Georgia
My commission expires: 11/20/09