**STATE OF GEORGIA**

**COUNTY OF FULTON**

## AFFIDAVIT OF LAUREN L. BECKER

## IN SUPPORT OF THE GOOD CHARACTER OF JEFFREY ERTEL

Personally appeared before the undersigned officer, duly authorized by law to administer oaths in the State of Georgia, **LAUREN L. BECKER** who, after being duly sworn under oath, deposes and states the following:

1.

My name is **LAUREN L. BECKER** and I am over the age of eighteen (18) years. I am competent to make this Affidavit, and I make this Affidavit based upon personal knowledge of the facts contained herein.

2.

I make this Affidavit in support of the good character of Federal Defender Jeffrey ("Jeff") Ertel for his use at the show cause hearing on October 1, 2008 before the Honorable B. Avant Edenfield, United States District Court Judge for the Southern District of Georgia, Savannah Division, as to why Jeff Ertel should not be held in criminal contempt.

3.

I maintain a law office in Atlanta, Fulton County, Georgia. I have been a member in good standing of the State Bar of

Georgia since June 20, 1980.  In October, 1981, I was admitted to practice law in all of the courts of the State of Georgia, in the United States District Court for the Northern District of Georgia, and in the Eleventh Circuit Court of Appeals.

4.

I graduated *cum laude* from Cumberland School of Law in 1980.  During law school, I earned the American Jurisprudence Book Award (for the highest grade in the class) in both Professional Responsibility (ethics) and in Criminal Law.  After law school, I was a Judicial Law Clerk to the Alabama Supreme Court for one year.

5.

I started my law career in Atlanta as a civil litigator in federal court.  In 1986, I began adding criminal defense work into my practice.  I have been a CJA panel attorney in the Northern District of Georgia since 1992.  Since the year 2002, my practice became exclusively federal criminal defense representation.

6.

In 1997, I established the landmark case in the country to construe the African Elephant Conversation Act in conjunction with the federal criminal smuggling statutes.  *United States v. Grigsby*, 111 F.3d 806 (11th Cir. 1997).  I achieved a reversal of all felony convictions with instructions to enter a judgment

of acquittal on all counts in that case. *United States v. Doris Grigsby*, USDC, N.D. Ga., Criminal Indictment No. 1:93-CR-006-ODE. In 2005, I won a not guilty jury verdict in a $54 million federal drug conspiracy and money laundering case. *United States v. Alma Delia Torres-Avila*, USDC, N.D. Ga., Criminal Indictment No. 1:03-CR-493-ODE. In 2008, I won a not guilty jury verdict in a Mexican Drug Trafficking Organization case. *United States v. Kevin Robinson*, USDC, N.D. Ga., Criminal Indictment No. 1:05-CR-477-CC.

7.

I confer with my colleagues at the Atlanta Federal Defender Office on a regular basis for their professional advice and counsel on my cases. Without fail, Jeff Ertel is the very first person I call in that Office whenever I have a question or need to run an issue by a colleague. Jeff is always the first person I call because I knew that his competence, professionalism, and ethics are of the very highest caliber and are virtually unmatched. He has prudent judgment and wisdom that come from years of practical experience. I know that Jeff Ertel handles death penalty cases, which are the most grueling, emotionally taxing, gut-wrenching cases a lawyer can handle. I know that he is dedicated to this type of work, and that he works tirelessly on these cases.

8.

Jeff Ertel is calm, level-headed and rational. He is not prone to histrionics or "half-baked" ideas lacking in intelligence, forethought, or common sense. He has always exemplified and insisted upon absolute utmost respect and professional conduct before the judiciary. I cannot imagine Jeff Ertel would ever knowingly or willfully violate any Rule or Order.

9.

Specifically, I recall seeking out Jeff Ertel's help the weekend before a very important sentencing. *United States v. Antonio Evans*, USDC, N.D. Ga., Criminal Indictment No. 1:05-CR-268-02-ODE. I had sent out an urgent email and he responded right away. The presentence report had come back with a guideline sentence of 360 months to life, although the parties' plea agreement put my client's guideline sentence at 188 months. In other words, the presentence report recommended a sentence almost double to that contemplated.

