AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Meier Jason Brown

### JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER:   CV407-85

United States of America

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of September 29 2008, Judgment is entered

denying the motion to vacate sentence.

September 29, 2008
Date

Scott L. Poff
Clerk

*Elizabeth*
*(By) Deputy Clerk*

GAS Rev 10/1/03