AFFIDAVIT

Come the following affiants, Marlyne K. Israelian, Ph.D., clinical psychologist, and Bhushan S. Agharkar, M.D., and, after being duly sworn, deposeth and state the following, to-wit:

1. Dr. Israelian is a Clinical Neuro-Psychologist in Atlanta, Georgia. She is an adjunct professor of psychology for Emory University and along with owning her own clinical practice, Comprehensive Psychological Services of Atlanta, LLC.

2. Dr. Agharkar is a physician board-certified in both adult and forensic psychiatry. He is on the clinical faculty at Emory University School of Medicine and Assistant Professor and Associate Residency Training Director at Morehouse School of Medicine. He has an active private practice in Atlanta, Georgia.

3. In July of 2008, we submitted a joint affidavit in the matter of *Meier Jason Brown v. United States of America*, 4:07-CV-085 expressing our expert opinions. We concluded among other things that Meier Jason Brown:

> possesses a host of intellectual, intrapersonal and interpersonal strengths which, in a healthier environment than the one he was born into, would have served him and society well. He suffers from substance dependence and abuse through no fault of his own. Given his strengths, had Mr. Brown been born and/or raised in a less teratogenic environment, not only would he have been less likely to engage in substance use and abuse, he would, had he been given the opportunity, benefitted from detoxification and rehabilitation, and could have lead a productive and rewarding life. The likelihood that he would be dangerous if sentenced to prison was very low in 2003, and is low today.

4. Had we been provided in 2003 the information we reviewed in 2008, we would have come to the same conclusions in 2003 we reached in 2008. With the exception of evidence of Mr. Brown's having adapted to federal prison, our opinions in 2008 were based upon information that was available in 2003.

Dated, this the \_10th\_ day of October, 2008.

_____
Bhushan S. Agharkar, M.D.

_____, Ph.D.
Marlyne K. Israelian, Ph.D.

Sworn to me this \_10th\_
day of October, 2008

Sworn to me this \_10th\_
day of October, 2008

_____
NOTARY PUBLIC

_____
NOTARY PUBLIC

My commission expires: 11/20/09

My commission expires: 11/20/09