# FEDERAL DEFENDER PROGRAM, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1700, THE EQUITABLE BUILDING
100 PEACHTREE STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404 688-0768

October 9, 2008

Mr. Charles Bourne
Asst. United States Attorney
600 James Brown Blvd.
Suite 200
Augusta, GA 30901

Re: *Meier Jason Brown v. United States of America*, 4:07-CV-85

Via Federal Express (Air bill 8652 3081 4988)

Dear Mr. Bourne:

Pursuant to Judge Edenfield's order and our phone call of this day, please find enclosed a personal check (number 514) in the amount of two thousand five hundred dollars ($2,500.00) made out to the United States Treasury. I have already forwarded to Mr. Dixon letters of apology to all of the jurors which, I understand, have been forwarded to the Court. Thus, it is my understanding that the submission of this check colcudes this matter.

Thank you for the professional manner in which you approached this mattter.

Yours very truly,

Jeffrey L. Ertel

cc: Hon. B. Avant Edenfield
    Edmund A. Booth, Jr.
    Harry D. Dixon, Jr.
    Donald F. Samuel