UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
Southern District of Ga.
Filed In Office

10-14        20 08

Deputy Clerk

JUROR QUESTIONNAIRE

INSTRUCTIONS

CR 403:01
CU 407-85

Please complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in a case alleging violations of the criminal code of the United States. The purpose of these questions is not to ask unnecessarily about personal matters. Rather, it will be used to help determine whether prospective jurors can fairly and impartially decide the case. **You are sworn to give true and complete answers to the best of your ability.** Your answers are confidential and will be available **only** to the Court and to counsel in this case.

Please do not discuss the questionnaire with anyone. It is very important that the answers be yours and yours alone. **Remember that there are no "right" or "wrong" answers; only truthful answers.**

Please **PRINT** your answers.