*# 14*

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address?    *4 years*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? *Pentacostal*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _12_    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Line Dept. Savanah Electric_

13. List other significant employment within the past five years: _Pike Electric_

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _5_

Spouse's occupation: _Effingham Count Board of Education – Teache_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _1_

What are their current ages? _1_

_____

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    I.B.E.W local 1208     _____

    Agape Assemly of God    _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?    _____

    _____

    Federal or state?          Federal _____          State __✗__

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?    _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__        No _____

If yes, explain: ___Uncle____DNR_____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television          ✓ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _____          Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes ___✓___                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes _____                    No ___✓___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____                    No ___✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

15

217.

# QUESTIONNAIRE

1. Name: █████████████████

2. Date of Birth: █████████████

3. Place of Birth: █████████████

4. Current Address: █████████████

5. County: █████████

6. How long have you lived at this address? _____3 yrs_____

7. Do you rent or own your residence?        Rent __✓__        Own _____

8. Have you ever lived outside of Georgia?    Yes __✓__        No _____

9. What is your religious affiliation, if any? ___Episcopal___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ___✓___    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No ___✓___

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced ___✓___

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many?    _3_____

What are their current ages?    _21, 18, 16_____

_____

3

16. Have you ever served in the military?          Yes __X__          No _____

    If yes, what branch(s) and when: ___US Navy Retired 1981 - 1996___

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:          None

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

    If yes, when and where?          _____

                                     _____

    Federal or state?     Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __X__

    If yes, when and where?          _____

                                     _____

    Federal or state?     Federal _____          State _____

    Criminal or civil?    Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____    No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__    No _____

If yes, explain: _Father was a Policeman IN New York_

_And Florida_ _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____    No __K__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____    No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   __X__ Television     _____ Radio     _____ Newspapers

   __X__ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

   Yes _____     No __X__     Not Sure _____

   If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

   If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____     No __X__

   If yes, what is your opinion? _____

   If yes, could you set that opinion aside and return a verdict based only on the evidence

   presented at trial? (select one)

         _____     Yes, I definitely could.

         _____     I probably could.

         _____     Not sure.

         _____     I probably could not.

         _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__X__          I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __X__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __X__          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __X__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __X__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__X__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__X__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

17

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮

6. How long have you lived at this address?   26 years

7. Do you rent or own your residence?        Rent _____        Own ✔

8. Have you ever lived outside of Georgia?    Yes ✔        No _____

9. What is your religious affiliation, if any?   Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✔ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School __2 yrs__

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

__Bricklayesory / Carpenter_____

12. Are you currently employed?    Yes _____    No __✓__

If yes, What is your occupation? _____

13. List other significant employment within the past five years: __NONE__ ____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __26 yr's__

Spouse's occupation: __Housewife_____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? __(1) ONE_____

What are their current ages? __38_____

_____

3

16. Have you ever served in the military?         Yes ✓       No ____

    If yes, what branch(s) and when: ___U.S. Navy___ __10-26-55__
    __To    10-28-59___

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    __NONE_____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?     Yes _____     No ✓

    If yes, when and where?     _____

    _____

    Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes _____     No ✓

    If yes, when and where?     _____

    _____

    Federal or state?     Federal _____     State _____

    Criminal or civil?     Criminal _____     Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓___        No _____

If yes, explain: ___SoN - Sav. PoLice deparTMeNT___

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✔ Television        \_\_\_\_\_ Radio        ✔ Newspapers

    \_\_\_\_\_ Internet        \_\_\_\_\_ Magazines        \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

    Yes ✔        No \_\_\_\_\_        Not Sure \_\_\_\_\_

If yes or not sure, please state what you have heard or read and the source(s):

_From - TV - News papers_

26. Has anyone ever talked to you about this case before today?    Yes ✔    No \_\_\_\_\_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_WIFE -_

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes \_\_\_\_\_        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    ✔        Yes, I definitely could.

    \_\_\_\_\_        I probably could.

    \_\_\_\_\_        Not sure.

    \_\_\_\_\_        I probably could not.

    \_\_\_\_\_        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✔__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✔__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✔___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✔___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes __✔___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __✔___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes __✔___          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I feel strongly that the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied unfairly against minorities.

__✓____   I have no opinion whether the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied fairly against minorities.

