22

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████████

6. How long have you lived at this address?  *12 yrs*

7. Do you rent or own your residence?         Rent _____         Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓         No _____

9. What is your religious affiliation, if any? *Methodist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) ✓    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Nursing_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Director of Missions-Outreach Ministries at the Isle of Hope United Methodist Church_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _23_____

Spouse's occupation: _Plastic Surgeon_____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _2_____

What are their current ages?    _18 yrs and 15 yrs_____

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *United Methodist Women*                  _____

    *Wesley Community Centers*        *Board member*

    *Chat-Sav. Authority for Homeless*    *Board member*

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where? _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where? _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television      ✓ Radio      ✓ Newspapers

   ___ Internet      ___ Magazines      ___ Other

25. Have you heard or read anything about this case before today?

Yes _____      No ✓      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____      Yes, I definitely could.

   _____      I probably could.

   _____      Not sure.

   _____      I probably could not.

   _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✓          No _____

If yes, please explain: _I know Melissa Mundell - our daughters attend school together, but we are not close friends_

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓          No _____

If yes, explain: _I do not believe that we (humans) have the right to put another human being to death based on my religious beliefs_

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

_____ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

✓ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ✓

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes ✓          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    _____    I have no opinion whether the death penalty is applied unfairly against minorities.

    ___✓___    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    ___✓___ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

24

## QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████████

5. County: _____

6. How long have you lived at this address? *11 years*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? *Methodist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

Early Childhood Education / Psychology

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? _Teacher_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married __✓__     Married _____     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No __✓__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?    Yes _____    No _____

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No _____

If yes, when and where?    _____

_____

Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No _____

If yes, when and where?    _____

_____

Federal or state?    Federal _____    State _____

Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: ~~●●●~~ My house was broken in to and my uncle and aunt were held at gun point while their car was stolen

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓___ — Not to my knowledge

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

____ ✓ Television          ____ ✓ Radio          ____ Newspapers

____ ✓ Internet          ____ ✓ Magazines          ____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓_____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓_____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes ✓_____          No _____

If yes, what is your opinion? ~~guilty~~ guilty _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

____ ✓ Yes, I definitely could.

____ ✓ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓_          No _____

If yes, explain: I think the death penalty is morally wrong.

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

_____ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

_✓_ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ✓

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

✓ _____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ _____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

(25)

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████████

3. Place of Birth: ████████████

4. Current Address: ██████████████

5. County: ████████████████

6. How long have you lived at this address?  ___2.2_____

7. Do you rent or own your residence?     Rent _____     Own ✓_____

8. Have you ever lived outside of Georgia?  Yes _____     No ✓_____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School __12__      Vocational/Trade School _____

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__        No _____

If yes, What is your occupation? _Club house INC - Food Sup Mang-t_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____      Married __✓__      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: ____19____

Spouse's occupation: _Cw -_

15. Have you ever had, adopted, or raised any children?    Yes _____    No _____

If yes, how many? ████████████████      33

What are their current ages? ████████████  29

████████████  22

16. Have you ever served in the military?        Yes _____        No __✔___

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

<u>Overcoming by Faith</u> _____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✔___

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✔___

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __C. Johnson -G__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television        _____ Radio        _____ Newspapers

    _____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

    Yes __✓__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

____*Television*_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __✔__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✔__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

__✔__          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ___✓___

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes _____                    No ___✓___

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

            Yes _____                    No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

            Yes ___✓___                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

            Yes ___✓___                    No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____           No __✓___

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____           No __✓___

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____           No __✓___

      If yes, explain:_____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____           No __✓___

      If yes, explain:_____

      _____

      _____

10

26

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? Almost 6 yrs.

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?     Yes _____     No ✓

9. What is your religious affiliation, if any? Christian

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✓___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___     No _____

If yes, What is your occupation? _Auto Technician_____

13. List other significant employment within the past five years: ___Same_____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___19_____

Spouse's occupation: ___Regulatory Specialist_____

15. Have you ever had, adopted, or raised any children?    Yes _____     No ___✓___

If yes, how many? _____

What are their current ages? _____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes ⊘        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State ⊘

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?    _Savannah, Don't Remember_
    _when, yrs. ago_____

    Federal or state?        Federal _____        State ✓ ?

