31

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

5. County: ██████████████

6. How long have you lived at this address? __*14 years*__

7. Do you rent or own your residence?   Rent _____   Own __✔__

8. Have you ever lived outside of Georgia?   Yes __✔__   No _____

9. What is your religious affiliation, if any? __*Methodist*__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✔__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    _____    Vocational/Trade School    _____

College (undergraduate)    ✓    Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Accounting_

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation?    _Sawfiler_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse:    _31 years_

Spouse's occupation:    _Home Health Nurse_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _3_

What are their current ages?    _33, 27, 25,_

3

16. Have you ever served in the military?        Yes __✓__        No _____

    If yes, what branch(s) and when: _Army   March 20, 1970 — March 23, 1973_

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_Trustee Board (church) Fin/sec_ _____

_MASON (fraternal)_ _____

_Optimist club (sec/treas.)_ _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where? _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where? _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____     No ___✔___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✔__     No _____

If yes, explain: _Sister  Avis  Gaines  Jailer (Effingham County)_

_"  Darlene Smith (license examiner)_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____     No __✔__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __✔__     No _____

If yes, explain: _Nephew  possession of Control Substance)_

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✔ Television          _____ Radio          _____ ✔ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes __✔__          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

A brief article in newspaper and TV.

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✔__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __✔__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No _✔_____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes _✔_____            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

            Yes _____            No _✔_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

            Yes _✔_____            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

            Yes _____            No _✔_____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

\_\_\_\_\_ I feel strongly that the death penalty is applied unfairly against minorities.

✓ I feel that the death penalty is applied unfairly against minorities.

\_\_\_\_\_ I have no opinion whether the death penalty is applied unfairly against minorities.

\_\_\_\_\_ I feel that the death penalty is applied fairly against minorities.

\_\_\_\_\_ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

\_\_\_\_\_ Yes, it is a definitely a problem.

\_\_\_\_\_ Yes, it is often a problem.

✓ Yes, it is occasionally a problem.

\_\_\_\_\_ Not sure if it is a problem.

\_\_\_\_\_ No, it is usually not a problem.

\_\_\_\_\_ No, it is rarely a problem.

\_\_\_\_\_ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____         No _✓_____

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____         No _✓_____

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____         No _✓_____

    If yes, explain:_____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____         No _✓_____

    If yes, explain:_____

    _____

    _____

33

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

████████████████████

5. County: ████████████

6. How long have you lived at this address?  $2\frac{1}{2}$

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓      No _____

9. What is your religious affiliation, if any? ___ Hindu ___

10. Which do you consider yourself to be: (select one)

African American _____          Native American Indian _____

Asian ✓                          Hispanic _____

Caucasian (white) _____          Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  5    Junior High/Middle School  _____

High School  _____    Vocational/Trade School  _____

College (undergraduate)  1 yr.    Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  ✓    No  _____

If yes, What is your occupation?  Desk clerk  _____

13. List other significant employment within the past five years: _____

housewife  _____

_____

_____

14. Marital Status:

Never Married  _____    Married  ✓    Divorced  _____

Widowed  _____    Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes  _____    No  ✓

If yes, how many?  _____

What are their current ages?  _____

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

religious _____          _____

social _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No _____

    If yes, when and where?          Chatham county court. _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____          No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

✓          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

✓    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _✔__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _✔___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _✔___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____          No _✔__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _✔___          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I feel strongly that the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied unfairly against minorities.

___✓___   I have no opinion whether the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied fairly against minorities.

_____   I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

10

35

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████

5. County: ███████████

6. How long have you lived at this address? _____ *9 + years* _____

7. Do you rent or own your residence?    Rent _____    Own _X_

8. Have you ever lived outside of Georgia?    Yes _X_    No _____

9. What is your religious affiliation, if any? _*Christian*_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _X_          Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _X_          No _____

If yes, What is your occupation? _Aircraft Systems Specialist - Tech Support_

13. List other significant employment within the past five years: ___ — ___

_____

_____

_____

14. Marital Status:

Never Married _____          Married _X_          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: ___/___

Spouse's occupation: _Civil Engineering tech_

15. Have you ever had, adopted, or raised any children?    Yes _X_    No _____

If yes, how many? _3_

What are their current ages? _5, 9, 9_

_____

3

16. Have you ever served in the military?          Yes _X_      No ____

If yes, what branch(s) and when:  U.S. Coast Guard – Seven years active duty – 1987-1994

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Savannah Christian Church - volunteer + member
ADSA - American Deputy Sheriff Association

