5

52

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓▓

6. How long have you lived at this address? ___10 YEARS.___

7. Do you rent or own your residence?    Rent __✓__    Own _____

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

| | | | |
|---|---|---|---|
| Grade/Elementary School | _____ | Junior High/Middle School | _____ |
| High School | _____ | Vocational/Trade School | _____ |
| College (undergraduate) | _____ | Graduate/Professional School | ✓ |

If college or graduate/professional school, you major(s) or area(s) of study?

JOURNALISM, INFORMATION SYSTEMS

12. Are you currently employed?    Yes ✓         No _____

If yes, What is your occupation?    MANAGER

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

| | | | | | |
|---|---|---|---|---|---|
| Never Married | _____ | Married | _____ | Divorced | ✓ |
| Widowed | _____ | Separated | _____ | | |

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?            _____

What are their current ages?    _____

_____

3

16. Have you ever served in the military?      Yes _____      No __✔__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

SNOWMAN FOLK MUSIC SOCIETY          SECRETARY

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?      Yes _____      No __✔__

   If yes, when and where?      _____

   _____

   Federal or state?    Federal _____      State _____

19. Have you ever served on a trial jury?      Yes _____      No __✔__

   If yes, when and where?      _____

   _____

   Federal or state?    Federal _____      State _____

   Criminal or civil?    Criminal _____      Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: ___AUTOMOBILE BREAKIN___

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✔ Television  _____ Radio  _____ ✔ Newspapers

_____ ✔ Internet  _____ ✔ Magazines  _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✔___  No _____  Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_SAVANNAH MORNING NEWS ARTICLES AT THE_

_TIME OF THE CASE_

26. Has anyone ever talked to you about this case before today?   Yes _____   No ___✔___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____  No ___✔___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____  Yes, I definitely could.

_____  I probably could.

_____  Not sure.

_____  I probably could not.

_____  No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ___✓___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

10

54

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓

6. How long have you lived at this address? _18 YEARS_

7. Do you rent or own your residence?       Rent _____       Own _✓_

8. Have you ever lived outside of Georgia?   Yes _✓_       No _____

9. What is your religious affiliation, if any? _METHODIST_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ✓     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓          No _____

If yes, What is your occupation? *COURT SECURITY OFFICER*

13. List other significant employment within the past five years: _____

*CHATHAM COUNTY POLICE DEPT,*
*RETIRED JANUARY 2000 - 31 YEARS SERVICE*

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: *31*

Spouse's occupation: *OFFICE MANAGER*

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many?     *1*

What are their current ages?     *29*

_____

3

16. Have you ever served in the military?          Yes  ✓          No _____

   If yes, what branch(s) and when:  _U.S. Air Force_

   _Oct 1963  thru  Oct 1967_

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   _St. Peters Catholic Church_          _____

   _Laddings Harbor_                     _____

   _____                 _____

   _____                 _____

   _____                 _____

   _____                 _____

   _____                 _____

18. Have you ever served on a grand jury?          Yes _____          No  ✓

   If yes, when and where?          _____

                                    _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No  ✓

   If yes, when and where?          _____

                                    _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _my DAUGHTER WAS A VICTIM OF_

_A ROBBERY BY FORCE APPROXIMATELY 10 YEARS_

_AGO_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _CHATHAM County POLICE DEPT_

_APRIL 1969 TO JAN 2000_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _DONATIONS TO RAPE CRISIS CENTER_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television      ✓ Radio      ✓ Newspapers

   _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*IN THE NEWSPAPER AND SOME DISCUSSION IN THE COURT SECURITY OFFICE*

26. Has anyone ever talked to you about this case before today?  Yes ✓  No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*IN THE COURT SECURITY OFFICE I HEARD SOME DETAILS OF THE CRIME*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

   ✓      Yes, I definitely could.

   _____      I probably could.

   _____      Not sure.

   _____      I probably could not.

   _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✔            No _____

If yes, please explain: _KNOW U.S. ATTORNEYS WHO_

_ARE FREQUENTLY IN THE COURTHOUSE_

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No ✔

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✔    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _✓_

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _✓_        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _~~✗~~_        No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _✓_        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No _✓_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✔___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✔____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔___

If yes, explain:_____

_____

_____

10

56

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮

5. County: ▮▮▮▮

6. How long have you lived at this address? ___7 yrs___

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? ___Ame___

10. Which do you consider yourself to be: (select one)

| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    *9*      Junior High/Middle School    *2*

High School                    Vocational/Trade School       

College (undergraduate)       Graduate/Professional School    

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____      No _*✓*_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _*ReTire*_

_____

_____

_____

14. Marital Status:

Never Married _____    Married _*✓*_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _*45*_

Spouse's occupation: _*NoVe*_

15. Have you ever had, adopted, or raised any children?    Yes _*✓*_   No _____

If yes, how many?       _*1*_

What are their current ages?    _*17*_

_____

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Social Friendship_        _Loade No 42 mason_

