#68

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address?  *4 years, 3 months*

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓     No _____

9. What is your religious affiliation, if any? *Christian (Episcopal)*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

Master of Arts, English

12. Are you currently employed?     Yes __✓__     No _____

If yes, What is your occupation? Receptionist /Publications Secretary (Church)

13. List other significant employment within the past five years: _____

Part-time Liberal Arts Professor, Savannah College of Art & Design

Part-time English Instructor, Armstrong Atlantic State University

English Instructor, Fayetteville Technical Community College (Fayetteville, NC)

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: 15

Spouse's occupation: Episcopal Priest

15. Have you ever had, adopted, or raised any children?     Yes _____     No __✓__

If yes, how many?     N/A

What are their current ages?     N/A

3

16. Have you ever served in the military?         Yes _____        No  ✓_____

    If yes, what branch(s) and when:  N/A _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Phi Kappa Phi Honor Society _____          _____

    National Council of Teachers of English      _____

    St. Michael & All Angels Episcopal Ch Choir  _____

    Community of Celebration Companion           _____

    (religious order in Episcopal Diocese of     _____
                                Pittsburgh )

    _____             _____

18. Have you ever served on a grand jury?         Yes _____        No  ✓_____

    If yes, when and where?        N/A_____

    _____

    Federal or state?         Federal _____        State _____

19. Have you ever served on a trial jury?          Yes _____        No  ✓_____

    If yes,  when and where?        N/A_____

    _____

    Federal or state?         Federal _____        State _____

    Criminal or civil?        Criminal _____       Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: __N/A__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__        No _____

If yes, explain: My uncle (father's brother-in-law) – James G. Beck, Jr. – was Police Chief of Augusta, GA, and sheriff of Richmond County, GA.

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: __N/A__

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: __N/A__

5

24. What is/are your primary source(s) of news? (select all that apply)

_✔_ Television          _✔_ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _✔_ Other

25. Have you heard or read anything about this case before today?

Yes _____          No _✔_          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____N/A_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✔_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____N/A_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No _✔_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No _✓_

If yes, please explain: _N/A_____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No _✓_

If yes, explain: _N/A_____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_✓_            I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: __N/A_____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied unfairly against minorities.

___✓___        I have no opinion whether the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

___✓___ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _N/A_____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: __N/A_____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:___N/A_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:__N/A_____

_____

_____

73

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████

3. Place of Birth: ███████

4. Current Address: ███████████████

5. County: ███████

6. How long have you lived at this address?  _27½ yrs._

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓        No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

African American    ✓        Native American Indian    _____

Asian    _____        Hispanic    _____

Caucasian (white)    _____        Other    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _✓_

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _Shipping Clerk Supv._

13. List other significant employment within the past five years: _Been with the same_

_Company over 5 yrs._

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _7½ yrs._

Spouse's occupation: _Medical Tech. Supply_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?    _3_

What are their current ages?    _15, 11, 10_

_____

3

16. Have you ever served in the military?          Yes ✓          No _____

   If yes, what branch(s) and when: _Army From 1988 to 1992_

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   Overcoming Faith Church _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: Mother's house was broken into. My Car was stolen.

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: State Police Officer

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     ✓ Television       _____ Radio       ✓ Newspapers

     ✓ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No ✓       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes ✓    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*Co workers were talking about the case in general.*

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

     _____     Yes, I definitely could.

     _____     I probably could.

     _____     Not sure.

     _____     I probably could not.

     _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__✓____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the
defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you
that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the
death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors
convince you that life in prison without the possibility of release or parole is the appropriate
sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in
prison without the possibility of release or parole, regardless of the facts and the aggravating
evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

✓ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

10

*76*

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? *13yr* _____

7. Do you rent or own your residence?     Rent _____     Own ✓_____

8. Have you ever lived outside of Georgia?     Yes ✓_____     No _____

9. What is your religious affiliation, if any? *Protestant* _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓_____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

*LAW*

12. Are you currently employed?     Yes ✓     No _____

If yes, What is your occupation? *Attorney*

13. List other significant employment within the past five years: _____

*Adjunct Faculty Armstrong Atlantic*

14. Marital Status:

Never Married _____     Married _____     Divorced ✓

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many? *1*

What are their current ages? *21*

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _ATLA_____          _Unity Church_____

    _GTLA_____          _____

    _STLA_____          _____

    _QACDL_____          _____

    _SACDL_____          _____

    _Sav. Bar Association_____          _____

    _Ga. Bar_____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          _Chatham County 1996 or 97_____

    _____

    Federal or state?          Federal _____          State ✓

    Criminal or civil?          Criminal ✓          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_    No _____

If yes, explain: _Theft, Vandalism , Kidnapping & Rape_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_    No _____

If yes, explain: _Prosecuting atty 1989 - 1995_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓_    No _____

If yes, explain: _donations - Safe Shelter_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____    No _✓_

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        _____ Radio        __✓___ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓___        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I believe T.V. and newspaper*

26. Has anyone ever talked to you about this case before today?   Yes __✓___   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*Mr Darden told me he had been appt to a federal death penalty case - I did not realize it was This one*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ✓          No _____

If yes, please explain: *ATTORNEYS for B*

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _____

If yes, explain: *I believe it may be appropriate in extreme instances – However I don't know that I could be the actual Administrator of death absent impending threat of violence to me or my family*

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)   *none do actually*

_____ I strongly support the death penalty as a punishment.

___✓___ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ✓          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied unfairly against minorities.

