82

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████

6. How long have you lived at this address?  1 yr. & 3 mos.

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?     Yes _____     No ✓

9. What is your religious affiliation, if any?  Greek Orthodox

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

Psychology (B. A) + Adult Education

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? Instructional Technology Support Specialist at AASU

13. List other significant employment within the past five years: Have worked at Armstrong Atlantic State University since 1997; however, I have been in my current position for only 1 month.

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: 1 yr. + 3 mos.

Spouse's occupation: Distance Learning at AASU

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

St. Paul's Greek Orthodox Church _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _✓__          No _____

If yes, explain: My grandmother used to be involved in neighborhood watch _____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television     ✓ Radio     ✓ Newspapers

    ✓ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____     No ✓_____     Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No ✓_____

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____     Yes, I definitely could.

        _____     I probably could.

        _____     Not sure.

        _____     I probably could not.

        _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓____

     If yes, explain: _____

     _____

     _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ✓____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No ✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes ✓____          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____          No ✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

✓ I feel strongly that the death penalty is applied fairly against minorities.

�direct we really need to stop pulling the "race card" out any time some one of a minority is convicted of a crime

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

✓ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

84

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮▮▮▮▮

6. How long have you lived at this address? _28 years_

7. Do you rent or own your residence?     Rent ___✓___     Own _____     Buying

8. Have you ever lived outside of Georgia?     Yes ___✓___     No _____

9. What is your religious affiliation, if any? _Baptist_____

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ___✓___ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School GED    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? Bus Driver - Laidlaw Transit

13. List other significant employment within the past five years: _____

Indian Springs Casino, N.V.
Dollar General Corp.

_____

14. Marital Status:

Never Married _____    Married _____    Divorced ✓

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? 3 daughters

What are their current ages? 27, 25, 22

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                      _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        Sav.  about  1995

                      _____

    Federal or state?        Federal ✓        State _____

    Criminal or civil?        Criminal ✓        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: __Daughter - Amber Mock's__
__house was broken into.__
_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____
_____
_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____
_____
_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____
_____
_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          \_\_✓\_\_ Other

25. Have you heard or read anything about this case before today?

Yes _____          No \_\_✓\_\_          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No \_\_✓\_\_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No \_\_✓\_\_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

__✓__  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✓_____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ✓_____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ✓_____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No ✓_____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

Juror # 04-0089

# QUESTIONNAIRE

1. Name: _____ ████████ _____

2. Date of Birth: ████████ _____

3. Place of Birth: ████████ _____

4. Current Address: ████████ _____

   ████████

5. County: ████████ _____

6. How long have you lived at this address?  *14 Years* _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓    No _____

9. What is your religious affiliation, if any?  *Protestant* _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   _____        Junior High/Middle School   _____

High School   _____        Vocational/Trade School   _____

College (undergraduate)   ✓        Graduate/Professional School   _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Economics_

12. Are you currently employed?   Yes _____        No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _None_

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _50_

Spouse's occupation: _Retired_

15. Have you ever had, adopted, or raised any children?   Yes ✓        No _____

If yes, how many? _Five_

What are their current ages? _48, 45, 43, 42, 39_

3

16. Have you ever served in the military?         Yes _✓___         No _____

 If yes, what branch(s) and when: _U.S. Navy    1955 - 1958_____

 _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

 _The Landings Club - Social_____          _____

 _____          _____

 _____          _____

 _____          _____

 _____          _____

 _____          _____

 _____          _____

18. Have you ever served on a grand jury?         Yes _____          No _✓___

  If yes, when and where?          _____

          _____

 Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?         Yes _✓___          No _____

 If yes, when and where?     _Connecticut - 1986 ?_____

          _____

 Federal or state?          Federal _✓___          State __•__

 Criminal or civil?          Criminal _✓___          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _Stolen Car — 1972_ _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television     ____ Radio     ✓ Newspapers

✓ Internet     ✓ Magazines     ____ Other

25. Have you heard or read anything about this case before today?

Yes ____     No ____     Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

*May have read about it in Savannah paper. No specific recollection*

26. Has anyone ever talked to you about this case before today?   Yes ____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes ____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

____     Yes, I definitely could.

____     I probably could.

____     Not sure.

____     I probably could not.

____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____        No ✔_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✔_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No __✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____            No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✓___            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____            No __✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

✓  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

90

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ████████

5. County: ████████

6. How long have you lived at this address? _about 16 years_

7. Do you rent or own your residence?     Rent _____     Own _✓_

8. Have you ever lived outside of Georgia?   Yes _____     No _✓_

9. What is your religious affiliation, if any? ~~Episcopal~~ Christian

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School ___✓___        Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___        No _____

If yes, What is your occupation? _Books-A-Million, bookseller_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married ___✓___        Married _____        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ___✓___

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____ None _____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

                        _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes,  when and where?        _____

                        _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

____✓ Television          ____✓ Radio          _____ Newspapers

____✓ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____              No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__              No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes __✓__              No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__              No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes __✓__              No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

93

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address? _____ 2½ yrs _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? _____ Baptist _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____   Junior High/Middle School  _____

High School  _____   Vocational/Trade School  _____

College (undergraduate)  __✓__   Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

__Psychology / Management Science__

12. Are you currently employed?   Yes __✓__   No _____

If yes, What is your occupation? _Senior Manager, Product Management @VeriSign_

13. List other significant employment within the past five years: _____

_@same compay for almost 8 yrs_

_____

_____

14. Marital Status:

Never Married  _____   Married  __✓__   Divorced  _____

Widowed  _____   Separated  _____

If married, number of years with current spouse: _almost 2_

Spouse's occupation: _Self-employed → ceramic tile installer_

15. Have you ever had, adopted, or raised any children?   Yes _✓_   No _____

If yes, how many?  _1 → Stepdaughter_

What are their current ages?  _10_

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Have Bells Will Travel _____    _____

