l0l

# QUESTIONNAIRE

1. Name: ██████████

2. Date of Birth: ██████

3. Place of Birth: ██████

4. Current Address: ██████

_____

5. County: _____

6. How long have you lived at this address?   2.0 _____

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____        No ✓

9. What is your religious affiliation, if any? ██████

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____*10*___

High School _____          Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__          No _____

If yes, What is your occupation? __*City of Savannah Sanition Dement*__

13. List other significant employment within the past five years: __*no*_____

_____

_____

_____

14. Marital Status:

Never Married _____          Married _____          Divorced _____

Widowed _____          Separated __✓__

If married, number of years with current spouse: __*15*_____

Spouse's occupation: __*Krytal Washington*__

15. Have you ever had, adopted, or raised any children?    Yes _____    No __✓__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?           Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?           Yes _____        No __✓__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____           State _____

19. Have you ever served on a trial jury?           Yes _____        No __✓__

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____           State _____

   Criminal or civil?        Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓           No _____

If yes, explain: ~~Brother~~ my Brother by uncl _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____      No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____      No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____      No ✓

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _✓____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____        No _✓____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

___✓___        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No ___✓___

If yes, explain: _I don no_____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

___✓___    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____        No __✓__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes __✓__        No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __✓__          No _____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __✓__          No _____

If yes, explain:_____

_____

_____

*102*

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  _21 yrs._

7. Do you rent or own your residence?      Rent _____      Own _✓_

8. Have you ever lived outside of Georgia?   Yes _✓_      No _____

9. What is your religious affiliation, if any? _member - Bloomingdale Alliance Church_

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ✓     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____     No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ✓     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___28___

Spouse's occupation: __Self Employed - Software developer__

15. Have you ever had, adopted, or raised any children?     Yes ✓     No _____

If yes, how many?     ___2___

What are their current ages?     ___48, & 46___

3

16. Have you ever served in the military?　　　Yes _____　　　No ✓

　　　If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

member of Bloomingdale Christian & Missionary Alliance Church

18. Have you ever served on a grand jury?　　　Yes _____　　　No ✓

　　　If yes, when and where? _____

_____

　　　Federal or state?　　　Federal _____　　　State _____

19. Have you ever served on a trial jury?　　　Yes _____　　　No ✓

　　　If yes, when and where? _____

_____

　　　Federal or state?　　　Federal _____　　　State _____

　　　Criminal or civil?　　　Criminal _____　　　Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: daughter's home was robbed while she was at work.

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

____✓____ Television      ____✓____ Radio      _____ Newspapers

____✓____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No _____      Not Sure __✓___

If yes or not sure, please state what you have heard or read and the source(s):

I may have heard that the crime had been committed on a local tv station.

26. Has anyone ever talked to you about this case before today?   Yes _____      No __✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

✓ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

✓ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

*0*

*104*

## QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████

6. How long have you lived at this address?   **26 years**

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓        No _____

9. What is your religious affiliation, if any?  *Christian  Baptist*

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____✓_____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _Self-employed - Plumbing_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _✓_

Widowed _____    Separated _____

If married, number of years with current spouse: _17 years_____

Spouse's occupation: _Office manager_____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? _3_____

What are their current ages? _26 - 22 - 21_____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *Gumbranch Baptist* _____    _____

    *High School Booster Club* _____    _____

    *Home Builder Asso.* _____    _____

18. Have you ever served on a grand jury?        Yes ✓        No _____

    If yes, when and where?        *Liberty Co*

        *early 80 mid 90s*

    Federal or state?        Federal _____        State ✓

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        *Liberty Co.*

        *Several Time over past 25 years*

    Federal or state?        Federal _____        State ✓

    Criminal or civil?        Criminal ✓        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓__          No _____

If yes, explain: __*Policemen Funds*_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✔ Television        _____ Radio        ✔ Newspapers

    _____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ✔        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Just heard it Happened_ _____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

      Yes _____               No ✓

      If yes, please explain: _____

      _____

      _____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

      Yes _____               No ✓

      If yes, explain: _____

      _____

      _____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

      _____     I strongly support the death penalty as a punishment.

      ✓       I support the death penalty as a punishment.

      _____     I have no opinion about death penalty as a punishment.

      _____     I oppose the death penalty as a punishment.

      _____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against

minorities.

_____      I feel that the death penalty is applied unfairly against minorities.

___✓___      I have no opinion whether the death penalty is applied unfairly

against minorities.

_____      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

#105

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮
▮▮▮▮▮▮

5. County: ▮▮▮▮

6. How long have you lived at this address? 10 years

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes _____        No ✓

9. What is your religious affiliation, if any? Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  _____

College (undergraduate)  _√_     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ nursing _____

12. Are you currently employed?     Yes _√_          No _____

If yes, What is your occupation? registered nurse _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  _____     Married  _____     Divorced  _√_

Widowed  _____     Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes _√_     No _____

If yes, how many?     2 _____

What are their current ages?     26 yrs _____

22 yrs _____

3

16. Have you ever served in the military?      Yes _____     No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Calvary Baptist Church _____      _____

Coastal Therapy Dogs _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

18. Have you ever served on a grand jury?      Yes _____     No ✓

    If yes, when and where?      _____

        _____

    Federal or state?      Federal _____      State _____

19. Have you ever served on a trial jury?      Yes _____     No ✓

    If yes, when and where?      _____

        _____

    Federal or state?      Federal _____      State _____

    Criminal or civil?      Criminal _____      Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No _✓___

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

     __✓__ Television     __✓__ Radio     __✓__ Newspapers

     __✓__ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

     Yes _____     No __✓__     Not Sure _____

     If yes or not sure, please state what you have heard or read and the source(s):

