M 1

# QUESTIONNAIRE

1. Name: ███████████████████████████

2. Date of Birth: ███████████████████████

3. Place of Birth: ████████████████████

4. Current Address: ████████████████████

███████████████████████████████

5. County: ██████████████████████████

6. How long have you lived at this address?   _1year_____

7. Do you rent or own your residence?         Rent _✓_       Own _____

8. Have you ever lived outside of Georgia?     Yes _____     No _✓_

9. What is your religious affiliation, if any? _Baptize_____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _✓_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School    \_\_\_\_\_    Junior High/Middle School    \_\_\_\_\_

High School     ✓     Vocational/Trade School    \_\_\_\_\_

College (undergraduate)    \_\_\_\_\_    Graduate/Professional School    \_\_\_\_\_

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓     No \_\_\_\_\_

If yes, What is your occupation? **Ditary Cook**

13. List other significant employment within the past five years: _____

**YMCA- Pryme Tyme**

_____

_____

14. Marital Status:

Never Married  \_\_\_\_\_  Married  \_\_\_\_\_  Divorced ✓

Widowed  \_\_\_\_\_  Separated  \_\_\_\_\_

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes ✓     No \_\_\_\_\_

If yes, how many?     **2**

What are their current ages? **5year  3months**

3

16. Have you ever served in the military?        Yes _____        No ✓

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

   (church) religious, fraternal, social, recreational, service, business, political, union) and any

   offices you have held in the organization:

   ThankFul _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

   _____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

   If yes, when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

   If yes,  when and where?        _____

   _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television       ✓ Radio       ✓ Newspapers

   _____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

   Yes _____       No ✓       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____     Yes, I definitely could.

   _____     I probably could.

   _____     Not sure.

   _____     I probably could not.

   _____     No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

__✓__     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No _____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _____    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

    Yes _____        No _____

    If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

    Yes _____        No _____

    If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No _____

    If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

    Yes _____        No _____

    If yes, explain: _____

_____

_____

112

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████████

3. Place of Birth: ███████████████

4. Current Address: ███████████████

5. County: ███████████████

6. How long have you lived at this address?  *11 yrs.*

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓      No _____

9. What is your religious affiliation, if any?  *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School ✔      Vocational/Trade School _____

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?      Yes ✔      No _____

If yes, What is your occupation? _Electrician (Sav. Cht. Board of Ed.)_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____      Married ✔      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: _16_

Spouse's occupation: _Paraprofessional Heard Elem._

15. Have you ever had, adopted, or raised any children?      Yes _____      No ✔

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

    If yes, when and where?        _SAVANNAH Apooy 2 yas._

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✔       No _____

If yes, explain: _MoToecycle SToleN_ _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____    No ✔

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____    No ✔

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____    No ✔

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television      ✓ Radio      ✓ Newspapers

    _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No _____      Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

Believe I heard + discussed with fellow Employee's when iT occured.

26. Has anyone ever talked to you about this case before today?   Yes ✓   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Briefly AT Work with other Employee's

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____      Yes, I definitely could.

    _____      I probably could.

    _____      Not sure.

    _____      I probably could not.

    _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_✓_          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes __✓__                    No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes _____                    No __✓__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____                    No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied unfairly against minorities.

__✓___        I have no opinion whether the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

115

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ██████████████████

5. County: ██████████

6. How long have you lived at this address? _____ *22 yrs* _____

7. Do you rent or own your residence?      Rent _____      Own ✔

8. Have you ever lived outside of Georgia?   Yes ✔      No _____

9. What is your religious affiliation, if any? _____ *Baptish* _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _X_ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School ___X___

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes __X__          No _____

If yes, What is your occupation? ____Nurse_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced __X__

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes __X__     No _____

If yes, how many?     _____2_____

What are their current ages?     ___30 + 19_____

_____

3

16. Have you ever served in the military?          Yes _____          No __X__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

   _____          _____
   _____          _____
   _____          _____
   _____          _____
   _____          _____
   _____          _____
   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __X__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__          No _____

If yes, explain: __My house was broken into__
__about 20 yrs ago__

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __X__          No _____

If yes, explain: __My Cousin son__

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   __X__ Television     _____ Radio     __x__ Newspapers

   _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

   Yes _____     No _____     Not Sure __X__

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____     No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____     Yes, I definitely could.

   _____     I probably could.

   _____     Not sure.

   _____     I probably could not.

   _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _X___          No _____

If yes, explain: _I don't know If I Can grow_

_Someone the death penalty._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_X___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No _X__

If yes, explain: _____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____    No _X__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____    No _X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes _X__    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _X__    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I feel strongly that the death penalty is applied unfairly against minorities.

