# 123

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: █████████████

3. Place of Birth: █████████████

4. Current Address: █████████████

   █████████████

5. County: ████████

6. How long have you lived at this address?  *9 1/2 Years*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any?  *Baptist*

10. Which do you consider yourself to be: (select one)

    African American _____    Native American Indian _____

    Asian _____    Hispanic _____

    Caucasian (white) ✓    Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

__HISTORY, MAJOR_____

12. Are you currently employed?     Yes __✓__          No _____

If yes, What is your occupation? _INSURANCE BROKER_____

13. List other significant employment within the past five years: ___NONE_____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___30_____

Spouse's occupation: __HOMEMAKER_____

15. Have you ever had, adopted, or raised any children?     Yes _____     No __✓__

If yes, how many?     _____

What are their current ages?     _____

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

FIRST BAPTIST CHURCH-SAV    DEACON

MEMORIAL HEALTH UNIVERSITY FOUNDATION    BOARD MEMBER

SPENCER EDUCATIONAL FOUNDATION    BOARD MEMBER

RISK AND INSURANCE MGT SOCIETY    ASSOC. MEMBER

SAVANNAH GOLF CLUB

WAKE FOREST UNIVERSITY ALUMNI COUNCIL

WAKE FOREST UNIVERSITY DEACON CLUB

18. Have you ever served on a grand jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✓

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _CAR BREAKIN - WIFE'S WALLET_

_STOLEN_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No ~~No~~

If yes, explain: _CONTRIBUTE ANNUALLY TO CHATHAM_

_COUNTY POLICE ASSOC._

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

          ✓ Television           _____ Radio          ✓ Newspapers

         _____ Internet          ✓ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

     Yes _____          No ✓          Not Sure _____

     If yes or not sure, please state what you have heard or read and the source(s):

     _____

     _____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✓

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____          No ✓

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

         _____       Yes, I definitely could.

         _____       I probably could.

         _____       Not sure.

         _____       I probably could not.

         _____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✔__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✔__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____                No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____                No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████

3. Place of Birth: ██████████████

4. Current Address: █████████████████

   ████████████████

5. County: ███████████

6. How long have you lived at this address?   5 yrs

7. Do you rent or own your residence?    Rent _____    Own  X

8. Have you ever lived outside of Georgia?    Yes  X    No _____

9. What is your religious affiliation, if any?   None

10. Which do you consider yourself to be: (select one)

    African American _____          Native American Indian _____

    Asian _____                     Hispanic _____

    Caucasian (white) _____         Other  X

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____          Vocational/Trade School __X__

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __X__          No _____

If yes, What is your occupation? _Restaurant  General  Manager_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____          Married __X__          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _3 yrs._

Spouse's occupation: _House wife_

15. Have you ever had, adopted, or raised any children?    Yes _X_    No _____

If yes, how many?          _3_

What are their current ages?    _11, 9, 2_

_____

3

16. Have you ever served in the military?        Yes _____        No ✗

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✗

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No ✗

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _My house was broken into, 2000_

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _X_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _X_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        __X__ Newspapers

_____ Internet          _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes __X__        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I heard about the case from some of my employees.

26. Has anyone ever talked to you about this case before today?   Yes __X__   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

One of my employees told me that someone had been killed at a post office

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____              No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____              No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__X__      I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __X__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

_____  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

__X__  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__X__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

125

# QUESTIONNAIRE

1. Name: ███████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ██████████

██████████

5. County: ██████

6. How long have you lived at this address?  _10 yrs._

7. Do you rent or own your residence?        Rent _____        Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_        No _____

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) __✓__     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__    No _____

If yes, What is your occupation? _C P A_____

13. List other significant employment within the past five years: _None — Same_

_employment more than 5 yrs._____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced __✓__

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No __✓__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

AICPA _____          _____

GSCPA _____          Pres, V-P, Treasurer

HBCA _____          Treasurer

H.O.G. _____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

_____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✔    No _____

If yes, explain: _Myself and niece — rape_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____    No ✔

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes ✔    No _____

If yes, explain: _MADD_

23. Have you or any member of your family ever been convicted of a felony?

Yes ✔    No _____

If yes, explain: _Cousin – trafficking stolen goods across state lines_

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television     _____ Radio     ✓ Newspapers

    ✓ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____     No ✓     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____     No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____     Yes, I definitely could.

    _____     I probably could.

    _____     Not sure.

    _____     I probably could not.

    _____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

> If yes, explain: _____
>
> _____
>
> _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against

minorities.

_____      I feel that the death penalty is applied unfairly against minorities.

_____      I have no opinion whether the death penalty is applied unfairly

against minorities.

__✓__      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

__✓__ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

*126*

## QUESTIONNAIRE

1. Name: ████████████████████ ✓

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████████████

_____

5. County: _____

6. How long have you lived at this address?   *25 YRS*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?   Yes _____    No ✓

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   *16 Grade*   Junior High/Middle School   _____

High School   _____   Vocational/Trade School   _____

College (undergraduate)   _____   Graduate/Professional School   _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes  ✔   No _____

If yes, What is your occupation?  *Manchine Leader* _____

13. List other significant employment within the past five years:  *Owens Caring*

_____

_____

_____

14. Marital Status:

Never Married _____   Married  ✔   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____   No _____

If yes, how many?   _____

What are their current ages?   _____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     ✓ Television     \_\_\_\_\_ Radio     \_\_\_\_\_ Newspapers

    \_\_\_\_\_ Internet     \_\_\_\_\_ Magazines     \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

     Yes \_\_\_\_\_      No ✓      Not Sure \_\_\_\_\_

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes \_\_\_\_\_   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes \_\_\_\_\_      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    \_\_\_\_\_      Yes, I definitely could.

    \_\_\_\_\_      I probably could.

    \_\_\_\_\_      Not sure.

    \_\_\_\_\_      I probably could not.

     NO      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

__✓__     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No _✓_

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____          No _✓_

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes _____          No _✓_

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _✓_          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

   Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

39. Would the **race of the victim** affect your opinion as to guilt?

   Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

   Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

   Yes _____          No __✓__

   If yes, explain: _____

   _____

   _____

10

#131

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮▮▮▮▮

6. How long have you lived at this address? _3 years_

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School ___✓___

If college or graduate/professional school, you major(s) or area(s) of study?

___Medicine — MD_____

12. Are you currently employed?  Yes ___✓___     No _____

If yes, What is your occupation? ___Pediatric Surgeon___

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___17 years___

Spouse's occupation: ___College Student / Previous Manager Southern Bell___

15. Have you ever had, adopted, or raised any children?  Yes ___✓___  No _____

If yes, how many? ___two___

What are their current ages? ___9 and 12___

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Georgia Medical Assoc.          _____

    American Academy of Pediatrics _____

    Fellow American College of Surgeons _____

    American Pediatric Surgery Assoc. _____

    _____          _____

    _____          _____

    _____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __~~Burgart~~ House BreaKin.__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

___Newspaper    report._____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____        No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

__✓____  I support the death penalty as a punishment.

_____  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓___

      If yes, explain: _____

      _____

      _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes __✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____          No __✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

10