*132*

# QUESTIONNAIRE

1. Name: _____

2. Date of Birth: _____

3. Place of Birth: _____

4. Current Address: _____

5. County: _____

6. How long have you lived at this address?   *18 Years*

7. Do you rent or own your residence?   Rent _____   Own ✓

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any?   *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __✓___    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Education_

12. Are you currently employed?    Yes _____    No __✓___

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married __✓___    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _43_

Spouse's occupation: _Retired - House wife_

15. Have you ever had, adopted, or raised any children?    Yes __✓___    No _____

If yes, how many? _one_

What are their current ages? _54_

_____

3

16. Have you ever served in the military?        Yes _✔_        No _____

    If yes, what branch(s) and when: ___Army  1956 – 58___

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

18. Have you ever served on a grand jury?        Yes _____        No _✔_

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _✔_        No _____

    If yes, when and where?    ___1983 –___ _____

    _____

    Federal or state?        Federal _____        State _✔_

    Criminal or civil?        Criminal _____        Civil _✔_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: _____BURGLARY_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

_____ ✓ Television     _____ ✓ Radio     _____ ✓ Newspapers

_____ ✓ Internet     _____ ✓ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✓___      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Vaguely in the Newspaper.*

_____

26. Has anyone ever talked to you about this case before today?   Yes _____    No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

___✓___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____                No _____

        If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓____                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____                No __✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓____                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes __✓____                No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: ████████████████

████████████████

5. County: ████████

6. How long have you lived at this address?  13 yrs.

7. Do you rent or own your residence?        Rent _____        Own ✔

8. Have you ever lived outside of Georgia?    Yes ✔        No _____

9. What is your religious affiliation, if any?  Holiness

10. Which do you consider yourself to be: (select one)

| African American | ✔ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School   _____    Junior High/Middle School   _____

High School   ✓    Vocational/Trade School   _____

College (undergraduate)   _____    Graduate/Professional School   _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓      No _____

If yes, What is your occupation? **family service worker Lib. Co. DFCS**

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: **6 yrs.**

Spouse's occupation: **Paper maker Interstate Paper**

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    **4**

What are their current ages?    **15, 17, 18, 21**

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

                              _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          10years ago  Liberty CO.  Hinesville

                        Ga. _____

    Federal or state?          Federal _____          State ✓

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ____✓____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television     _✓_ Radio     _✓_ Newspapers

_____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_     No _____     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I've read in the newspaper about where + what happened in Fleming.

26. Has anyone ever talked to you about this case before today?   Yes _____     No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

✓    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✓

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

       Yes _____        No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

       Yes _____        No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

       Yes ✓        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

       Yes ✓        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

136

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address?  1 yr.

7. Do you rent or own your residence?    Rent _____    Own __✔__

8. Have you ever lived outside of Georgia?    Yes __✔__    No _____

9. What is your religious affiliation, if any?  Baptist

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✔__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School *2 yr HVAc*

College (undergraduate) *2 yr AA Associate*    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: *Ret. Civil Svc.*

*Program Mgt.*

*Customer / Public Relations*

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _____

Widowed *after 29 yrs.* ✓    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    *3*

What are their current ages?    *42, 40, 38*

*Grandaughter 24*
*Grandson 16*

3

16. Have you ever served in the military?        Yes _____        No ✓_____

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *Siera Club* _____        _____

    *AARP* _____        _____

    _____        _____

    _____        _____

    _____        _____

    _____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓_____

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓_____        No _____

    If yes, when and where?        *Liberty County 1999?* _____

_____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal ✓_____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: Grandchildrens Bikes Stolen

Cousin, physically attacked

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: ex son-in-law /under cover agent

Chatham co. police (no longer)

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: neighborhood watch / policemen's funds

shelters

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television    ✓ Radio    ✓ Newspapers

    _____ Internet    ✓ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✓    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Gen info surrounding case*

26. Has anyone ever talked to you about this case before today?    Yes ✓    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*Bill Jones, gen info from news sources*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓___     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✓____

  If yes, explain: _____

  _____

  _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

  Yes ✓____        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

  Yes _____        No ✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

  Yes ✓____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

  Yes _____        No ✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

*137*

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

   ████████████████████

5. County: ██████████████

6. How long have you lived at this address?   *14 yrs*

7. Do you rent or own your residence?     Rent _____     Own _____  *(Live w/parents)*

8. Have you ever lived outside of Georgia?     Yes _____     No ✓

9. What is your religious affiliation, if any?   *Christian*

10. Which do you consider yourself to be: (select one)

    African American   ✓        Native American Indian   _____

    Asian              _____   Hispanic                 _____

    Caucasian (white)  _____   Other                    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    _____    Vocational/Trade School    _____

College (undergraduate)    _____    Graduate/Professional School    ✓

If college or graduate/professional school, you major(s) or area(s) of study?

