#175

# QUESTIONNAIRE

1. Name: ██████████

2. Date of Birth: ██████████

3. Place of Birth: ██████████

4. Current Address: ██████████

5. County: ██████████

6. How long have you lived at this address?   2 yrs

7. Do you rent or own your residence?   Rent _____   Own __X__

8. Have you ever lived outside of Georgia?   Yes __X__   No _____

9. What is your religious affiliation, if any?   Catholic

10. Which do you consider yourself to be: (select one)

|  |  |  |  |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __X__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) __X__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____ Journalism _____

12. Are you currently employed?    Yes __X__    No _____

If yes, What is your occupation? __Realtor_____

13. List other significant employment within the past five years: _____

_____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced __X__

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes __X__    No _____

If yes, how many?    __2_____

What are their current ages?    __9 & 4_____

_____

16. Have you ever served in the military?        Yes _____        No __X__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Savannah Christian Church

Savannah Board of Realtors

18. Have you ever served on a grand jury?        Yes _____        No __X__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __X__        No _____

    If yes, when and where?        1-2 yrs ago

    Chatham County Courthouse

    Federal or state?        Federal _____        State __X__

    Criminal or civil?        Criminal _____        Civil __X__

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_        No _____

If yes, explain: Fiancee home just broken Into hers in Savannah. Fiancee car broken into in Canada. Former father-in-law Murdered 20 years ago.

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _X_        No _____

If yes, explain: Former boyfriend was a Beaufort County police officer. Former roommate is with Sav Police (Geri Long)

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_        No _____

If yes, explain: Brother convicted of drug charges numerous times.

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_X_ Television     _X_ Radio     _X_ Newspapers

_X_ Internet     _x_ Magazines     ____ Other

25. Have you heard or read anything about this case before today?

Yes _X_     No ____     Not Sure ____

If yes or not sure, please state what you have heard or read and the source(s):

When murder occurred, read all details, listened to media reports ... I am a News-Junkie.

26. Has anyone ever talked to you about this case before today?   Yes _X_   No ____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Fiancé & Discussed when it happened.

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _X_     No ____

If yes, what is your opinion? _Guilty_.

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_X_     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _X___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _X___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_*X*_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __X__         No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes __X__         No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes _____         No __X__

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____         No __X__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against minorities.

_____      I feel that the death penalty is applied unfairly against minorities.

__X__      I have no opinion whether the death penalty is applied unfairly against minorities.

_____      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

__X__ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes __X__          No _____

If yes, explain: _Have a strong prejudice against black crime._ _Have been in South for 20 years & feel there is a PREPONDERANCE_ _of Blacks committing crimes & I am tired of it costing me, the_

39. Would the **race of the victim** affect your opinion as to guilt? _taxpayer, money._

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain: _____

_____

_____

10

176

# QUESTIONNAIRE

1. Name: █████████████████

2. Date of Birth: ████████

3. Place of Birth: ████████

4. Current Address: █████████████████

   ████████████

5. County: ████████

6. How long have you lived at this address?  _____ 15 years _____

7. Do you rent or own your residence?   Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?  Yes _____    No __✓__

9. What is your religious affiliation, if any? _____ A.M.E. _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____          Vocational/Trade School _____

College (undergraduate) _____          Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____          No _____

If yes, What is your occupation? ___Digestion operator_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____          Married _____          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: ___15 years___

Spouse's occupation: ___Gateway C + A___

15. Have you ever had, adopted, or raised any children?     Yes _____     No _____

If yes, how many? ___3___

What are their current ages? ___19, 11 + 9___

_____

3

16. Have you ever served in the military?         Yes _____         No _____

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?         Yes _____         No _____

    If yes, when and where?    _____

_____

    Federal or state?         Federal _____         State _____

19. Have you ever served on a trial jury?         Yes _____         No _____

    If yes, when and where?    _____

_____

    Federal or state?         Federal _____         State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _____✓_____

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _____✓_____

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _____✓_____

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _____✓_____

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television        _____✓ Radio        _____✓ Newspapers

_____ Internet        _____✓ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____✓        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _____✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _____✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____✓        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___/___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___/___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

___/___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No ___✓___

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____      I feel strongly that the death penalty is applied unfairly against

minorities.

