*105*

ORIGINAL

# QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓▓

5. County: ▓▓▓▓▓▓▓

6. How long have you lived at this address?    *5 years*

7. Do you rent or own your residence?    Rent  _X_    Own _____

8. Have you ever lived outside of Georgia?    Yes  _X_    No _____

9. What is your religious affiliation, if any?  *Catholic*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School _____     Vocational/Trade School _____

College (undergraduate) _✓_     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Biology_

12. Are you currently employed?     Yes _X_     No _____

If yes, What is your occupation? _Supervisor_

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married _____     Divorced _✓_

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes _✓_     No _____

If yes, how many? _2_

What are their current ages? _20 22, 23_

3

16. Have you ever served in the military?        Yes _____        No _X_

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _March of Dimes_____    _Department Leader_

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?        Yes _____        No _X_

    If yes, when and where?        _____

        _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No _____

    If yes, when and where?        _____

        _____

    Federal or state?        Federal _____        State _X_

    Criminal or civil?        Criminal _____        Civil _X_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _X_          No _____

If yes, explain: _My purse was stolen._

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_          No _____

If yes, explain: _First Cousin is a Detective with_

_the City of Savannah._

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No _X_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _X_          No _____

If yes, explain: _My oldest son was convicted of_

_Assault. 5yrs (3 he served, 2 probation)_

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        _____ Newspapers

✔ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ✔        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✔__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

                 Yes __✔__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

                 Yes _____                 No __✔__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

                 Yes __✔__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

                 Yes _____                 No __✔__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

___✓___ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____.          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

*Juror-186*

# ORIGINAL

## QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████████

3. Place of Birth: ██████████████

4. Current Address: ███████████████

5. County: ████████████████

6. How long have you lived at this address? ___*31 years*___

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?   Yes _____    No ✓

9. What is your religious affiliation, if any? *Christian*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____    Junior High/Middle School  _____

High School  ✓_____    Vocational/Trade School  _____

College (undergraduate)  _____    Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes  _____    No  ✓_____

If yes, What is your occupation?  _____

13. List other significant employment within the past five years:  _____

_____

_____

_____

14. Marital Status:

Never Married  _____    Married  ✓_____    Divorced  _____

Widowed  _____    Separated  _____

If married, number of years with current spouse:  _33 years_____

Spouse's occupation:  _Diamond Crystal Production line_

15. Have you ever had, adopted, or raised any children?    Yes  _____    No  ✓_____

If yes, how many?  _____

What are their current ages?  _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Volunteer Chaplin at        Candler Hospital
ass. minister at            Friendship B.C.
Ministry at Youth Detention in Savh
Street ministry

18. Have you ever served on a grand jury?        Yes _____        No __✓__

   If yes, when and where? _____

   _____

   Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes __✓__        No _____

   If yes, when and where?        Savh in the early 80s

   _____

   Federal or state?        Federal _____        State __✓__

   Criminal or civil?        Criminal __✓__        Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✔        No _____

If yes, explain: _brother was killed in New York by a robber in 1984, sister was abducted my house was broken into in the early 70's_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✔        No _____

If yes, explain: _my nephew is a dupty sheriff in Tampa Fla._

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes ✔        No _____

If yes, explain: _watch out for our neibhors and I saw a neibhors house robbed and called the police_

23. Have you or any member of your family ever been convicted of a felony?

Yes ✔        No _____

If yes, explain: _my daughter for theif_

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television          _____ Radio          _____ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓__          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I heard about the death and crime when it happened

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

___✓___          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No _L___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _L___          No _____

If yes, explain: _I'm a christian and Exodus 20 tells us according God thou shall not kill._

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

| | |
|---|---|
| _____ | I strongly support the death penalty as a punishment. |
| _____ | I support the death penalty as a punishment. |
| _____ | I have no opinion about death penalty as a punishment. |
| _____ | I oppose the death penalty as a punishment. |
| ✓ _____ | I strongly oppose the death penalty as a punishment. |

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ⌐

If yes, explain: We are all guilty of something
so murder but are walking free
_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____          No ⌐

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No ⌐

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes ⌐          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes ✓          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

✔ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

✔ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

     Yes _____           No ✓_____

     If yes, explain: _____

     _____

     _____

39. Would the **race of the victim** affect your opinion as to guilt?

     Yes _____           No ✓_____

     If yes, explain: _____

     _____

     _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

     Yes _____           No ✓_____

     If yes, explain: _____

     _____

     _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

     Yes _____           No ✓_____

     If yes, explain: _____

     _____

     _____

187

# QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address? _8 YEARS_

7. Do you rent or own your residence?    Rent _____    Own _X_ (By PARENTS)

8. Have you ever lived outside of Georgia?    Yes _X_    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___X___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes __X__          No _____

If yes, What is your occupation? _Assistant Manager (Rutland Tire; Wheel)_

13. List other significant employment within the past five years: _I have always worked for My family business, but have only been in a management position for the last two years._

14. Marital Status:

Never Married __X__          Married _____          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?     Yes _____     No __X__

If yes, how many?          _____

What are their current ages?     _____

_____

3

16. Have you ever served in the military?          Yes _____          No __X__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   Recreation Soccer                    _____

   Recreation Softball                  _____

   Recreation Basketball                _____

   _____     _____

   _____     _____

   _____     _____

   _____     _____

18. Have you ever served on a grand jury?          Yes _____          No __X__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __X__

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__        No _____

If yes, explain: __Business and Resedential robberies__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____        No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television        __X__ Radio        _____ Newspapers

    _____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____        No __X__        Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __X__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____        No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____        Yes, I definitely could.

