ORIGINAL       #201

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████

████████████████████████

5. County: ████████████████████

6. How long have you lived at this address?  _3 yrs._

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

African American    _✓_        Native American Indian    _____

Asian    _____        Hispanic    _____

Caucasian (white)    _____        Other    _____

2

11. What is your highest level of education completed? (select one)

| | | |
|---|---|---|
| Grade/Elementary School _____ | Junior High/Middle School _____ |
| High School _____ | Vocational/Trade School ✓ |
| College (undergraduate) _____ | Graduate/Professional School _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

_Medical Assistant_

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Desoto-Hilton - Guest Services_

13. List other significant employment within the past five years: _____

_Marketing Manager - ADT -Alarmed_
_Alarm Technology_

14. Marital Status:

| | | |
|---|---|---|
| Never Married _____ | Married ✓ | Divorced _____ |
| Widowed _____ | Separated _____ | |

If married, number of years with current spouse: _11_

Spouse's occupation: _Chef_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    _1_

What are their current ages?    _30_

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Calvary Baptist Church          Clerk

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: *Father - Victim of an Aggravated Assault*

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓          No _____

If yes, explain: *Nephew - currently in training for police academy*

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓          No _____

If yes, explain: *Contributors to police funds*

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _____ Radio        _✓_ Newspapers

_✓_ Internet        _✓_ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _✓_        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓          No _____

If yes, explain: *Strongly depends on the circumstances*

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

✓    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No ___✓___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes _____          No ___✓___

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes ___✓___          No _____

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

__✓___ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✔__

If yes, explain:_____

_____

_____

10

202

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████████

3. Place of Birth: ███████████████

4. Current Address: ███████████████

5. County: ███████████████

6. How long have you lived at this address?  _____ /3 yrs _____

7. Do you rent or own your residence?     Rent _____     Own __✓__

8. Have you ever lived outside of Georgia?  Yes __✓__     No _____

9. What is your religious affiliation, if any? __Catholic__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School ✓ Some

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ✓     No _____

If yes, What is your occupation? _Office Manager/_

13. List other significant employment within the past five years: _Dr. S.N. Ramsey_

_Insurance Clerk_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _17 years_

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many? _2 Children, 1 StepChild_

What are their current ages? _15, 21, & 23_

_____

3

16. Have you ever served in the military?          Yes _____          No ___✓___

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?          Yes _____          No ___✓___

    If yes, when and where?          _____

                               _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ___✓___

    If yes, when and where?          _____

                               _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: _House burglarized + purse_
_Stolen_

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ___✓___          No _____

If yes, explain: _My father and ex husband_
_worked at Reidsville State_
_Prison as a guard_

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ___✗___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes ✗___          No _____

If yes, explain: _My Brother, Drugs and_
_DUI, resisted arrest. Do not know_
_exact charge but he served time_
_in Claxton + Moultrie._

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television       _✓_ Radio/*Talk*       _____ Newspapers

_____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No _✓_       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____       No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I strongly support the death penalty as a punishment.

*In Certain Cases* __✓__ I support the death penalty as a punishment.

_____ I have no opinion about death penalty as a punishment.

_____ I oppose the death penalty as a punishment.

_____ I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

        If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    ✓    I have no opinion whether the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    ✓ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

10

203

## QUESTIONNAIRE

1. Name: ████████████████████████████

2. Date of Birth: ████████████████████

3. Place of Birth: ████████████████████

4. Current Address: ██████████████████

   ████████████████████████████████████

5. County: ████████████████████████████

6. How long have you lived at this address?  2 years 9 months

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any?  Lutheran

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School ✓    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? __MANAGER - CLAIMS__

13. List other significant employment within the past five years: __—__

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __30__

Spouse's occupation: __Office Admin.__

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? __2__

What are their current ages? __23 AND 14__

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

PATRIOTS Athletic Club          _____

Georgia Utility Coordinating          _____

Savannah Utility Coordinating          _____

Evangelical Lutheran          _____

Church of the Ascension          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

                                _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          Chatham County –

                                  15 years ago

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: _Deceased Grandmother-_
_Pocketbook stolen - Over 30 years ago_
_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television      ___✓___ Radio      ___✓___ Newspapers

___✓___ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓___      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

Heard a Postal Worker was Killed. _____

_____

26. Has anyone ever talked to you about this case before today?  Yes _____  No __✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes ___✓___          No _____

If yes, please explain: ___DON DONALDSON - Coached his brothers son in baseball___

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ___✓___          No _____

If yes, explain: ___I feel we do not have the right to take a life, however since it is part of U.S. Law I could apply it.___

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

___✓___          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No _✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes _✓___            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

            Yes _____            No _✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

            Yes _✓___            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

            Yes _____            No _✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

✓ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

✓ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____


41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

206

## QUESTIONNAIRE

1. Name: ██████████████████

2. Date of Birth: ██████████████

3. Place of Birth: ██████████████

4. Current Address: ██████████████

5. County:

6. How long have you lived at this address? _10 years_

7. Do you rent or own your residence?   Rent ✓   Own _____

8. Have you ever lived outside of Georgia?   Yes ✓   No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____    Junior High/Middle School  _____

