2 1 6

# QUESTIONNAIRE

1. Name: ▊▊▊▊▊▊▊▊▊▊

2. Date of Birth: ▊▊▊▊▊▊▊▊

3. Place of Birth: ▊▊▊▊▊▊▊▊

4. Current Address: ▊▊▊▊▊▊▊▊▊▊

▊▊▊▊▊▊▊▊▊▊

5. County: ▊▊▊▊▊▊▊

6. How long have you lived at this address?    3   mo

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any?    Baptist

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School ✓

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation?    ACCOUNTANT

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: __35__

Spouse's occupation: __retired__

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    __4__

What are their current ages?    42 / 46 / 47 / 49

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Bull Street Baptist Church _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

    _____    _____

18. Have you ever served on a grand jury?    Yes ✓    No _____

    If yes, when and where?    about 5 yr ago _____

                              Chatham Co _____

    Federal or state?    Federal _____    State ✓

19. Have you ever served on a trial jury?    Yes ✓    No _____

    If yes, when and where?    5 times over 24 yrs _____

                              Sav't _____

    Federal or state?    Federal _____    State ✓

    Criminal or civil?    Criminal _____    Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _✓_          No _____

If yes, explain: _House break in &X_

_car stolen_

_purse stolen_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _____ Radio        _✓_ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure _✓_

If yes or not sure, please state what you have heard or read and the source(s):

possible TV in paper when it happened

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

__✓__          I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

　　　If yes, explain: _____

　　　_____

　　　_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

　　　　　Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

　　　　　Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

　　　　　Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

　　　　　Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

__✓__ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

10

218

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address?   25 yrs

7. Do you rent or own your residence?    Rent ✓      Own _____

8. Have you ever lived outside of Georgia?   Yes _____    No ✓

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____    Junior High/Middle School  _____

High School  _____✓_____    Vocational/Trade School  _____

College (undergraduate)  _____    Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes _✓_    No _____

If yes, What is your occupation?  *Good Will Garden City*

13. List other significant employment within the past five years:  *Mc Donald's*
*Church's Chicken, Hardees*

_____

_____

14. Marital Status:

Never Married  _____    Married  _____    Divorced  _____

Widowed  _____    Separated  _✓_

If married, number of years with current spouse:  _____

Spouse's occupation:  *Georgic Ports Temp Service (I believe)*

15. Have you ever had, adopted, or raised any children?   Yes _✓_  No _____

If yes, how many?  *1*

What are their current ages?  *6 yrs old*

_____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Church _____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where?    _____

                          _____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No ✓

    If yes, when and where?    _____

                          _____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓_          No _____

If yes, explain: _My father brother-in-law_

_Ronnie for Darien Ga._

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No _✓_

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _✓_          No _____

If yes, explain: _My daughter father when he_

_stole something but that was about_

_6 years ago_

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television      _____ Radio      __✓__ Newspapers

    _____ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____      No __✓__      Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____      No __✓__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____      Yes, I definitely could.

        _____      I probably could.

        _____      Not sure.

        _____      I probably could not.

        _____      No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: _I believe if you done a huge crime such as Killing someone and you is found guilty then yes you need it_

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?                Yes _____              No __✓__

    If yes, explain: _____

    _____

    _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

        Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

        Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

        Yes __✓__                    No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____    I feel strongly that the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied unfairly against minorities.

    \_✓\_\_\_\_    I have no opinion whether the death penalty is applied unfairly against minorities.

    _____    I feel that the death penalty is applied fairly against minorities.

    _____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    _____ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    \_✓\_\_\_ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

220

# QUESTIONNAIRE

1. Name: ██████████████████████

2. Date of Birth: █████████████

3. Place of Birth: ████████████████

4. Current Address: ███████████████

   ████████████████

5. County: ██████████

6. How long have you lived at this address?   35 YEARS

7. Do you rent or own your residence?        Rent _____        Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓        No _____

9. What is your religious affiliation, if any?   METHODIST

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School ✓

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓         No _____

If yes, What is your occupation? Co-Owner Hardware Store

13. List other significant employment within the past five years: _____

International Paper _____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: 38 _____

Spouse's occupation: Retired _____

15. Have you ever had, adopted, or raised any children?    Yes ✓  No _____

If yes, how many?    2 _____

What are their current ages?  35, 33 _____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

UNITED METH. CHURCH _____        ADMIN. BOARD CHAIR.