10.

Jeff Ertel took the time to read my very lengthy sentencing memorandum and to make suggestions. He also took the time to consider the details of the plea agreement. Jeff Ertel cautioned me to temper my zeal so that my arguments could not be misconstrued as coming in conflict with a strict reading of the

plea agreement.  In my opinion, his advice to me shows that Jeff

Ertel is very respectful of the judicial system.  He is zealous

but would not knowingly or willingly stray out of bounds.

**FURTHER AFFIANT SAITH NOT.**

This the 23ʳᵈ day of September, 2008.

_____
**LAUREN L. BECKER**
**Georgia State Bar No. 046075**
3355 Lenox Road, N.E.
Suite 750
Atlanta, Georgia  30326
Telephone:  (404) 812-9007
Facsimile:  (404) 812-0020
llbecker@mindspring.com

Sworn to and subscribed before me

this 23ᵗʰ day of September, 2008.

_____
Notary Public
My Commission Expires:

JUDIE K. POSEY
NOTARY PUBLIC
DEKALB CO., GA
MY COMMISSION EXPIRES
JULY 7, 2011

County of Fulton

State of Georgia

### Affidavit of Howard J. Manchel

I provide this affidavit in support of Jeff Ertel, Esq. who has been charged as being in criminal contempt of the local rules of the Southern District of Georgia:

I have known Jeff Ertel, Esq. since 1997. As a practicing attorney in the federal court I have always trusted him for advice on how to handle federal cases. I have never known him to be the subject of a bar complaint or cited for contempt. I have long appreciated as have others his knowledge of death penalty law and federal substantive criminal law. I know professionally he is zealous and thorough and takes his relationship with the Court seriously. I believe he has taken a vow to represent the underdog, not in pursuit of money but of justice. This is what makes him a lawyer that other lawyers view as the best of our profession. He takes the oath and the profession seriously and I am proud to know him.

Besides respecting his opinion in legal matters I've had the opportunity to be his friend outside of the legal arena. He is someone I could count on, a man of his word.

I swear that the above is true and correct.

Howard J. Manchel
Ga. Bar No. 468550
729 Piedmont Avenue, NE
Atlanta, Georgia 30308

Sworn to and subscribed before me,
this 22 day of September, 2008.

Notary/Public

DAVID B. KEITH
MY COMMISSION EXPIRES
JUNE
13
2009
DEKALB CO., GA.
NOTARY PUBLIC

## AFFIDAVIT

**COMES NOW,** Thomas C. Rowsey, personally appearing before the undersigned, an officer duly authorized by law to administer oaths, who upon being duly sworn, did depose and state under oath, under penalty of perjury, the following facts:

1.

My name is Thomas C. Rowsey, and I have been a practicing attorney and member of the Georgia State Bar in good standing since 1991. My professional career has been primarily as a Sole Practitioner, concentrating a large percentage of my case load on matters of criminal defense.

2.

I provide this statement on behalf of JEFFREY ERTEL, without hesitation based upon my knowledge of him personally and professionally. I understand that this affidavit may be presented in connection with a show cause hearing to determine if Jeff knowingly and intentionally violated a local Rule in the Southern District of Georgia in his zealous pursuit of a Death Penalty defense.

3.

As a sole practitioner, often times I need to turn to a respected colleague for guidance and advice on matters. I have always known Jeff to be a completely honorable and professional member of the bar. Because Jeff demonstrates a passionate commitment to the practice of law and advocates zealously with experience on behalf of his indigent clients, I often ask him for his opinions in handling legal issues.

There are very few individuals in the practice of law that I feel comfortable confiding in or seeking the opinion of when trying to make a difficult decision on how to proceed with a legal matter.