_____   I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

*18*

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?  _7 yrs_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?  Yes _____    No _____

9. What is your religious affiliation, if any?  _Baptist_

10. Which do you consider yourself to be: (select one)

African American _✓_          Native American Indian _____

Asian _____                   Hispanic _____

Caucasian (white) _____       Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  ✓

College (undergraduate)  _____     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  ✓          No _____

If yes, What is your occupation?  _LONGSHORMAN_

13. List other significant employment within the past five years:  _____ N/A _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married  ✓          Divorced _____

Widowed  _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation:  _HAIR DRESSER_

15. Have you ever had, adopted, or raised any children?    Yes  ✓   No _____

If yes, how many?  _6_

What are their current ages?  _19, 25, 26, 21, 29, 32 YRS._

_____

3

16. Have you ever served in the military?    Yes ✓    No _____

If yes, what branch(s) and when: _U,S. Air Force_ _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_ILA Local 1414_ _____

_NAACP_ _____

_AFl-CIO_ _____

_CBTU_ _____

_American Legions_ _____

_MASONS (F+AM)_ _____

_APRI_ _____

18. Have you ever served on a grand jury?    Yes _____    No ✓

If yes, when and where? _____

Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No ✓

If yes, when and where? _____

Federal or state?    Federal _____    State _____

Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Home + Auto Robbery__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: __Neighborhood Watch__

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    _____ Radio    ✓ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✓    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes ✓  No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

    My WiFE And I .

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    ✓    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?        Yes _____        No __✓__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

           Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

           Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

           Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

           Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____       I feel strongly that the death penalty is applied unfairly against minorities.

✓ _____     I feel that the death penalty is applied unfairly against minorities.

_____       I have no opinion whether the death penalty is applied unfairly against minorities.

_____       I feel that the death penalty is applied fairly against minorities.

_____       I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

19

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████

3. Place of Birth: ███████████████

4. Current Address: █████████████

   ████████████████████

5. County: █████████

6. How long have you lived at this address?  __9 ½ years__

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓            No _____

9. What is your religious affiliation, if any?  __CHRISTIAN__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   \_\_\_\_\_     Junior High/Middle School   \_\_\_\_\_

High School    ✔    Vocational/Trade School   \_\_\_\_\_

College (undergraduate)   \_\_\_\_\_     Graduate/Professional School   \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes  ✔       No \_\_\_\_\_

If yes, What is your occupation?  *ESTIMATER*      *9 years*

13. List other significant employment within the past five years:  *None*

_____

_____

_____

14. Marital Status:

Never Married \_\_\_\_\_     Married   ✔     Divorced \_\_\_\_\_

Widowed   \_\_\_\_\_     Separated \_\_\_\_\_

If married, number of years with current spouse:  *20+*

Spouse's occupation:  *Home maker*

15. Have you ever had, adopted, or raised any children?    Yes  ✔   No \_\_\_\_\_

If yes, how many?     *2*

What are their current ages?  *27 , 22*

3

16. Have you ever served in the military?        Yes ✓        No ____

   If yes, what branch(s) and when: _US ARMy  1973 — 1994_

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   __None__ _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

18. Have you ever served on a grand jury?        Yes ____        No ✓

   If yes, when and where?        _____

   _____

   Federal or state?        Federal ____        State ____

19. Have you ever served on a trial jury?        Yes ____        No ✓

   If yes, when and where?        _____

   _____

   Federal or state?        Federal ____        State ____

   Criminal or civil?        Criminal ____        Civil ____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _____ Radio        _✓_ Newspapers

_✓_ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____         No _____         Not Sure _✓_

If yes or not sure, please state what you have heard or read and the source(s):

I Work In AllenHurst GA. So I might Have Heard some. NOT Sure

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____         No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

__✓__   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No ✔

      If yes, explain: _____

      _____

      _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes ✔            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

      Yes _____            No ✔

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

      Yes ✔            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

      Yes _____            No ✔

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

__✓__ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____

#20

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ██████████████

4. Current Address: ██████████

   ██████████

5. County: ████

6. How long have you lived at this address? ____4 yrs____

7. Do you rent or own your residence?    Rent _____    Own _X__

8. Have you ever lived outside of Georgia?    Yes _X__    No _____

9. What is your religious affiliation, if any? ___None___

10. Which do you consider yourself to be: (select one)

    African American _____        Native American Indian _____

    Asian _____                   Hispanic _____

    Caucasian (white) __✓__          Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _____                     Vocational/Trade School _____

College (undergraduate) ✓               Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ BUSINESS / ENGLISH _____

12. Are you currently employed?     Yes _X_        No _____

If yes, What is your occupation? FINANCE MANAGER AT AUTO DEALERSHIP

13. List other significant employment within the past five years: _____

_____ SAME JOB AT DIFFERENT DEALER _____

_____

_____

14. Marital Status:

Never Married _____        Married _X_        Divorced _____

Widowed _____              Separated _____

If married, number of years with current spouse: _3_____

Spouse's occupation: _____ BARTENDER _____

15. Have you ever had, adopted, or raised any children?     Yes _____     No _X_

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?      Yes _____      No _X___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _____NONE_____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____