    Criminal or civil?        Criminal ✓        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _MOTHER - AUTO THEFT_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _COUSIN IN law WITH SAV. Police_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _neighborhood WATCH - ON THE list_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    ✓ Radio    ✓ Newspapers

    ✓ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*News paper + news — he knew her*

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No __✓__

      If yes, explain: _____

      _____

      _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____            No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____            No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied unfairly against minorities.

___✓___     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No __✔__

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No __✔__

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No __✔__

    If yes, explain: _____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No __✔__

    If yes, explain: _____

    _____

    _____

28

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address? _4 yrs_

7. Do you rent or own your residence?    Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✓___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No ___✓___

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___4_____

Spouse's occupation: _Truck Driver_____

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many?    _3_____

What are their current ages?    _24 , 13 , 11_____

_____

3

16. Have you ever served in the military?          Yes _____          No ___✓___

      If yes, what branch(s) and when: _____

      _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

      _____      _____

      _____      _____

      _____      _____

      _____      _____

      _____      _____

18. Have you ever served on a grand jury?          Yes _____          No ___✓___

      If yes, when and where?          _____

                                         _____

      Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ___✓___

      If yes, when and where?          _____

                                         _____

      Federal or state?          Federal _____          State _____

      Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓    No _____

If yes, explain: _Brother murdered,_

_home robbed_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓    No _____

If yes, explain: _Uncle + Cousin in Jacksonville_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____    No ✓

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____    No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television          _____ Radio          _____ Newspapers

_____ ✓ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓ _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓ _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓ _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ___✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

             Yes ___✓___             No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

             Yes _____             No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

             Yes ___✓___             No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

             Yes _____             No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

Juror # 29

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

████████████████

5. County: ████████

6. How long have you lived at this address? ___7 years___

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Baptist_____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____   Junior High/Middle School _____

High School ___✓___   Vocational/Trade School _____

College (undergraduate) _____   Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes _____   No ___✓___

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____   Married ___✓___   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: __12 years__

Spouse's occupation: _Professor - Savh College of Art and Design_

15. Have you ever had, adopted, or raised any children?   Yes ___✓___   No _____

If yes, how many? __2__

What are their current ages? __7 and 4__

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Hope Baptist Church member        _____

    Family Education for Christ-       _____

    Homeschooling member              _____

    Savannah Christian Homeschool     _____

    Group - Homeschooling member      _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?       Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        Chatham County  1997 _____

    _____

    Federal or state?        Federal _____        State ✓

    Criminal or civil?        Criminal _____        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Home was broken into. We were not home__

__at the time. The person responsible was caught__

__and sentenced. Fall 1993__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _✓_ Radio        _✓_ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _✓_        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__✓__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

30

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

   ██████████

5. County: ██████████

6. How long have you lived at this address? __4 yrs__

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?   Yes _✓_    No _____

9. What is your religious affiliation, if any? _Catholic_

10. Which do you consider yourself to be: (select one)

    African American _____    Native American Indian _____

    Asian _____    Hispanic _____

    Caucasian (white) _✓_    Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__      No _____

If yes, What is your occupation? __Sales clerk Wal-Mart__

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __38 yrs__

Spouse's occupation: __retired__

15. Have you ever had, adopted, or raised any children?   Yes __✓__   No _____

If yes, how many? __4__

What are their current ages? __46, 45, 43, 41__

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                             _____

    Federal or state?        Federal _____        State ✓

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        about 6 to 8 yr ago

                             Court house in Sav.

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil I Think

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _⟍_

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _⟍_        No _____

If yes, explain: _daughter   in  law   police  women_

_in  fla_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _⟍_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _⟍_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    _____ Radio    _____ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No ✓    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____ Yes, I definitely could.

        _____ I probably could.

        _____ Not sure.

        _____ I probably could not.

        _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _⌄___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _⌄___          No _____ .

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No _⌄___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes _⌄___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No _⌄___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    _____    I have no opinion whether the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

10