18. Have you ever served on a grand jury?          Yes ____          No _X_

If yes, when and where?   _____

Federal or state?      Federal ____      State ____

19. Have you ever served on a trial jury?          Yes ____          No _X_

If yes, when and where?   _____

Federal or state?      Federal ____      State ____

Criminal or civil?     Criminal ____     Civil ____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _Numerous car breakins,_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_          No _____

If yes, explain: _I was a Law Enforcement Boarding team member in the U.S.CG and was a Deputy for the Chatham County Sheriffs Dept. My Cousin works for INS at JFK in NYC._

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _X_          No _____

If yes, explain: _ADSA - American Deputy Sheriffs Association_

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_          No _____

If yes, explain: _3 Cousins - assault, drug convictions, weapons charges_

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          _____ Radio          __X__ Newspapers

__X__ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _____          Not Sure __X__

If yes or not sure, please state what you have heard or read and the source(s):

I believe I saw a news article on this case but it may have been a different case

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

__X__   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __X__

    If yes, explain: _____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __X__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes __X__        No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __X__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____        No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

__X__    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__X__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

10

(36)

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

*Parents*
4. Current Address: ████████████████████

5. County: ████████████

6. How long have you lived at this address? *46 years*

7. Do you rent or own your residence?    Rent _____    Own ✓ _____ *family property*

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? *Methodist*

10. Which do you consider yourself to be: (select one)

African American ✓ _____          Native American Indian _____

Asian _____                             Hispanic _____

Caucasian (white) _____                 Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____                      Vocational/Trade School _____

College (undergraduate) __✓__           Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Business Administration

12. Are you currently employed?    Yes __✓__          No _____

If yes, What is your occupation? Secretary

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____       Married __✓__       Divorced _____

Widowed _____             Separated _____

If married, number of years with current spouse: 9 1/2

Spouse's occupation: Longshoreman

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?          2 of my own      6 step children are in + out

What are their current ages?  8 + 4           30, 25, 20, 19, 14

                                              Various ages

3

16. Have you ever served in the military?     Yes \_\_\_\_\_     No \_✓\_\_\_

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Sunday School Superintendat   _____

United Methodist Women   _____

Lay Person to Annual Conf.   _____

Certified Lay Leader   _____

New Church Committee   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?     Yes \_\_\_\_\_     No \_✓\_\_\_

If yes, when and where?   _____

_____

Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes \_\_\_\_\_     No \_✓\_\_\_

If yes, when and where?   _____

_____

Federal or state?     Federal _____     State _____

Criminal or civil?     Criminal _____     Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: I was assaulted in 1976. A stepson was Killed in 1994

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓          No _____

If yes, explain: Several of my stepsons have been in jail for a variety of reasons.

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television    _____ Radio    __✓__ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes __✓__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Newspaper and television reports

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____ Yes, I definitely could.

    _____ I probably could.

    _____ Not sure.

    _____ I probably could not.

    _____ No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

___✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ___✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes ___✓___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes ___✓___          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

      _____      I feel strongly that the death penalty is applied unfairly against minorities.

      \_\_✓\_\_      I feel that the death penalty is applied unfairly against minorities.

      _____      I have no opinion whether the death penalty is applied unfairly against minorities.

      _____      I feel that the death penalty is applied fairly against minorities.

      _____      I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    \_\_✓\_\_ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10

44

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████

6. How long have you lived at this address?   *4 years*

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any?   *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

_____ *Philosophy* _____

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? *Baptist Minister – Pastor*

13. List other significant employment within the past five years: *None*

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: *3*

Spouse's occupation: *None*

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? *3*

What are their current ages? *49 – 46 – 44*

_____

3

16. Have you ever served in the military?   Yes _____   No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

*Baptist Church* _____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

18. Have you ever served on a grand jury?   Yes _____   No ✓

    If yes, when and where?   _____

_____

    Federal or state?   Federal _____   State _____

19. Have you ever served on a trial jury?   Yes _____   No ✓

    If yes, when and where?   _____

_____

    Federal or state?   Federal _____   State _____

    Criminal or civil?   Criminal _____   Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✔___          No _____

If yes, explain: _WE Contributs to tHG SHeRiFF's Boys' Home._

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✔___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television    _____ Radio    ✓ Newspapers

   _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____     No ✓     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____     No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____     Yes, I definitely could.

   _____     I probably could.

   _____     Not sure.

   _____     I probably could not.

   _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__      I strongly support the death penalty as a punishment.