    _P. m._        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _____

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

　　　　__✓__ Television　　　____ Radio　　　____ Newspapers

　　　　____ Internet　　　　____ Magazines　　____ Other

25. Have you heard or read anything about this case before today?

　　　Yes _____　　　　No __✓__　　　　Not Sure _____

　　　If yes or not sure, please state what you have heard or read and the source(s):

　　　_____

　　　_____

26. Has anyone ever talked to you about this case before today?　Yes _____　　No __✓__

　　　If yes, please state the person(s) you talked to and the nature of your conversation(s):

　　　_____

　　　_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

　　　Yes _____　　　　No __✓__

　　　If yes, what is your opinion? _____

　　　If yes, could you set that opinion aside and return a verdict based only on the evidence

　　　presented at trial? (select one)

　　　　　_____　　　Yes, I definitely could.

　　　　　_____　　　I probably could.

　　　　　_____　　　Not sure.

　　　　　_____　　　I probably could not.

　　　　　_____　　　No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I strongly support the death penalty as a punishment.

_____      I support the death penalty as a punishment.

__✓___      I have no opinion about death penalty as a punishment.

_____      I oppose the death penalty as a punishment.

_____      I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __✓___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓___          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain:_____

_____

_____

57

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? ___*1½ yrs.*___

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?      Yes ✓      No _____

9. What is your religious affiliation, if any? ___*Baptist*___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes __✓__     No _____

If yes, What is your occupation? _Interior Designer_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___12___

Spouse's occupation: _Mngr. Information Technology @ GA Ports Auth._

15. Have you ever had, adopted, or raised any children?   Yes __✓__   No _____

If yes, how many? ___3___

What are their current ages? ___10___

___8  Twins___

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

First Baptist Church _____        Deacon _____

_____        Chrm. / Member several committees

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                              _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where?        _____

                              _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: _____Contributed to policemen's
fund._____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        ✓ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ✓        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____        No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes __✓__          No _____

If yes, please explain: ___ *Acquainted w/ Prosecuting Attorneys.* ___

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__  I strongly support the death penalty as a punishment.

_____  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ✓          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

# QUESTIONNAIRE

Juror # 04-0060

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? _____ 2 years _____

7. Do you rent or own your residence?     Rent _____     Own  ✓

8. Have you ever lived outside of Georgia?     Yes _____     No  ✓

9. What is your religious affiliation, if any? _____ Baptist _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    \_\_\_\_\_     Junior High/Middle School    \_\_\_\_\_

High School    \_\_\_\_\_     Vocational/Trade School    ✓

College (undergraduate)    \_\_\_\_\_     Graduate/Professional School    \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  ✓       No \_\_\_\_\_

If yes, What is your occupation?  *Electrician*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married \_\_\_\_\_      Married  ✓      Divorced \_\_\_\_\_

Widowed \_\_\_\_\_      Separated \_\_\_\_\_

If married, number of years with current spouse:  *23*

Spouse's occupation:  *Hospital Administrator*

15. Have you ever had, adopted, or raised any children?    Yes ✓    No \_\_\_\_\_

If yes, how many?    *2*

What are their current ages?    *17, 15*

16. Have you ever served in the military?      Yes _____      No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

<u>Calvary Baptist Temple</u>          _____

<u>Electrical Workers Union</u>         _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?      Yes _____      No __✓__

If yes, when and where?          _____

_____

Federal or state?      Federal _____      State _____

19. Have you ever served on a trial jury?      Yes __✓__      No _____

If yes, when and where?      <u>Savannah      10-12 years ago</u>

_____

Federal or state?      Federal _____      State __✓__

Criminal or civil?      Criminal __✓__      Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        ✓ Newspapers

_____ Internet          _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_I vaguely remember reading about it in newspaper_

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____                  No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____                  No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

__✓__ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

61

ORIGINAL

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? __6 mos.__

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____        No ✓

9. What is your religious affiliation, if any? __Methodist__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  \_\_\_\_\_          Junior High/Middle School  _____

High School  \_\_\_\_\_                      Vocational/Trade School  \_\_\_\_\_

College (undergraduate)  ✓             Graduate/Professional School  \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

Paralegal

12. Are you currently employed?    Yes  ✓          No  \_\_\_\_\_

If yes, What is your occupation?  Paralegal

13. List other significant employment within the past five years:  _____

James C. Metts, III, P.C.

14. Marital Status:

Never Married  \_\_\_\_\_     Married  ✓     Divorced  \_\_\_\_\_

Widowed  \_\_\_\_\_            Separated  \_\_\_\_\_

If married, number of years with current spouse:  5 yrs.

Spouse's occupation:  Lawyer

15. Have you ever had, adopted, or raised any children?    Yes  ✓    No  \_\_\_\_\_

If yes, how many?        2

What are their current ages?    20

                                15

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Sav. Bar Association _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

                                        _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

                                          _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television    _____ Radio    __✓__ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Newspaper _____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes __✓__                    No _____

If yes, please explain: __I know the attorneys__ __professionally i have seen them at social__ __events.__

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __✓__            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____            No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes __✓__            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____            No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____        I feel strongly that the death penalty is applied unfairly against minorities.