_____     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓ _____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✔_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✔_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✔_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✔_____

If yes, explain:_____

_____

_____

10

77

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? __15 years__

7. Do you rent or own your residence?    Rent __✓__    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No __✓__

9. What is your religious affiliation, if any? __Bapt church__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | B | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _~~9th~~_    Junior High/Middle School _____

High School _9th_    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _Sale Asso._

13. List other significant employment within the past five years: _none_

_____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _43 years_

Spouse's occupation: _Seaman_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?    _5_

What are their current ages? _43, 41, 36, 35, 31_

_____

3

16. Have you ever served in the military?        Yes _____        No _\_\_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

St John Bapt. Church        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No _\_\_

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _\_\_        No _____

    If yes, when and where?        ____Chatham_____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _\_\_        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _____

If yes, explain: Son C.C.Insititute _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          ⟋ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ⟋          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ⟋

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ⟋

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I strongly support the death penalty as a punishment.

_____   I support the death penalty as a punishment.

_____   I have no opinion about death penalty as a punishment.

_____   I oppose the death penalty as a punishment.

_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __✓___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓___          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

78

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ████████████

████████████

5. County: ████████

6. How long have you lived at this address?  26 YEARS

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?   Yes _____    No ✓

9. What is your religious affiliation, if any? N/A

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

__M.Ed - Specific Learning Disabilities____BS- Elem. Ed__

12. Are you currently employed?    Yes __✓__        No _____

If yes, What is your occupation? __TEACHER_____

13. List other significant employment within the past five years: __N/A_____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: __32_____

Spouse's occupation: __HEATING / AC MECHANIC_____

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many?     __2_____

What are their current ages?    __26, 31_____

_____

3

16. Have you ever served in the military?　　　　Yes _____　　　No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    N/A _____　　　　_____

    _____　　　　_____

    _____　　　　_____

    _____　　　　_____

    _____　　　　_____

    _____　　　　_____

    _____　　　　_____

18. Have you ever served on a grand jury?　　　　Yes _____　　　No ✓

    If yes, when and where?　　_____

    _____

    Federal or state?　　　　Federal _____　　　State _____

19. Have you ever served on a trial jury?　　　　Yes ✓　　　No _____

    If yes, when and where?　　CHATHAM COUNTY (NOT SURE WHEN - 2-3 YEARS AGO)

    Federal or state?　　　　Federal _____　　　State ✓

    Criminal or civil?　　　　Criminal ✓　　　Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: OUR HOUSE WAS BURGLARIZED TWICE

ABOUT 10 YEARS AGO

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: POLICEMAN FUND

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓          No _____

If yes, explain: MY SON WAS CONVICTED OF POSSESSION

OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television    _____ Radio    _____ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes __✓__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I VAGUELY REMEMBER THE EVENT BEING REPORTED ON THE NEWS

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓__          No _____

If yes, explain: _I MORALLY STRONGLY OPPOSE THE DEATH_

_PENALTY_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

__✓___     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes ✓          No _____

    If yes, explain: _I COULD NOT MORALLY FIND SOMEONE GUILTY IF DEATH IS AN OPTION AS PUNISHMENT_

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    ✓    I feel that the death penalty is applied unfairly against minorities.

    _____    I have no opinion whether the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    ✓ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No \_✓\_\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No \_✓\_\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_✓\_\_\_

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_✓\_\_\_

If yes, explain:_____

_____

_____

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████

4. Current Address: ████████████████
   ████████████████

5. County: ██████████

6. How long have you lived at this address? _6 wks_

7. Do you rent or own your residence?    Rent _✓_    Own _____

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _None_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _____                    Vocational/Trade School _____

College (undergraduate) ___✓___       Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

___BUSINESS ADM_____

12. Are you currently employed?    Yes ___✓___       No _____

If yes, What is your occupation? _CHATHAM CO DFCS – ERROR CONTROL_

13. List other significant employment within the past five years: _None_____

_____

_____

_____

14. Marital Status:

Never Married ___✓___     Married _____        Divorced _____

Widowed _____            Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ___✓___

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes  ✓          No _____

    If yes, what branch(s) and when: _USMC_____ _1969-70_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____ _N/A_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          _SAVANNAH_____

    Federal or state?          Federal _____          State ✓

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: _HOME BROKEN INTO SEVERAL TIMES, AUTO_

_BROKEN INTO AND PERSONWALLY ROBBED ON STREET_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    _✓_ Television     _____ Radio     _____ Newspapers

    _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _✓_     No _____     Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    NEWSPAPER AND TV NEWS RIGHT AFTER CRIME COMMITTED

26. Has anyone ever talked to you about this case before today?   Yes _____   No _✓_

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No _✓_

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____     Yes, I definitely could.

        _____     I probably could.

        _____     Not sure.

        _____     I probably could not.

        _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ✓          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against minorities.

_____      I feel that the death penalty is applied unfairly against minorities.

___✓___      I have no opinion whether the death penalty is applied unfairly against minorities.

_____      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

# QUESTIONNAIRE

1. Name: ███████████████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████

4. Current Address: ████████████████

5. County: █████████████

6. How long have you lived at this address?   26 years

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?   Yes _____      No ✓

9. What is your religious affiliation, if any? Baptist

10. Which do you consider yourself to be: (select one)

African American   _____      Native American Indian   _____

Asian   _____      Hispanic   _____

Caucasian (white) ✓      Other   _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _____        Vocational/Trade School _____

College (undergraduate) ✓        Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

_(handwritten)_

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation? _(handwritten)_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married ✓        Married _____        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?        _____

What are their current ages?        _____

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

N/A _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ⟋          No _____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✕          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        ___✓___ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No __✓___        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

___✓___        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓____          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied unfairly against minorities.

___✓___     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓_____

If yes, explain:_____

_____

_____