    Bible Baptist Church (Care leader) _____

    National Park Conservation Assoc _____

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where? _____

_____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No ✓

    If yes, when and where? _____

_____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: ___mother's purse was stolen @ Tybee Island___

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television    ✓ Radio    _____ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No _____    Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

I think I remember something happened in a post office last years couldn't say where or when or anything

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

___✓___          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____                    No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

___✓___    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

95

# QUESTIONNAIRE

1. Name: █████████████████

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address? _**27 years**_

7. Do you rent or own your residence?  Rent _____  Own __✔__

8. Have you ever lived outside of Georgia?  Yes __✔__  No _____

9. What is your religious affiliation, if any? ___**methodist**___

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✔__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School __✓__

If college or graduate/professional school, you major(s) or area(s) of study?

_____Pharmacy_____

12. Are you currently employed?     Yes __✓__     No _____

If yes, What is your occupation? __Pharmacist_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: __29_____

Spouse's occupation: _____Pharmacist_____

15. Have you ever had, adopted, or raised any children?     Yes __✓__     No _____

If yes, how many? ____3_____

What are their current ages? __32, 27, 25_____

3

16. Have you ever served in the military?          Yes ✓          No _____

    If yes, what branch(s) and when: _____ US Army _____ 1969 - 1971 _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Methodist church _____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

18. Have you ever served on a grand jury?          Yes ✓          No _____

    If yes, when and where?    Liberty County - about 10-15 years ago

    Federal or state?          Federal _____          State ✓

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?    _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ____✓____          No _____

If yes, explain: _____ night Burglary _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        ✓ Newspapers

_____ Internet         _____ Magazines         _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Simply read the news account of the crime at the time_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

✓ _____   I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __✓__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

   Yes __✓__                         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

   Yes _____                         No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

   Yes __✓__                         No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

   Yes _____                         No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

10

98

## QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  *2.5 years*

7. Do you rent or own your residence?  Rent _____  Own _X_

8. Have you ever lived outside of Georgia?  Yes _X_  No _____

9. What is your religious affiliation, if any?  *Christian*

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __X__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Bachelor of Music - Music Performance + Music Education_

12. Are you currently employed? Yes _X_    No _____

If yes, What is your occupation? _Music Teacher_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __X__    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _5_

Spouse's occupation: _Professor_

15. Have you ever had, adopted, or raised any children? Yes _____ No _X_

If yes, how many? _____

What are their current ages? _____

~ _currently pregnant_

3

16. Have you ever served in the military?  Yes _____  No _X_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Member of Ascension Lutheran Church

Treasurer of Georgia American String Teachers Assoc.

Member of Music Educators National Conference

18. Have you ever served on a grand jury?  Yes _____  No _X_

    If yes, when and where?  _____

Federal or state?  Federal _____  State _____

19. Have you ever served on a trial jury?  Yes _X_  No _____

    If yes, when and where?  Chatham County Superior Court

Federal or state?  Federal _____  State _X_

Criminal or civil?  Criminal _X_  Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _X____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _X____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television      __X__ Radio      __X__ Newspapers

    __X__ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No __X__      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____ Yes, I definitely could.

    _____ I probably could.

    _____ Not sure.

    _____ I probably could not.

    _____ No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __X__        No _____

If yes, explain: *I oppose the death penalty, because I don't feel it is a deterrant, and because I believe civilized societies should not kill its criminals.*

30. Regarding the death penalty, which of the following statements best represents the way you feel? (select one)

__X__        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No _X_

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

   Yes _____        No _X_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

   Yes _____        No _X_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

   Yes _X_        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

   Yes _X_        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___X___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

__X__ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_

If yes, explain: _____

_____

_____

10

# 99

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮

5. County: ▮▮▮▮

6. How long have you lived at this address?   15 yrs.

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any?   Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

'11. What is your highest level of education completed? (select one)

| | | | |
|---|---|---|---|
| Grade/Elementary School | _____ | Junior High/Middle School | _____ |
| High School | ___✓___ | Vocational/Trade School | _____ |
| College (undergraduate) | _1 yr._ | Graduate/Professional School | _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No ___✓___

If yes, What is your occupation? _Long Term Disability w/ Bank of America_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

| | | | | |
|---|---|---|---|---|
| Never Married | _____ | Married | ___✓___ | Divorced _____ |
| Widowed | _____ | Separated | _____ | |

If married, number of years with current spouse: _34 yrs._

Spouse's occupation: _Heavy Mobile Mechanic_

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many?        _1_

What are their current ages? _27 yrs. old_

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

     If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

     If yes, when and where?          _____

                                      _____

     Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

     If yes, when and where?          _____

                                        _____

     Federal or state?          Federal _____          State _____

     Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _my son - wAs beaten up in A night_

_club 4yrs ago._ _____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television       _____✓ Radio        _____✓ Newspapers

_____✓ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____✓        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_TV - just what was reported - don't really_

_Remember_

26. Has anyone ever talked to you about this case before today?    Yes ____✓    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_A friend that lived in Fleming & worked with_

_me 1½ ago. She has moved to Mississippi_

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes ____✓        No _____

If yes, what is your opinion? _Just on the basis of the news reports only_

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

___✓___        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: *I always still feel like I would still have that small doubt, that I was doing an injustice morally & religiously to seal someone's fate of life or death.*

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

__✓__    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes __✓__          No _____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____                    No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes __✓__                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

• 38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain: _____

_____

_____

10