     _____

     _____

26. Has anyone ever talked to you about this case before today?   Yes _____    No __✓__

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____     No __✓__

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

         _____      Yes, I definitely could.

         _____      I probably could.

         _____      Not sure.

         _____      I probably could not.

         _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_✓_    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

               Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

               Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

               Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

               Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__✓___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____         No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____         No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____         No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____         No __✓___

If yes, explain: _____

_____

_____

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮▮

6. How long have you lived at this address?  7 yrs

7. Do you rent or own your residence?    Rent _____    Own __X__

8. Have you ever lived outside of Georgia?  Yes __X__    No _____

9. What is your religious affiliation, if any? Christian

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

107

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  _____        Vocational/Trade School  _____

College (undergraduate)  _____        Graduate/Professional School  ✕

If college or graduate/professional school, you major(s) or area(s) of study?

*Master of Liberal Arts: Multiculturalism/Linguistics*

12. Are you currently employed?    Yes ✕        No _____

If yes, What is your occupation? *Provider Relations Representative for the Department of Community Health.*

13. List other significant employment within the past five years: _____

*TESOL - GSU (Georgia Southern University teacher of English to speakers of other languages)*

14. Marital Status:

Never Married  _____        Married ✕        Divorced _____

Widowed  _____        Separated _____

If married, number of years with current spouse: *29*

Spouse's occupation: *Psychiatrist (staff - Georgia Regional Hospital)*

15. Have you ever had, adopted, or raised any children?    Yes ✕    No _____

If yes, how many?        *ONE*

What are their current ages?    *26*

3

107

16. Have you ever served in the military?          Yes _____          No ___✗___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?          Yes _____          No ___✗___

    If yes, when and where?          _____

                                 _____

    Federal or state?          Federal _____          State ~~✗~~

19. Have you ever served on a trial jury?          Yes _____          No ___✗___

    If yes,  when and where?          _____

                                   _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

107

20. Have you or any member of your family ever been the victim of a crime?

Yes X          No _____

If yes, explain: _Vandalism breaking_
_windows of car & had a person take_
_money for a job & never return. I swore out a_
_warrant against him._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No X

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No X

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No X

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     _X_ Television      _X_ Radio      _X_ Newspapers

     _____ Internet      _X_ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No _X_      Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____     No _X_

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No _X_

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

       _____      Yes, I definitely could.

       _____      I probably could.

       _____      Not sure.

       _____      I probably could not.

       _____      No, I definitely could not.

107

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__X__      I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

107

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ___✕___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ___✕___        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No ___✕___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ___✕___        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No ___✓___

102

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

___X___    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__X__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

107

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____        No _✗_____

      If yes, explain: _____

      _____

      _____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____        No _✗_____

      If yes, explain: _____

      _____

      _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____        No _✗_____

      If yes, explain:_____

      _____

      _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

      Yes _____        No _✗_____

      If yes, explain:_____

      _____

      _____

110

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

5. County: ████████████

6. How long have you lived at this address? _30 yrs_

7. Do you rent or own your residence?    Rent _____    Own _X_

8. Have you ever lived outside of Georgia?    Yes _____    No _X_

9. What is your religious affiliation, if any? _Methodist_

10. Which do you consider yourself to be: (select one)

| | | |
|---|---|---|
| African American | _X_ | Native American Indian _____ |
| Asian | _____ | Hispanic _____ |
| Caucasian (white) | _____ | Other _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____ Junior High/Middle School _____

High School _____ Vocational/Trade School _____

College (undergraduate) __X__ Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

Special Education

12. Are you currently employed? Yes __X__ No _____

If yes, What is your occupation? Teacher

13. List other significant employment within the past five years: None

14. Marital Status:

Never Married _____ Married __X__ Divorced _____

Widowed _____ Separated _____

If married, number of years with current spouse: 30

Spouse's occupation: Retired

15. Have you ever had, adopted, or raised any children? Yes __X__ No _____

If yes, how many? 3

What are their current ages? 31, 25, 20

3

16. Have you ever served in the military?          Yes _____          No _X_

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   St. Paul CME Church _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No _X_

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _X_

19. Have you ever served on a trial jury?          Yes _X_          No _____

   If yes, when and where?     Chatham County Court —

   Approx. 2000 or 2001

   Federal or state?          Federal _____          State _X_

   Criminal or civil?          Criminal _X_          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes X_____          No _____

If yes, explain: _Cousin Killed approx. 20 years ago_
_personal property stolen_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __X__          No _____

If yes, explain: _policeman - West Palm Beach Fla._

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes __X__          No _____

If yes, explain: _Brother-in-law (former policeman)_
_involved in crime_

23. Have you or any member of your family ever been convicted of a felony?

Yes __X__          No _____

If yes, explain: _son - served 2yrs. for credit card fraud_
_Brother-in-law - convicted of laundering,_
_waiting for sentencing_

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    __X__ Radio    __X__ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No __X__    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No X

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____    Yes, I definitely could.

        _____    I probably could.

        _____    Not sure.

        _____    I probably could not.

        _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _X__          No _____

If yes, explain: I, dont feel that personally I could recommend that someone gets the death penalty

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

_____ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

__X__ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes \_\_\_\_\_          No \_\_X\_\_

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes _____          No \_\_X\_\_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No \_\_X\_\_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes \_\_X\_\_          No \_\_\_\_\_

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes \_\_X\_\_          No \_\_\_\_\_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    \_\_X\_\_    I have no opinion whether the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    \_\_X\_\_ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_____

If yes, explain:_____

_____

_____

10