__X__     I feel that the death penalty is applied unfairly against minorities.

_____     I have no opinion whether the death penalty is applied unfairly against minorities.

_____     I feel that the death penalty is applied fairly against minorities.

_____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__X__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _X_          No _____

If yes, explain: _I have children of my own_

_and I am black_

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X_

If yes, explain: _____

_____

_____

10

*117*

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address? *6 mos.*

7. Do you rent or own your residence?    Rent _✓_    Own _____

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _X_ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _~~No~~_     Vocational/Trade School _X_

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _C. N.A._

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced _X_

Widowed _____     Separated _____

If married, number of years with current spouse: _N/A_

Spouse's occupation: _N/A_

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many? _4_

What are their current ages? _35, 34, 33, 25_

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Baptist Church._      _____

    _VFW Auxilary_      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

18. Have you ever served on a grand jury?    Yes _____    No ✗

    If yes, when and where? _____

    _____

    Federal or state?    Federal _____    State ✗

19. Have you ever served on a trial jury?    Yes _____    No ✗

    If yes, when and where? _____

    _____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✗__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___X___ Television      _____ Radio      _____ Newspapers

_____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No _____      Not Sure __X__

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__X__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _X___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

           Yes _X___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

           Yes _X___          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

           Yes _____          No _X___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

           Yes _____          No _X___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I feel strongly that the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied unfairly against minorities.

__X__        I have no opinion whether the death penalty is applied unfairly against minorities.

_____        I feel that the death penalty is applied fairly against minorities.

_____        I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__X__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _X___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _X___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _X___

If yes, explain: _____

_____

_____

10

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓

4. Current Address: ▓▓▓▓▓

▓▓▓▓▓

5. County: ▓▓▓▓▓

6. How long have you lived at this address?  *1 yr. 5 months*

7. Do you rent or own your residence?       Rent __✓__       Own _____

8. Have you ever lived outside of Georgia?   Yes _____       No __✓__

9. What is your religious affiliation, if any? *Christian/Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School ✓        Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation? __Bank Teller__

13. List other significant employment within the past five years: _____

__Paraprofessional - Chatham County Board of Education__
__Social Service Tech - Tidelands Community Service Board__
__Sales Associate - Vitamin World__

14. Marital Status:

Never Married ✓        Married _____        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?        __2__

What are their current ages?    __6 and 14months__

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

     If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

First African Baptist Church          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

     If yes, when and where?          _____

_____

     Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

     If yes, when and where?          Several years ago at Chatham County Courthouse on Montgomery St.

     Federal or state?          Federal _____          State __✓__

     Criminal or civil?          Criminal _____          Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _My mother's home has been burglarized._

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

\_\_\_\_\_ Television \_\_\_\_\_ Radio \_\_\_\_\_ Newspapers

\_✓\_ Internet \_\_\_\_\_ Magazines \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

Yes \_\_\_\_\_ No \_✓\_ Not Sure \_\_\_\_\_

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes \_\_\_\_\_ No \_✓\_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes \_\_\_\_\_ No \_✓\_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

\_\_\_\_\_ Yes, I definitely could.

\_\_\_\_\_ I probably could.

\_\_\_\_\_ Not sure.

\_\_\_\_\_ I probably could not.

\_\_\_\_\_ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓_          No _____

If yes, explain: _As far as religion, I do oppose the death penalty; personally, I do believe that it is sometimes a just punishment._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_✓_    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__                 No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____                 No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__                 No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____                 No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

__✓___  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_____

If yes, explain:_____

_____

_____

10

#122

## QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address?  *6 yrs.*

7. Do you rent or own your residence?  Rent _____  Own _X_

8. Have you ever lived outside of Georgia?  Yes _X_  No _____

9. What is your religious affiliation, if any?  *Baptist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ___X___    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _X_    No _____

If yes, What is your occupation? _Jewelry Store Owner._

13. List other significant employment within the past five years: _____

_I've Done this for 26 yrs._

_____

_____

14. Marital Status:

Never Married _____    Married ___X___    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _21_

Spouse's occupation: _co-owner - of Jewelry Store_

15. Have you ever had, adopted, or raised any children?    Yes _X_    No _____

If yes, how many? _2_

What are their current ages? _3 And 6_

_____

3

16. Have you ever served in the military?     Yes _____     No _X_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    _Bethel Baptist Church_      _____

    _Liberty Co. Chamber of Commerce_      _____

18. Have you ever served on a grand jury?     Yes _____     No _X_

    If yes, when and where? _____

    Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes _____     No _X_

    If yes, when and where? _____

    Federal or state?     Federal _____     State _____

    Criminal or civil?     Criminal _____     Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: *My house brake into - 1996*
*my car stolen 2 times from driveway 1993-1994*

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _X_

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

       _X_ Television      _X_ Radio      _____ Newspapers

       _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

     Yes _X_      No _____      Not Sure _____

     If yes or not sure, please state what you have heard or read and the source(s):

     _I remember hearing about the crime. Never remember hearing defendants name._

26. Has anyone ever talked to you about this case before today?  Yes _____ No _X_

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____      No _X_

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

         _____      Yes, I definitely could.

         _____      I probably could.

         _____      Not sure.

         _____      I probably could not.

         _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__X__    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?    Yes _____    No __X__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __X__    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____    No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes __X__    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____    No __X__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

___X___ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___X___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✗__

If yes, explain: _____

_____

_____

10