(undergrad) Political Science / minor Criminal Justice (pursuing MPA)

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Bank Teller_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married ✓    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?    _____

What are their current ages?    _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓___

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Living Hope Community fellowship _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

18. Have you ever served on a grand jury?        Yes _____        No __✓___

    If yes, when and where?        _____

                                     _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓___

    If yes,  when and where?        _____

                                       _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: _My home was burglarized in_
_the spring of 1996._
_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: _Neighborhood watch, shelters, crisis centers_
_and policemen's funds are programs that both_
_myself and my parents participate_

23. Have you or any member of your family ever been convicted of a felony?

Yes ___✓___          No _____

If yes, explain: _A cousin in Florida convicted of 2nd_
_degree murder._____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television      ✓ Radio      ✓ _____ Newspapers

    ✓ Internet      ✓ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No _____      Not Sure ✓

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____      Yes, I definitely could.

    _____      I probably could.

    _____      Not sure.

    _____      I probably could not.

    _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_✓_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____                No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____                No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

___✓___ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

10

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

   ████████████████

5. County: ████████████████

6. How long have you lived at this address? _4 years_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? _Christian (Baptist)_

10. Which do you consider yourself to be: (select one)

    African American _____        Native American Indian _____

    Asian _____                    Hispanic _____

    Caucasian (white) _✓_          Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____     Junior High/Middle School  _____

High School  _____     Vocational/Trade School  _____

College (undergraduate)  ✓     Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

BBA Accounting

12. Are you currently employed?    Yes ✓        No _____

If yes, What is your occupation?    Financial Controller

13. List other significant employment within the past five years: _____

Truck Driver Coca-Cola Bottling Co.

14. Marital Status:

Never Married  _____     Married  ✓     Divorced  _____

Widowed  _____     Separated  _____

If married, number of years with current spouse:   8 years

Spouse's occupation:   Student

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    3

What are their current ages?    5, 3, 3

3

16. Have you ever served in the military?        Yes __✓__        No _____

    If yes, what branch(s) and when: _Georgia Army National Guard_

_____ _April 1992- Present_ _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Ga. Army National Guard_ _____

    _First Baptist Church Garden City._ _____

    _____ _____

    _____ _____

    _____ _____

    _____ _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓____          No _____

If yes, explain: _Grandfather (now deseased) served as_

_Police officer in Garden City (Part time) in the 50's_

_+60's_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes __✓____          No _____

If yes, explain: _My wife and I have contributed to_

_various policeman's funds (State troopers funds,_

_and Local officers funds.)_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television    _____ Radio    _____ Newspapers

    __✓__ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes __✓__    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*I saw news reports of the event around the time it occured. I never followed up on details of the case.*

26. Has anyone ever talked to you about this case before today?  Yes __✓__  No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

*I work in Midway, GA. General office conversations occured around the time of the event. Nothing of significance*

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No _✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No _✓_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_✓____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No __✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes __✓___                No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

            Yes _____                No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

            Yes __✓___                No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

            Yes _____                No __✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against minorities.

_____      I feel that the death penalty is applied unfairly against minorities.

_____      I have no opinion whether the death penalty is applied unfairly against minorities.

✓      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

✓ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____    No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____    No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____    No ✓

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____    No ✓

If yes, explain:_____

_____

_____

10

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address? _____ 20 _____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? _____ N\A _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __✗__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Criminal Justice / History_____

12. Are you currently employed?    Yes _✓_    No _____

If yes, What is your occupation? _Allstate Ins Agent_____

13. List other significant employment within the past five years: _____

_____ N/A _____

_____

_____

14. Marital Status:

Never Married _____    Married _✓_    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _20_____

Spouse's occupation: _Nurse_____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?    _2_____

What are their current ages?    _18 & 17_____

_____

3

16. Have you ever served in the military?        Yes __✓__        No _____

If yes, what branch(s) and when: ___Army_____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_Savannah Basketball Assoc_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?        Yes __✓__        No _____

If yes, when and where?    ___Bryan County_____

___1995?_____

Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes __✓__        No _____

If yes, when and where?    ___Bryan_____

___1997?_____

Federal or state?        Federal _____        State __✓__

Criminal or civil?        Criminal __✓__        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _Home Theft - misc. items_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: _State Parole Officer 1995-1997_____

_City of Richmond Hill Police 1987-1992_

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television        _____ Radio        _____ Newspapers

    _____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

    Yes ✓        No _____        Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    ___TV_____

    _____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____        No ✓

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____ Yes, I definitely could.

        _____ I probably could.

        _____ Not sure.

        _____ I probably could not.

        _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ___✓___          No ___✓___

If yes, please explain: ___Theron Daives is a potential___
___witness. Known him for 10 years___

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

___✓___        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _✓_

    If yes, explain: _____

     _____

     _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

     Yes _✓_          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

     Yes _____          No _✓_

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

     Yes _✓_          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

     Yes _____          No _✓_

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10