✓      I feel that the death penalty is applied unfairly against minorities.

_____      I have no opinion whether the death penalty is applied unfairly

against minorities.

_____      I feel that the death penalty is applied fairly against minorities.

_____      I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

10

*177*

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

5. County: _____

6. How long have you lived at this address? _almost 2 years_

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

African American ✓    Native American Indian _____

Asian _____    Hispanic _____

Caucasian (white) _____    Other _____

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____✓                Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __✓__         No _____

If yes, What is your occupation? _Paraprofessional /Site Director Ymcn_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married __✓__     Divorced _____

Widowed _____           Separated _____

If married, number of years with current spouse: ___2___

Spouse's occupation: _General Motor - Line men_

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? ___three___

What are their current ages? ___23, 25, 29___

_____

3

16. Have you ever served in the military?    Yes _____    No _✓_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Macedonia Baptist Church     Sunday School Teacher *32 years*

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

18. Have you ever served on a grand jury?    Yes _____    No _✓_

    If yes, when and where?    _____

    _____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _✓_    No _____

    If yes, when and where?    _25 years ago_

    _____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _✓_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __My Car was stolen__
__My Home was broken into twice.__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____

If yes, explain: __I once was a radio dispather__
__for the Police department of Savannah.__

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes __✓__          No _____

If yes, explain: __My son — (using drugs)__

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television    ___✓___ Radio    _____ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No ___✓___    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ___✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

___✓___    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓___

If yes, explain: _____

_____

_____

180

# QUESTIONNAIRE

1. Name: █████████

2. Date of Birth: █████████

3. Place of Birth: █████████

4. Current Address: █████████

5. County: █████████

6. How long have you lived at this address?  6 yr

7. Do you rent or own your residence?     Rent _____     Own _✔__

8. Have you ever lived outside of Georgia?   Yes _____     No _✔__

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | american |

2

11. What is your highest level of education completed? (select one)

  Grade/Elementary School   \_\_\_\_\_  Junior High/Middle School  \_\_\_\_\_

  High School       ✔  Vocational/Trade School   ✔

  College (undergraduate)   \_\_\_\_\_  Graduate/Professional School \_\_\_\_\_

  If college or graduate/professional school, you major(s) or area(s) of study?

  _____


12. Are you currently employed? Yes ✔    No \_\_\_\_\_

  If yes, What is your occupation? _machinist_ _____

13. List other significant employment within the past five years: _____

  _____

  _____

  _____


14. Marital Status:

  Never Married \_\_\_\_\_  Married ✔  Divorced \_\_\_\_\_

  Widowed \_\_\_\_\_   Separated \_\_\_\_\_

  If married, number of years with current spouse: _____

  Spouse's occupation: _industrial sales_ _____

15. Have you ever had, adopted, or raised any children? Yes \_\_\_\_\_ No ✔

  If yes, how many?    _____

  What are their current ages? _____

           _____

16. Have you ever served in the military?          Yes _____          No __✔___

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes __✔___          No _____

If yes, when and where?          _Effingham County_____

_____

Federal or state?          Federal _____          State __✔___

19. Have you ever served on a trial jury?          Yes __✔___          No _____

If yes, when and where?          _Effingham County_____

_____

Federal or state?          Federal _____          State __✔___

Criminal or civil?          Criminal __✔___          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✔__          No _____

If yes, explain: Georgia Dept of Corrections, administration
CCI _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television    ✓ Radio    _____ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No ✓    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ✔_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

✔_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

10

ORIGINAL  183

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  _19 yrs_

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?  Yes ✓    No _____

9. What is your religious affiliation, if any?  _luthern_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School ✓

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Trend Analyst_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _Mechanist_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _3_