        _____        I probably could.

        _____        Not sure.

        _____        I probably could not.

        _____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes __X__                    No _____

If yes, please explain: __Major Johonia Wilcher is a close personal friend to members of my family i.e. Aunt ; GRANDFATHER__

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__X__    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __X__

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __X__               No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____               No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __X__               No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____               No __X__

8

*188*

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████

███████████

5. County: ███████

6. How long have you lived at this address?  *1 ½ yrs*

7. Do you rent or own your residence?        Rent _____        Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_            No _____

9. What is your religious affiliation, if any? *BAPTIST*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____        Junior High/Middle School    _____

High School    ✓        Vocational/Trade School    _____

College (undergraduate)    _____        Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓            No _____

If yes, What is your occupation?  _FIELD ENGINEER FOR TRITON PCS_

13. List other significant employment within the past five years: _US NAVY_

_____

_____

_____

14. Marital Status:

Never Married _____        Married ✓        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: _6_

Spouse's occupation: _BAR MANAGER_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _3_

What are their current ages? _16, 9, 4_

_____

3

16. Have you ever served in the military?          Yes ✓          No _____

If yes, what branch(s) and when: _US NAVY_    _9/89 - 9/99_

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

NRA _____          _____

SADA _____          A DIVISION REP _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

If yes, when and where?          _____

_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

If yes, when and where?          _____

_____

Federal or state?          Federal _____          State _____

Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓            No _____

If yes, explain: _House Robbery , Car Theft_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____        No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✓ Television      ✓ Radio      ✓ Newspapers

    _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No _____      Not Sure ✓

    If yes or not sure, please state what you have heard or read and the source(s):

    REMBER HEARING ABOUT THE CRIME, BUT DON'T REMBER ANYTHING ABOUT IT.

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No ✓

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes _____          No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____   I feel strongly that the death penalty is applied unfairly against minorities.

_____   I feel that the death penalty is applied unfairly against minorities.

_____   I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___   I feel that the death penalty is applied fairly against minorities.

_____   I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

___✓___ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ✓

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ✓

If yes, explain:_____

_____

_____

10

# QUESTIONNAIRE

1. Name: ████████████████

2. Date of Birth: ████████

3. Place of Birth: ██████████

4. Current Address: ██████████

   ██████████

5. County: ██████████

6. How long have you lived at this address? _7 yrs._

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? _Southern Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School     _____     Junior High/Middle School     _____

High School     _____     Vocational/Trade School     ✓

College (undergraduate)     _____     Graduate/Professional School     _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓      No _____

If yes, What is your occupation? _Machine Tech._

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____      Married ✓      Divorced _____

Widowed _____      Separated _____

If married, number of years with current spouse: _____17 yrs._____

Spouse's occupation: _Bookkeeping - Citizens Bank_

15. Have you ever had, adopted, or raised any children?     Yes ✓      No _____

If yes, how many?     _2_

What are their current ages?     _9 & 15_

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    South EFFingham Community Church _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          2003 - Springfield GA. _____

    Federal or state?          Federal _____          State ✓

    Criminal or civil?          Criminal ✓          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

✔ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No ✔        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ✓          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No ✓

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

___✓___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

*191*

# QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

   ████████████

5. County: ████████████

6. How long have you lived at this address? *23 yRS*

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? *Pentercostal*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____   Junior High/Middle School  _____

High School  ✓   Vocational/Trade School  _____

College (undergraduate)  _____   Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes _____   No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____   Married ✓   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: __*52*__

Spouse's occupation: *Retired Police officer*

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many?   *3*

What are their current ages?   *48 - 49 - 51*

_____

3

16. Have you ever served in the military?        Yes _____        No ✔

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Ladies ministry

Primetimers

18. Have you ever served on a grand jury?        Yes _____        No ✔

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✔        No _____

    If yes, when and where?        Chatham County

                              about 20 yrs ago

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil ✔

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No ✓

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: *Husband – Police officer 27½ – Retired*

*daughter – 25 yrs    Police dept.*

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: _____

*Police wives club*

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    ✔ Television        ✔ Radio        ✔ Newspapers

    ✔ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ✔        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

*Radio news*

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No ✔

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ✔

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓___                          No _____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

__✓___        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ✓

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes ✓          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

___✓___ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

       Yes _____       No ✓_____

       If yes, explain: _____

       _____

       _____

39. Would the **race of the victim** affect your opinion as to guilt?

       Yes _____       No ✓_____

       If yes, explain: _____

       _____

       _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

       Yes _____       No ✓_____

       If yes, explain:_____

       _____

       _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

       Yes _____       No ✓_____

       If yes, explain:_____

       _____

       _____