High School  _12_    Vocational/Trade School  _____

College (undergraduate)  _____    Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No _✓_

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _plumbing_ *Laborer*

_Irrigation_ _Installation_ _____

_____

_____

14. Marital Status:

Never Married  _✓_    Married  _____    Divorced  _____

Widowed  _____    Separated  _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _✓_    No _____

If yes, how many?  _____

What are their current ages?  _20yrs old_ _____

_____

3

16. Have you ever served in the military?          Yes ✓          No _____

    If yes, what branch(s) and when: _____ NAVY - 1990 _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____ NONE _____             _____

_____             _____

_____             _____

_____             _____

_____             _____

_____             _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          _____

                                  _____

    Federal or state?          Federal NO          State NO

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where?          _____

                                  _____

    Federal or state?          Federal NO          State NO

    Criminal or civil?          Criminal NO          Civil NO

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

  ✔ Television     _____ Radio     ✔ Newspapers

  _____ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes ✔      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_Yes SEEN ON Television local new_

_Report About some of Case_

26. Has anyone ever talked to you about this case before today? Yes ✔ No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_Just talk About New Report_

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes ✔      No _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

  _____ Yes, I definitely could.

  _____ I probably could.

  ✔ Not sure.

  _____ I probably could not.

  _____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _✓___          No _____

If yes, explain: _I would not in good_

_Conscience,_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

__✓___     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes ✓          No _____

If yes, explain: _NOT IN Good conscience I_ _Could make that Verdict_ _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____          No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes ✓          No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____

10

207

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?  *approximately 1 month*

7. Do you rent or own your residence?    Rent  ✓        Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No  ✓

9. What is your religious affiliation, if any?  *Methodist*

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____          Junior High/Middle School _____

High School _____                      Vocational/Trade School _____

College (undergraduate) _√_             Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Health science ; physical therapy_

12. Are you currently employed?    Yes _√_          No _____

If yes, What is your occupation? _Physical Therapist - Effingham County Board of Education_

13. List other significant employment within the past five years: _____

14. Marital Status:

Never Married _____          Married _√_          Divorced _____

Widowed _____                Separated _____

If married, number of years with current spouse: _7_

Spouse's occupation: _nurse practitioner_

15. Have you ever had, adopted, or raised any children?    Yes _√_    No _____

If yes, how many?          _1_

What are their current ages?    _1 year_

3

16. Have you ever served in the military?     Yes _____     No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Trinity United Methodist Church _____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

18. Have you ever served on a grand jury?     Yes _____     No ✓

    If yes, when and where?     _____

_____

    Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes ✓     No _____

    If yes, when and where?     Chatham County _____

2 cases ; both at least 5-6 years ago

    Federal or state?     Federal _____     State ✓

    Criminal or civil?     Criminal ✓     Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: _Sister + mother-in-law — car break-in_

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

     ✓ Television          _____ Radio          ✓ Newspapers

     _____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

     Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_I remember hearing it about it on the local television news + reading about it in the newspaper- Savannah Morning News._

26. Has anyone ever talked to you about this case before today?    Yes _____    No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

     _____        Yes, I definitely could.

     _____        I probably could.

     _____        Not sure.

     _____        I probably could not.

     _____        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No _✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No _√___

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes _√___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____          No _√___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes _√___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____          No _√___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__√___ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__√___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ✓_____

If yes, explain: _____

_____

_____

10

208

# QUESTIONNAIRE

1. Name: ████████████████████

2. Date of Birth: ████████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████████

5. County: ████████████████

6. How long have you lived at this address?  _8 yrs._

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _✓_    No _____

9. What is your religious affiliation, if any? _None_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____        Junior High/Middle School  _____

High School  __/__        Vocational/Trade School  __/__

College (undergraduate)  _____        Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes __/__        No _____

If yes, What is your occupation?  _Electrican_

13. List other significant employment within the past five years:  _Same Company_
_on Fort Stewert and Hunter_

_____

_____

14. Marital Status:

Never Married  _____        Married  _____        Divorced  __/__

Widowed  _____        Separated  _____

If married, number of years with current spouse:  _____

Spouse's occupation:  _____

15. Have you ever had, adopted, or raised any children?    Yes __/__    No _____

If yes, how many?  _5_

What are their current ages?  _5 ½ almost 6_

_____

3

16. Have you ever served in the military?         Yes _____        No __/____

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?         Yes _____        No __/____

    If yes, when and where?        _____

                       _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?         Yes _____        No __/____

    If yes, when and where?        _____

                       _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: In 94 the Place I Lived at was brock into and had a home enterment remaved by other on otheas

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____         No _____

If yes, explain: Brother in law Federal Prison Garad in North Agusta S.c.

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____         No _____

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____         No _____

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____/_____ Television       ____/____ Radio       _____✗_____ Newspapers

____/____ Internet       ____/____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes ___/___       No _____       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_News When it happen_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No __/__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No ___/___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __/____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __/____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__/____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ___✓___

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

          Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

          Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

          Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___/___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

___/___ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____