   "       "   MENS CLUB _____        _____

LIONS _____        PRESIDENT _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes __✓__        No _____

   If yes, when and where?        EFFINGHAM COUNTY _____

                                  APROX 1960 _____

   Federal or state?        Federal _____        State __✓__

19. Have you ever served on a trial jury?        Yes _____        No __✓__

   If yes, when and where?        _____

                                  _____

   Federal or state?        Federal _____        State _____

   Criminal or civil?        Criminal _____        Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __✓__ Television    _____ Radio    __✓__ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No _____    Not Sure __✓__

If yes or not sure, please state what you have heard or read and the source(s):

MAY HAVE SEEN ON T.V.

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

    _____ Yes, I definitely could.

    _____ I probably could.

    _____ Not sure.

    _____ I probably could not.

    _____ No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No ✔_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No ✔_____

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

✔_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No _✓____

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes _✓____            No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

            Yes _____            No _✓____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

            Yes _✓____            No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

            Yes _____            No _✓____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____  I feel strongly that the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied unfairly against minorities.

__✓___  I have no opinion whether the death penalty is applied unfairly against minorities.

_____  I feel that the death penalty is applied fairly against minorities.

_____  I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

*221*

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address?  __11 years__

7. Do you rent or own your residence?  Rent __✓__  Own _____

8. Have you ever lived outside of Georgia?  Yes __✓__  No _____

9. What is your religious affiliation, if any?  __Apostolic__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | __✓__ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____          Junior High/Middle School    _____

High School    _____          Vocational/Trade School    _____

College (undergraduate)    __✓__          Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

Elementary Education

12. Are you currently employed?    Yes _____          No _✓_ (Leave of Absence)

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

Clerical Tech II (temp work) for Chatham County Courthouse in accounting dept.

14. Marital Status:

Never Married    _✓_          Married    _____          Divorced    _____

Widowed    _____          Separated    _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No _✓_

If yes, how many?    _____

What are their current ages?    _____

3

16. Have you ever served in the military?    Yes _____    No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    Jobs for GA Graduates _____

    Upward Bound (High School Program) _____

18. Have you ever served on a grand jury?    Yes _____    No ✓

    If yes, when and where? _____

_____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No ✓

    If yes, when and where? _____

_____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__        No __✓__

If yes, explain: __My aunt was murdered by her__ __boyfriend when I was three.__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No __✓__

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____        No __✓__

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes __✓__        No _____

If yes, explain: __My brother was arrested for carrying__ __a gun. He did not serve time.__

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television       _✓_ Radio       _✓_ Newspapers

_✓_ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

Yes _____       No _✓_       Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?    Yes _____    No _✓_

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____       No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____       Yes, I definitely could.

_____       I probably could.

_____       Not sure.

_____       I probably could not.

_____       No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

___✓___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____        No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____        No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain:_____

_____

_____

10

224

# QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████████

4. Current Address: ███████████

   ███████████

5. County: ███████

6. How long have you lived at this address? **45 yrs**

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓    No _____

9. What is your religious affiliation, if any? **NONE**

10. Which do you consider yourself to be: (select one)

    African American _____    Native American Indian _____

    Asian _____    Hispanic _____

    Caucasian (white) ✓    Other _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

*1½ yrs College — Mental Health*

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? *Patient Accounts Tech.*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced ✓