Fortunately, I can count on Jeff Ertel, an extremely ethical and zealous criminal defense attorney who is guided by the law and his compassion for his indigent clients, to understand my concerns in fighting for the rights of the accused. Jeff practices law not with an ego or desire to benefit himself financially, but with a respect for the profession and a desire to correct any injustices inflicted by an adversarial system that depends on the professionalism of attorneys like Jeff.

If Jeff says he did not believe any local rule prohibited him from interviewing Jurors who had served in a criminal trial, then I believe him.

FURTHER THE AFFIANT SAITH NOT.

SWORN TO and subscribed
before me this 22nd day
of September, 2008.

_____
Notary Public

[Signature of Affiant]

_____
Thomas C. Rowsey
[Print Name of Affiant]

Georgia State Bar # 617500

MELINDA L TAGLIAPIETRA
Notary Public
Cobb County, Georgia
My Commission Expires November 2, 2010

AFFIDAVIT

STATE OF GEORGIA
COUNTY OF FULTON

Before the undersigned officer duly authorized to administer oaths comes Paul S. Kish, who swears and affirms the following under oath:

(1)

My name is Paul S. Kish. I am over the age of 18 and not under any disability.

(2)

I have been a practicing attorney since I was sworn into the Georgia Bar in June, 1982. I also have been a member of the Florida Bar Association since 1983.

(3)

From February, 1985 until February, 2006 I worked as an attorney with the Federal Defender Program, Inc. in the Northern District of Georgia. I was the First Assistant Attorney in that office for over 15 years until I left to start my own law firm.

(4)

One of my jobs as the First Assistant was to assist in the hiring of new lawyers. Furthermore, I had the responsibility of supervising all the staff attorneys.

(5)

I assisted in the hiring of Jeffrey Ertel as a Staff Attorney. His background as a former Sheriff's Deputy, public defender and his experience in death penalty cases made it an easy decision to hire him. Jeff also had an office directly adjacent to my office. As a result, I could observe how Jeff practiced law better than just about any other attorney on our staff.

(6)

Without reservation, I can attest that Jeff practices law to the highest standards of the profession. He is diligent, hard-working, honorable and dogged in his determination to represent his client to the utmost level. He tries hard, and cares even more. His clients are very fortunate to have him as their attorney.

(7)

I am well aware of the issues surrounding the post-verdict jury interviews in the case of U.S. v. Maier Jason Brown. Although these activities took place after I left the Federal Defender Program, I regularly keep up with the work of my former colleagues. I believe Jeff had absolutely no idea that he was potentially violating any rule or order while engaging in the

routine practice of jury interviews during post-conviction

representation.  He loves his job and the law far too much to

jeopardize his career and family.

(8)

I understand Jeff has testified that he was unaware of the

supposed rule prohibiting jury contact in the United States

District Court for the Southern District of Georgia.  I have not

looked at the relevant rules nor studied any prior history on

this issue.  What I do know to the core of my being is Jeff

Ertel.  If he says he was unaware of any potential violation, I

believe him completely and without reservation.

FURTHER AFFIANT SAYETH NAUGHT.

Paul S. Kish


Sworn to and subscribed before me
this **22nd** day of September, 2008.

My Commission expires

NOTARY PUBLIC

State of Georgia           )
                           ) s.s.
County of Fulton           )

## Affidavit of Mildred Geckler Dunn, Esquire

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Mildred Geckler Dunn, J.D., who being duly sworn, states the following:

1)      My name is Mildred Geckler Dunn. I am over the age of 18 and competent to make this affidavit. I am an attorney who is duly licenced to practice law in the State of Georgia, and have so practiced in Georgia for over nineteen years. Upon my graduation from the University of Florida College of Law in December 1988, I began my practice with the law firm of Vincent, Chorey, Taylor and Feil, in Atlanta, Georgia. My major area of practice was complex commercial litigation, but I assisted in the CJA appointed representation of a death row inmate in Federal District Court, in the Northern District of Georgia. I left Vincent, Chorey, Taylor and Feil in April 1993 to become a staff attorney at the Federal Public Defender Program, Inc., where I remain employed.