18. Have you ever served on a grand jury?      Yes _____      No _X___

    If yes, when and where?      _____

    _____

    Federal or state?      Federal _____      State _____

19. Have you ever served on a trial jury?      Yes _____      No _X___

    If yes, when and where?      _____

    _____

    Federal or state?      Federal _____      State _____

    Criminal or civil?      Criminal _____      Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__          No _____

If yes, explain: _MY SISTER, UPON RETURN FROM HER HONEYMOON, WALKED INTO A ROBBERY AT MY PARENTS HOME. THREE BLACK MEN RAPED HER BEAT HER, AND LEFT HER FOR DEAD. SHE CAME CLOSE TO DEATH. IT WAS A MIRACLE SHE LIVED._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__          No _____

If yes, explain: _I HAVE TWO IN LAWS IN THE FBI_

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     X Television      X Radio      X Newspapers

     X Internet      X Magazines      X Other

25. Have you heard or read anything about this case before today?

     Yes __X__      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____ TV Newspaper, Radio _____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No X

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes __X__      No _____

If yes, what is your opinion? __HE IS PROBABLY GUILTY__

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

__X__ No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__X__    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _X_

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _X_        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _X_        No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____        No _X_

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No _X_

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

X  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

X No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _X_        No _____

If yes, explain: THE BLACK MEN RAPED MY SISTER, THEN TRIED TO KILL HER WHILE ROBBING MY PARENTS HOUSE

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _X_        No _____

If yes, explain: _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _X_        No _____

If yes, explain: I THINK CRIMINALS SHOULD DIE.

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No _X_

If yes, explain: _____

10

#21

## QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?   3 months, but have been in RHill since 1992.

7. Do you rent or own your residence?   Rent __✓__   Own _____ Currently building another house.

8. Have you ever lived outside of Georgia?   Yes __✓__   No _____

9. What is your religious affiliation, if any?   Methodist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   \_\_\_\_\_      Junior High/Middle School   \_\_\_\_\_

High School   \_\_\_\_\_      Vocational/Trade School   \_\_\_\_\_

College (undergraduate)   ✓      Graduate/Professional School   Some

If college or graduate/professional school, you major(s) or area(s) of study?

Information Systems (BBA) + Teacher certification in middle school mathematics

12. Are you currently employed?   Yes ✓      No \_\_\_\_\_

If yes, What is your occupation?   Teacher - 8th grade - RH Middle School

13. List other significant employment within the past five years: \_\_\_\_\_

Same

14. Marital Status:

Never Married \_\_\_\_\_      Married ✓      Divorced \_\_\_\_\_

Widowed \_\_\_\_\_      Separated \_\_\_\_\_

If married, number of years with current spouse: \_\_\_\_\_

Spouse's occupation:   Vice President   Coating Systems Inc.

15. Have you ever had, adopted, or raised any children?   Yes ✓   No \_\_\_\_\_

If yes, how many?   2

What are their current ages?   8, 14

3

16. Have you ever served in the military?          Yes _____     No ___✓___

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   PAGE - ~~Prof~~ _____          _____

   Professional Assoc. of Ga. Educ. _____

   _____          _____

   Richmond Hill United Methodist _____

   College: Zeta Tau Alpha Sorority (secretary)

   Pi Kappa Phi Fraternity     (little sister)

   _____          _____

18. Have you ever served on a grand jury?         Yes _____     No __✓__

   If yes, when and where?          _____

   _____

   Federal or state?     Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__     No _____

   If yes, when and where?     ___Tallahassee    Florida___

                               ___1990___

   Federal or state?     Federal ___✓___          State ___✓___

   Criminal or civil?     Criminal __✓__          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        __✓__ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

One of my students last year was the great-nephew of the victim. I recall him being absent due to her death.

26. Has anyone ever talked to you about this case before today?    Yes __✓__    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Students mother explained that is was her aunt and the she was killed in the post office. She did not know details. I was offering condolences

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__ other than previously mentioned

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No __✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No __✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

      _____     I feel strongly that the death penalty is applied unfairly against minorities.

      _____     I feel that the death penalty is applied unfairly against minorities.

      _____     I have no opinion whether the death penalty is applied unfairly against minorities.

      ✓     I feel that the death penalty is applied fairly against minorities.

      _____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

      _____ Yes, it is a definitely a problem.

      _____ Yes, it is often a problem.

      ✓ Yes, it is occasionally a problem.

      _____ Not sure if it is a problem.

      _____ No, it is usually not a problem.

      _____ No, it is rarely a problem.

      _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10