_____      I support the death penalty as a punishment.

_____      I have no opinion about death penalty as a punishment.

_____      I oppose the death penalty as a punishment.

_____      I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?        Yes ___        No ___

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes ___        No ___

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

      Yes ___        No ___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

      Yes ___        No ___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

      Yes ___        No ___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

45

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?  _5 yrs._

7. Do you rent or own your residence?     Rent _____     Own _X_

8. Have you ever lived outside of Georgia?   Yes _X_     No _____

9. What is your religious affiliation, if any? _NA_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _X_

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _X_     No _____

If yes, What is your occupation? _Crew Plan Captain (Aviation)_

13. List other significant employment within the past five years: _N/A_

_____

_____

_____

14. Marital Status:

Never Married _____     Married _X_     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _8 yrs._

Spouse's occupation: _House wife_

15. Have you ever had, adopted, or raised any children?     Yes _X_     No _____

If yes, how many?     _2_

What are their current ages?     _13 yrs._

_4 yrs._

3

16. Have you ever served in the military?        Yes _____        No __X__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:      *NA*

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

18. Have you ever served on a grand jury?        Yes _____        No __X__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __X__        No _____

    If yes, when and where?        *Ozark, Alabama* _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil __X__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__   ,   No _____

If yes, explain: *Sister, County Sheriff for Tullascao, AL.*

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television     _____ Radio     _____ Newspapers

    _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____     No __X__     Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    _____     Yes, I definitely could.

    _____     I probably could.

    _____     Not sure.

    _____     I probably could not.

    _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_X_     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✗__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

      Yes __✗__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

      Yes _____          No __✗__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

      Yes __✗__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

      Yes _____          No __✗__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

___X___  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___X___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X___

If yes, explain:_____

_____

_____

10

47

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address?   _9 yrs_

7. Do you rent or own your residence?   Rent _____   Own _✓_

8. Have you ever lived outside of Georgia?   Yes _✓_   No _____

9. What is your religious affiliation, if any?   _None_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_BS IN PSYCHOLOGY_____

12. Are you currently employed?    Yes __✓__          No __·__

If yes, What is your occupation? _SELF : WOOD WORKER_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married __✓__     Married _____     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No __✓__

If yes, how many?          _____

What are their current ages?     _____

_____

3

16. Have you ever served in the military?        Yes _____        No _✓_

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   _Lazaretto Boat Club of Wilmington Island_    _MEMBER_

18. Have you ever served on a grand jury?        Yes _____        No _✓_

   If yes, when and where?        _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _✓_

   If yes, when and where?        _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _SELF → ASSAULT / ROBBERY_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        _____ Newspapers

__✓__ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __✓__        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

__✓__        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: _ETHICALLY MURDER OF ANY SORT IS WRONG; JUSTIFIED OR NOT._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

__✓__    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _✓_        No _____

If yes, explain: _DONT WANT BLOOD ON MY CONSCIOUS._

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____        No _✓_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _✓_        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _✓_        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __✓___        No _____

If yes, explain: _AGAIN MURDER OR CESSATION OF LIFE IS_

_ETHICALLY WRONG, IN MY HUMBLE OPINION._

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __✓___        No _____

If yes, explain: _SEE ABOVE FOR REASON TO VOTE FOR_

_LIFE IMPRISONMENT, RACE NOT WITH STANDING._

_____

10

49

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? __*3 years*__

7. Do you rent or own your residence?    Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?    Yes _____    No __✓__

9. What is your religious affiliation, if any? __*Baptist*__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  *G E D*  ✓        Vocational/Trade School  _____

College (undergraduate)  _____        Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation?  *Shipping opp. I*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse:  *17 years*

Spouse's occupation:  *none*

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?        _____

What are their current ages?        _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    PacE LocaL 3-0407 _____    _____

    Recording and sucratary ___    _____

    shop sTewarT _____    _____

    chiEF shop sTewarT _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _uncle killed In 75 self defense_

_Burglary In 92_ _____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _wife worked For casa_ _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓          No _____

If yes, explain: _Brother pascription Fraud_ _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television    _✓_ Radio    _✓_ Newspapers

_✓_ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_seen a little In news didn't know anyone_

_Had Been cougT_

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ____✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

___✓___          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?  Yes _____  No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__  No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____  No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes __✓__  No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____  No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I feel strongly that the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied unfairly against minorities.

___✓___   I have no opinion whether the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied fairly against minorities.

_____   I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No ✓

    If yes, explain: _____

    _____

    _____

10