    _____        I feel that the death penalty is applied unfairly against minorities.

    _____        I have no opinion whether the death penalty is applied unfairly against minorities.

    __✓__        I feel that the death penalty is applied fairly against minorities.

    _____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    __✓__ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____         No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____         No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____         No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____         No _____

If yes, explain: _____

_____

_____

NIGINAL            #62

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████████████

5. County: ████████████████

6. How long have you lived at this address?    15 years

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   \_\_\_\_\_    Junior High/Middle School   \_\_\_\_\_

High School    ✓    Vocational/Trade School   \_\_\_\_\_

College (undergraduate)   \_\_\_\_\_    Graduate/Professional School   \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes \_\_\_\_\_      No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

Attorney Lloyd D Murray & Assoc.
(real estate closings)

_____

14. Marital Status:

Never Married \_\_\_\_\_    Married ✓    Divorced \_\_\_\_\_

Widowed \_\_\_\_\_    Separated \_\_\_\_\_

If married, number of years with current spouse: 29 years

Spouse's occupation: Electrical Engineer

15. Have you ever had, adopted, or raised any children?    Yes ✓    No \_\_\_\_\_

If yes, how many?    2

What are their current ages?    19, 23

3

16. Have you ever served in the military?         Yes _____         No ___✓___

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

18. Have you ever served on a grand jury?         Yes _____         No ___✓___

If yes, when and where?         _____

_____

Federal or state?         Federal _____         State _____

19. Have you ever served on a trial jury?         Yes ___✓___         No _____

If yes, when and where?    Chatham Co.  _____

   " 1980's "  _____

Federal or state?         Federal _____         State ___✓___

Criminal or civil?         Criminal ___✓___         Civil ___✓___

4

20. Have you or any member of your family ever been the victim of a crime?

      Yes _____       No ___✓___

      If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

      Yes ___✓___       No _____

      If yes, explain: _Father - Ga state Patrol-Security Guard_
_Uncle - Sheriff of Bauley_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

      Yes ___✓___       No _____

      If yes, explain: _Neighborhood watch c̄_
_Policemen's fund_

23. Have you or any member of your family ever been convicted of a felony?

      Yes _____       No ___✓___

      If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television       ✓ Radio       _____ Newspapers

   ✓ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No ✓       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No _✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_✓____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

10

67

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

████████████████████████████

5. County: ████████████████

6. How long have you lived at this address?   *12 YEARS*

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓      No _____

9. What is your religious affiliation, if any?   *Episcopalian*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __✓__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ CHEMICAL ENGINEERING _____

12. Are you currently employed?    Yes _____    No __✓__

If yes, What is your occupation? ___ N/A ___

13. List other significant employment within the past five years: ___ N/A ___

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __13 yrs .__

Spouse's occupation: ___ RETIRED ___

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? ___ 1 ___

What are their current ages? ___ 54 ___

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

GREENBRIAR — BOD                    GOLDEN K (KIWANS) STAFF
HOPE HOUSE    BOD                   SAV. COUNCIL WORLD AFFAIRS - STAFF
SECOND HARVEST FOOD BANK  BOD       +DIRECTOR WORLD BANK CONF
MEDIATION CNTR                      EPISCOPAL DIOCESE - GA.
BOD - COMMUNITY HEALTH CARE CNTR.   DIRECTOR DIOCESEAN CONVENTION
                                    DISTRIBUTE CLOTHES / FOOD TO
MANAGEMENT ASSISTANCE PROGRAM       IS NON PROFIT ORGANIZATIONS
                         FOUNDER     UNITED WAY
THOMAS PARK FOOD PANTRY    DIRECTOR  VOLUNTEER OF YEAR 2000

18. Have you ever served on a grand jury?          Yes _____          No ✓

If yes, when and where? _____

_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

If yes, when and where?    ATLANTA - CLEVELAND OHIO
                            1980      1970

Federal or state?          Federal _____          State ✓

Criminal or civil?         Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓___          No _____

If yes, explain: 2ND WIFES OLDEST SON - FBI - DC OFFICE

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓___          No _____

If yes, explain: EMMAUS HOUSE - INNER CITY NITE SHELTER
RAPS CRISIS (FOOD CLOTHING) AND
10-15 OTHER CHURCH ETC NON-PROFITS

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_____ Television  _____ Radio  _____✓_____ Newspapers

_____ Internet  _____✓_____ Magazines  _____ Other

25. Have you heard or read anything about this case before today?

Yes _____  No ___✓___  Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____  No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

___✓___ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

___✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓_____

  If yes, explain: _____*If Not Applicable*_____

  _____

  _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

                    Yes __✓___                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

                    Yes _____                    No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

                    Yes __✓___                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

                    Yes _____                    No __✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___✓___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

10