What are their current ages?    _30, 31, 33_

_____

3

16. Have you ever served in the military?    Yes ✔    No _____

If yes, what branch(s) and when: _Air NATIONAL GuARD_

_1974 - Present_

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Holy Spirit Luthern Church (Hospitality)

" Church Council Secretary

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No ✔

If yes, when and where?    _____

_____

Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes ✔    No _____

If yes, when and where?    _MARCH 2003   Chatham Co_

_____

Federal or state?    Federal _____    State ✔

Criminal or civil?    Criminal ✔    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: *Rape    1971    (Myself)*

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: *A member of My Neighborhood WATch*

23. Have you or any member of your family ever been convicted of a felony?

Yes ✓          No _____

If yes, explain: *My Brother for Possesion of Drugs*

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television       ✓ Radio       ✓ Newspapers

    ✓ Internet       _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes _____      No ✓      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I strongly support the death penalty as a punishment.

_____  I support the death penalty as a punishment.

___✓___  I have no opinion about death penalty as a punishment.

_____  I oppose the death penalty as a punishment.

_____  I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✔__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✔__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No __✔__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✔__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No __✔__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

__✓__ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__✓__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

10

184

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address

5. County:

6. How long have you lived at this address?    _6 yrs._

7. Do you rent or own your residence?    Rent _____    Own __X__

8. Have you ever lived outside of Georgia?    Yes __X__    No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __X__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____      Junior High/Middle School _____

High School __X__      Vocational/Trade School _____

College (undergraduate) _____      Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?      Yes __X__      No _____

If yes, What is your occupation? _Clerk Operator_____

13. List other significant employment within the past five years: _____

_Georgia Ports Authority_____

_____

14. Marital Status:

Never Married _____      Married __X__      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: ___6 yrs_____

Spouse's occupation: _Computer Sales_____

15. Have you ever had, adopted, or raised any children?      Yes __X__      No _____

If yes, how many? ___4/_____

What are their current ages? _15, 12, 5, 2_____

3

16. Have you ever served in the military?        Yes _X_        No _____

    If yes, what branch(s) and when: _Army ; Aug. 89 to June 94_

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

_Southside YMCA_                            _____

_Bethlehem Baptist Church_                  _____

18. Have you ever served on a grand jury?        Yes _____        No _X_

    If yes, when and where?              _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _X_        No _____

    If yes, when and where?        _Last year ; Chatham Co._

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _X_        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television      __X__ Radio      __X__ Newspapers

    __X__ Internet      __X__ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No __X__      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____    No __X__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No __X__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____      Yes, I definitely could.

    _____      I probably could.

    _____      Not sure.

    _____      I probably could not.

    _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __X__          No _____

If yes, explain: _I don't think that its Right to take anyones life._

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

__X__     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?        Yes __✗__        No _____

If yes, explain: _I'm not for the death penalty_

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____        No __✗__

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____        No __✗__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✗__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes __✗__        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

    \_\_\_\_\_      I feel strongly that the death penalty is applied unfairly against

minorities.

    \_\_\_\_\_      I feel that the death penalty is applied unfairly against minorities.

    \_\_\_\_\_      I have no opinion whether the death penalty is applied unfairly

against minorities.

    \_\_X\_\_      I feel that the death penalty is applied fairly against minorities.

    \_\_\_\_\_      I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

\_\_\_\_\_ Yes, it is a definitely a problem.

\_\_\_\_\_ Yes, it is often a problem.

\_\_X\_\_ Yes, it is occasionally a problem.

\_\_\_\_\_ Not sure if it is a problem.

\_\_\_\_\_ No, it is usually not a problem.

\_\_\_\_\_ No, it is rarely a problem.

\_\_\_\_\_ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No \_\_*X*\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No \_\_*X*\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_\_*X*\_\_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_\_*X*\_\_

If yes, explain: _____

_____

_____

10