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    *1*

What are their current ages?    *28 yrs. old*

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

                                    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where?          _____

                                      _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

    Yes _____          No _✓_

    If yes, explain: _____

    _____

    _____

21. Have you, or any member of your family ever been employed in law enforcement?

    Yes _____          No _✓_

    If yes, explain: _____

    _____

    _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

    Yes _____          No _✓_

    If yes, explain: _____

    _____

    _____

23. Have you or any member of your family ever been convicted of a felony?

    Yes _____          No _✓_

    If yes, explain: _____

    _____

    _____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television        _____ Radio        _____ Newspapers

_____ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✓___        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_I heard about it on t.v. when incident happened._

_____

26. Has anyone ever talked to you about this case before today?   Yes ___✓___   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_Co-Workers mentioned they heard it on the news_

_also._____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✔__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✔__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✔__       I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✓__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

          Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

          Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

          Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

          Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___✓___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No ___✓___

If yes, explain:_____

_____

_____

10

225

# QUESTIONNAIRE

1. Name: � ▬▬▬▬▬▬▬▬

2. Date of Birth: ▬▬▬▬

3. Place of Birth: ▬▬▬▬

4. Current Address: ▬▬▬▬▬▬

5. County: ▬▬▬

6. How long have you lived at this address? _8 YRS_

7. Do you rent or own your residence?     Rent _____     (Own) ✓

8. Have you ever lived outside of Georgia?     (Yes) _____     No _____

9. What is your religious affiliation, if any? _UNITED    METHODIST_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| (Caucasian (white)) ✓ | | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

EDUCATION , THEOLOGY

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation?    MINISTER , CHAPLAIN

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse:    8

Spouse's occupation:    REGISTERED NURSE

15. Have you ever had, adopted, or raised any children?    Yes    No _____

If yes, how many?    1

What are their current ages?    20

_____

3

16. Have you ever served in the military?          Yes _____     No (circled) ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

SOUTH GEORGIA CONFERENCE, THE UNITED METHODIST CHURCH

WHITE BLUFF UNITED METHODIST          _____

ASSOC. CLINICAL PASTORAL EDUCATION    _____

COASTAL EMPIRE COUNCIL, BOY SCOUTS    _____

SAVANNAH AREA COUNCIL, GIRL SCOUTS    _____

INTERFAITH HOSPITALITY NETWORK        _____

    _____     _____

18. Have you ever served on a grand jury?          Yes _____     No (circled) ✓

    If yes, when and where?          _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes (circled) _____     No _____

    If yes, when and where?     1984, OUACHITA COUNTY, ARKANSAS

                                 DISTRICT COURT _____

    Federal or state?          Federal _____          State (circled) ✓

    Criminal or civil?          Criminal _____          Civil (circled) ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _(circled)_ _____          No _____

If yes, explain: _STEP DAUGHTER WAS ASSAULTED &_

_BEATEN IN ATLANTA IN 1996_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No _(circled)_ ✓

If yes, explain: _____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _(circled)_ ✓ _____          No _____

If yes, explain: _OCCASIONAL CONTRIBUTIONS TO ASSORTED_

_SHELTERS & CRISIS CENTERS_

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No _(circled)_ ✓

If yes, explain: _____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television          _____✓ Radio          _____✓ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

~~HEAT~~ SAVANNAH NEWSPAPER + TV COVERAGE AT TIME OF

CRIME

26. Has anyone ever talked to you about this case before today?   Yes _____   (No) ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          (No) ✓ _____

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ✓_____

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓_____          No _____

If yes, explain: ON RELIGIOUS AS WELL AS MORAL GROUNDS, I FEEL THE DEATH PENALTY IS NEVER JUSTIFIED, AND TO IMPOSE IT IS A BETRAYAL OF EVERYTHING I BELIEVE.

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

✓_____   I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?      Yes �___       No ___

If yes, explain: _IF THE DEATH PENALTY IS LIKELY TO BE IMPOSED, I COULD NOT MORALLY/ETHICALLY BE PART OF A GUILTY VERDICT_

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ___                    No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes ___                    No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓                    No ___

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes ✓                    No ___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ ✓    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ ✓ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10