2)      I began practicing law with Jeff Ertel in October 1996, when he joined the Federal Defender Program, Inc. For almost twelve years, I have known

Mr. Ertel to be a respected and vigorous advocate. I have watched him in court, prepared cases with him, and participated in hearings and trials with him. Based on my in-depth knowledge of Mr. Ertel's practice of law, I have always known him to be respectful of a Court's authority. I find him to practice ethically within the rules of the Court, while always fighting zealously for his clients. I have known him to put personal matters on hold in order to work long hours to make sure that his clients have been completely and appropriately represented. I have **never** known him to be disrespectful in any way to a Judge in any court.

3)    I practiced with Mr. Ertel when he developed cancer. Mr. Ertel would not let cancer or chemotherapy stop him. Not only did he continue working, I remember my amazement when he tried a serious felony case – completely bald – during chemotherapy – and with his usual thoroughness and attention to the smallest detail. As a fellow cancer survivor, I can tell the Court that working through chemotherapy is unbelievably difficult. Chemotherapy taxes the body and the soul. Having a possibly fatal illness likewise would cause most lawyers to sit back and let others do the hard work. Mr. Ertel, however, never did that – he continued representing clients, both ethically and fairly, while honing his practice to the highest level of skill and professionalism.

2

4)    Based on my conversations with members of the Northern District of Georgia and the local bar, I know that Mr. Ertel enjoys the unmitigated respect of the Judges and prosecutors in the Northern District. He is seen as a worthy, professional and zealous advocate. He has a spotless reputation. It goes without saying that defense attorneys who know him feel exactly the same.

Signed this 22nd day of September, 2008 under penalty of perjury.

Mildred Geckler Dunn, Esquire

Sworn to and subscribed before me
this 22nd day of September, 2008.

Belinda Rogers
Notary Public

Notary Public, Clayton County, Georgia
My Commission Expires Jan. 30, 2011

3

## SWORN AFFIDAVIT OF NELSON TYRONE, III
## STATE OF GEORGIA

1.

My name is Nelson O. Tyrone III. I am above the age of eighteen and otherwise competent to make this Affidavit.

2.

I am an attorney practicing in Atlanta Georgia with McAleer Tyrone LLP., 121 Church Street, Decatur, Georgia, 30030. Tel. (404)816-7374.

3.

I was admitted to the bar in October 1998. I have been admitted to federal courts in the Northern, Middle and Southern Districts of Georgia, the Middle District of Mississippi and the Southern District of New York. During my ten years practicing as a lawyer I have regularly handled cases in both state and federal courts.

4.

I have known Jeff Ertel for approximately five (5) years.

5.

Earlier in my career I was fortunate to work for some of the finest lawyers in the state – including Ed Garland and Don Samuel.

6.

I was taught by them to always be more knowledgeable about my client's case than opposing counsel, to represent my clients better than anyone else could, to work zealously within the confines of the law, and to always speak with candor to the Court.

7.

I remember the many times I would be struggling to grapple with some facet of a case – either facts or law that were detrimental to my client's chance of winning their case – when I would approach Don Samuel and announce "I have a problem with this case". Don would respond "do you have a problem, or does your client have a problem? There is a tremendous difference."

8.

The lesson I learned from this is that while I should remain a zealous advocate for my client, I could never compromise myself so that my client's problem became mine – that I should always maintain a reputation for integrity and candor with the court regardless of what I was trying to accomplish for my client.

9.

Now that I am not longer an associate of these fine lawyers, I have had to look for other resources to help me with my client's "problems". As a criminal defense attorney accepting appointments to represent federal criminal defendants under the CJA I have routinely called on attorneys at the Federal Defenders Office, including Jeff Ertel, for guidance, direction and help.

10.

Jeff Ertel has on several occasions gone out of his way to offer his experience and guidance when I have approached him with a question I have had on a federal criminal matter.

11.

In all my dealings with him he has been well-prepared, conscientious, knowledgeable and professional. His approach to my client's problem, and his advice to me have always been consistent with the teachings I received

early in my career to represent my client zealously within the confines of the law.

12.

I have heard that Jeff has made an error and has been called before the Court for a "show cause" hearing.

13.

Based on what I personally know of Jeff coupled with what I know of him by reputation I am certain that any error that Jeff made in running afoul of a local rule of the Court was an unintentional error made by a very good lawyer.

14.

I am available should the court wish to hear further from me.

**FURTHER AFFIANT SAYETH NOT**

Sworn by: _____   9.22.08

Affiant                    Date

Signed this date in my presence:

Sarah Sinclair   9/22/08

Notary                    Date

July 13, 2010

My commission expires

COUNTY OF FULTON
STATE OF GEORGIA

## AFFIDAVIT

I, LEIGH BURTON FINLAYSON, do hereby swear and attest that the following information is true and correct to the best of my ability:

1) I have been practicing law and criminal defense since graduating from the University of Georgia School of Law in 1989. I have been employed as a trial attorney by both state and federal public defender offices. In 1990, I worked for a small firm, Michael Mears and Associates, which handled several death penalty cases. I opened my own criminal defense practice in October of 1995.

2) I have known JEFF ERTEL for over ten (10) years. He came to the Federal Defender Program, Inc. in Atlanta, shortly after I left that office. I have had several cases where I represented a codefendant who was charged with a defendant represented by Jeff Ertel. I have always been impressed by Jeff's honesty, decency and zealous advocacy on behalf of his clients who are always indigent. I have always been impressed by Jeff's willingness to take on the most difficult of cases (and sometimes the most difficult of client.) The level of

patience required for such representation is impressive.   Jeff's dedication to the

cause of Justice is to be emulated.

3)   Jeff Ertel, like any good death penalty defense attorney, works under the

philosophy of "leave no stone unturned." Based upon my personal and

professional observations of Jeff over the last 10 years, and based upon his

reputation in the legal community, I submit that Jeff Ertel would never knowingly

or intentionally violate an ORDER or RULE of the Court.

So sworn, this 22nd day of September, 2008.

Leigh Burton Finlayson
Georgia Bar # 261460

LAW OFFICE OF
L. BURTON FINLAYSON
931 Ponce de Leon Avenue, NE
Atlanta, Georgia  30306
(404) 872-0560

Sworn Before: _____
NOTARY PUBLIC

My Commission Expires: __1/3/09___

STATE OF GEORGIA
COUNTY OF FULTON

Personally appeared before me, the undersigned officer duly authorized to administer oaths came, LENNY FRANCO, who swears and deposes the following is True and Correct to the Best of his knowledge and belief:

1.

Affiant is Lenny Franco, a licensed attorney in the State of Georgia been so licensed, continuously since May, 1976.

2.

Affiant specializes in Criminal Defense and is on the Federal Defender Panel since 1983.

3.

That Affiant is acquainted with Jeff Ertle, Esquire both professionally and personally.

4.

Affiant has represented co-defendants in multi defendant federal cases with Jeff Ertle.

5.

That in each and every instance Affiant has found Jeff Ertle to be highly competent and ethical, to his opposing counsel, co-counsel and to his clients.

6.

That on one occasion specifically, Jeff Ertle was appointed to represent a defendant in a Child Enticement Case and through no fault of Mr. Ertle, the defendant

wanted to retain counsel. Mr. Ertle suggested that the defendant hire me and defendant retained me. After several weeks of working on the case, I was unable to work out a better deal than what Mr. Ertle had worked out, months earlier.

7.

To Affiant's knowledge, Mr. Ertle has always worked for the Federal Defender Program and never been paid a fee by any client.

8.

In short, Jeff Ertle is one of the finest attorneys that money cannot buy. I would trust him to represent my family members (although I sincerely hope that will never be necessary).

9.

Affiant gives this affidavit freely and voluntarily and in support of Jeff Ertle.

Further the Affiant sayeth not.

LENNY FRANCO
GA State Bar No. 272675
1800 Peachtree Street, NW
Suite 300
Atlanta, GA 30309
Telephone: (404) 875-1300

Sworn to and subscribed to
before me this 23rd day of September, 2008.

Notary Public

LAW OFFICES

## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

999 PEACHTREE STREET, SUITE 1000
ATLANTA, GEORGIA 30309-3915
678-420-9300
FAX: 404-879-9704
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
BETHESDA, MD
DENVER, CO
LAS VEGAS, NV
LOS ANGELES, CA
PHILADELPHIA, PA
PHOENIX, AZ
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

September 19, 2008

The Honorable B. Avant Edenfield
United States District Court Judge
Southern District of Georgia
125 Bull Street
1st Floor
Savannah, Georgia 31412

Jeffrey H. Brickman
678-420-9382 PHONE
brickmanj@ballardspahr.com

RE: Mr. Jeffrey Ertel

Dear Judge Edenfield:

My name is Jeffrey Brickman and I am writing the Court in support of my colleague and friend, Mr. Jeffrey Ertel.

I have known Mr. Ertel for over ten years, having first met him when I was hired in 1997 as an Assistant United States Attorney for the Northern District of Georgia. During my six years as a federal prosecutor, I had the privilege of working with and against Mr. Ertel in a number of complex and sensitive matters. I can say with absolutely no degree of hesitation that Mr. Ertel was always the consummate professional, a true advocate for his client and, most importantly in my mind, honest and true to his word. In fact, I cannot recall a single instance in which I ever questioned the veracity of anything Mr. Ertel represented to me or the Court.

In addition to his admirable character, Mr. Ertel also has a stellar reputation for his attention to detail and his unwavering respect for the rules of the Court. To this day, I have never known him to sacrifice the sanctity of the Court, and his reputation for that matter, in order to gain an upper hand in a case he was zealously defending. It's simply not his nature.

I have practiced law for close to twenty years as both a state and federal prosecutor and most recently, as a criminal defense lawyer. Over the course of my career, I have witnessed attorneys engage in tactics that are frankly, unfathomable. As the Court very well knows, one's character can make or break his career. It is my belief that Mr. Ertel's character and insistence that the rules of Court are to be followed, not danced around, are what make him such a fine lawyer.

I thank you in advance for your willingness to read this letter on Mr. Ertel's behalf.

Very truly yours,

Jeffrey H. Brickman

JHB | myw

843289

State of Georgia
County of Carroll


## Affidavit of Lynn Fant

I, Lynn Fant, am over the age of 18 and competent in all respects to make this affidavit. I am a criminal defense attorney, practicing primarily in the Eleventh Circuit Court of Appeals and the United States District Court for the Northern District of Georgia. I graduated from Georgia State University, College of Law in 1989, and became a member of the Georgia Bar the same year. I was sworn into practice in the Northern District of Georgia on July 24, 1989.

I was employed as a staff attorney with the Federal Defender Program, Inc. from June of 1989, until June of 1994, when I opened my own practice in Marietta, Georgia. In 1996 I returned to the Federal Defender Program, to resume my position as a staff attorney.

After I returned to the Federal Defender Program, I met Jeff Ertel, who started at the office in October of 1996. Jeff was very enthusiastic and volunteered to second chair several trials I had scheduled. I worked very closely with Jeff from 1996, until 2002, when I returned to private practice. I was always impressed with Jeff's level of commitment to the cause of indigent defense, and his high level of professionalism. I found Jeff to be extremely conscientious and zealous about his defense work, but very mindful of his duties as an officer of the court, and a member of the Georgia State Bar Association.

I am aware of Jeff Ertel's reputation throughout the legal community in the Northern District of Georgia as a dedicated lawyer who has demonstrated an exemplary commitment to professionalism and ethical representation of indigent defendants. I am aware that he has good reputation for truthfulness and being law abiding.  Further, Affiant sayeth not.

Lynn Fant
Georgia Bar #254963

Sworn to and subscribed before me
this 25th day of September 2008.

Notary Public