21

226

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ████████████

3. Place of Birth: ██████████████

4. Current Address: ████████████████████████████

5. County: ████████████

6. How long have you lived at this address? 2 years 1 month

7. Do you rent or own your residence?        Rent _____        Own  X

8. Have you ever lived outside of Georgia?    Yes  X        No _____

9. What is your religious affiliation, if any? Presbyterian Church of America

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | X | Other | _____ |

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____    No _____

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _____    No _____

If yes, how many? _____

What are their current ages? _____

_____

16. Have you ever served in the military?          Yes _____          No _X_

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

First Presbyterian of Pooler          piano player

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _~~⚡~~_          No _X_

    If yes, when and where?     ~~Chatham Co~~

        _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _X_          No _____

    If yes, when and where?     sometime in the mild 90's
        Chatham Co.

    Federal or state?          Federal _____          State _Y_

    Criminal or civil?          Criminal _____          Civil _X_

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __X__          No _____

If yes, explain ① purse stollen from shoping cart
② House broken into by ex husband

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes __X__          No _____

If yes, explain: __neighborhood watch in Savannah 1980's__

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

    __X__ Television    __X__ Radio    __X__ Newspapers

    __X__ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _____    No __X__    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?  Yes _____  No __X__

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No __X__

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

        _____ Yes, I definitely could.

        _____ I probably could.

        _____ Not sure.

        _____ I probably could not.

        _____ No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____         No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____         No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____        I strongly support the death penalty as a punishment.

__X__        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?          Yes _____          No __✗__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✗__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

Yes _____          No __✗__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

Yes __✗__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

Yes _____          No __✗__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___X___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

___X___ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

227

# QUESTIONNAIRE

1. Name: ██████████████

2. Date of Birth: ██████████

3. Place of Birth: ████████████████

4. Current Address: ████████████████

5. County: ███████

6. How long have you lived at this address? approx. 11 yrs

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? Babptist

10. Which do you consider yourself to be: (select one)

African American _____    Native American Indian _____

Asian _____    Hispanic _____

Caucasian (white) ✓    Other _____

2

11. What is your highest level of education completed? (select one)

| | | |
|---|---|---|
| Grade/Elementary School _____ | Junior High/Middle School _____ |
| High School ✓ | Vocational/Trade School _____ |
| College (undergraduate) _____ | Graduate/Professional School _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes ✓          No _____

If yes, What is your occupation? _Transportation Rep._

13. List other significant employment within the past five years: _____

_Sr. Administrative Assistant_ _____

_____

_____

14. Marital Status:

| | | |
|---|---|---|
| Never Married _____ | Married ✓ | Divorced _____ |
| Widowed _____ | Separated _____ | |

If married, number of years with current spouse: _____

Spouse's occupation: _unemployed_____

15. Have you ever had, adopted, or raised any children?     Yes ✓ No _____

If yes, how many?          _1_____

What are their current ages?     _4_____

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where?          _____

        _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

    If yes, when and where?          _Chatham County_

        _5 yrs ago_

    Federal or state?          Federal _____          State __✓__

    Criminal or civil?          Criminal _____          Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓         No _____

If yes, explain: Sister was robbed at gunpoint while employed as night auditor at hotel in Richmond Hill. Also had bike's stolen - car broken into & property taken

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ✓         No _____

If yes, explain: Stepfather was sgt. with Savannah Police dept. and was Chief of Police in Camilla Ga. Nephew is police with Effingham County.

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✓         No _____

If yes, explain: Contribute every yr. to Policemens fund.

23. Have you or any member of your family ever been convicted of a felony?

Yes _____         No ✓

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _____ Radio        _____ Newspapers

_✓_ Internet        _____ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _____        No _____        Not Sure _✓_

If yes or not sure, please state what you have heard or read and the source(s):

My mother lived in Liberty County & I vaguely recall her telling me about this case. She drove a school bus for many yrs & is familiar with many residents in Liberty-Bryan County. Don't recall if she knew

26. Has anyone ever talked to you about this case before today?   Yes _____   No _____   victim or defendant

If yes, please state the person(s) you talked to and the nature of your conversation(s):   if either.

As stated above _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No _✓_

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____ Yes, I definitely could.

_____ I probably could.

_____ Not sure.

_____ I probably could not.

_____ No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                    No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                    No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

__✓___    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes ✓          No _____

If yes, explain: While I do support Death Penalty as punishment when there has been another life taken, I personally would have difficulty rendering that sentence

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes _____          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes ✓          No _____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ✓          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

      _____     I feel strongly that the death penalty is applied unfairly against minorities.

      _____     I feel that the death penalty is applied unfairly against minorities.

      _____     I have no opinion whether the death penalty is applied unfairly against minorities.

      \_\_✓\_\_     I feel that the death penalty is applied fairly against minorities.

      _____     I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

      _____ Yes, it is a definitely a problem.

      _____ Yes, it is often a problem.

      _____ Yes, it is occasionally a problem.

      _____ Not sure if it is a problem.

      _____ No, it is usually not a problem.

      _____ No, it is rarely a problem.

      \_\_✓\_\_ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain:_____

_____

_____

228

ORIGINAL

## QUESTIONNAIRE

1. Name: ▓▓▓▓▓▓▓▓

2. Date of Birth: ▓▓▓▓▓▓

3. Place of Birth: ▓▓▓▓▓▓▓

4. Current Address: ▓▓▓▓▓▓▓

5. County: ▓▓▓▓

6. How long have you lived at this address? __10 years, 10 months__

7. Do you rent or own your residence?     Rent _____     Own __✓__

8. Have you ever lived outside of Georgia?     Yes _____     No __✓__

9. What is your religious affiliation, if any? __Baptist – do not currently attend.__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____    Junior High/Middle School    _____

High School    _____    Vocational/Trade School    _____

College (undergraduate)    ✓    Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Liberal Arts / General Studies_

12. Are you currently employed?    Yes _____    No ✓

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _advertising sales, property management_

_____

_____

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _11 years_

Spouse's occupation: _Golf Course Superintendant_

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many? _2_

What are their current ages? _10 + 9_

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    *Southside Baptist Church*      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

    _____      _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

    If yes, when and where? _____

    _____

    Federal or state?        Federal _____          State _____

    Criminal or civil?        Criminal _____          Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: ___minor theft – stolen bicycle___

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes __✓__          No _____

If yes, explain: ___my uncle retired from Chatham County Police as a Captain___

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____✓_ Television      __✓___ Radio      __✓___ Newspapers

__✓___ Internet      _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓___      No _____      Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

<u>Vaguely remember hearing about it on</u>
<u>the news at the time.</u>

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓___

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____      No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

__✓___      Yes, I definitely could.

_____      I probably could.

_____      Not sure.

_____      I probably could not.

_____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____        No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

__✓__        I strongly support the death penalty as a punishment.

_____        I support the death penalty as a punishment.

_____        I have no opinion about death penalty as a punishment.

_____        I oppose the death penalty as a punishment.

_____        I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?　　　　Yes _____　　　　No ___✓___

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ___✓___　　　　No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____　　　　No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ___✓___　　　　No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____　　　　No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

__✓__ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

__✓__ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

#230

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address?  _11 years_

7. Do you rent or own your residence?    Rent _____    Own _✓_

8. Have you ever lived outside of Georgia?    Yes _____    No _✓_

9. What is your religious affiliation, if any? _Christian_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _✓_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

(in progress) College (undergraduate) __✓__    Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_English and Music theory_

12. Are you currently employed?   Yes _✓_    No _____

If yes, What is your occupation? _Taco Bell_

13. List other significant employment within the past five years: _Moran Printing_

_at Gulfstream_

_____

_____

14. Marital Status:

Never Married __✓__    Married _____    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?   Yes _____    No __✓__

If yes, how many? _____

What are their current ages? _____

_____

3

16. Have you ever served in the military?    Yes _____    No ___✓___

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

    _Rincon Church of God_        _Music Minister_

18. Have you ever served on a grand jury?    Yes _____    No ___✓___

    If yes, when and where?    _____

    _____

    Federal or state?    Federal _____    State _____

19. Have you ever served on a trial jury?    Yes _____    No ___✓___

    If yes, when and where?    _____

    _____

    Federal or state?    Federal _____    State _____

    Criminal or civil?    Criminal _____    Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ____✓____     No _____

If yes, explain: _A cousin broke into our house and stole several items, jewelry, etc._

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____     No ____✓____

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ____✓____     No _____

If yes, explain: _Parents contribute to the Fraternal Order of Police._

23. Have you or any member of your family ever been convicted of a felony?

Yes _____     No ____✓____

If yes, explain: _____

5

24. What is/are your primary source(s) of news? (select all that apply)

    _____ Television    \_\_\_\_✓ Radio    _____ Newspapers

    \_\_✓ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes \_\_\_\_\_    No \_\_✓\_\_    Not Sure \_\_\_\_\_

    If yes or not sure, please state what you have heard or read and the source(s):

    _____

    _____

26. Has anyone ever talked to you about this case before today?    Yes \_\_\_\_\_    No \_\_✓\_\_

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

    _____

    _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes \_\_\_\_\_    No \_\_✓\_\_

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No ___✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

___✓___          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No ___✓___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

    Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

    Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

    Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

✓ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

✓ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓_____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No _____

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _____

If yes, explain: _____

_____

_____

10

ORIGINAL

231

## QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ██████████

3. Place of Birth: ███████████

4. Current Address: ███████████

5. County: ██████████

6. How long have you lived at this address? _8 yrs_

7. Do you rent or own your residence?    Rent ✓    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _N/A_

10. Which do you consider yourself to be: (select one)

    African American    ✓    Native American Indian    _____

    Asian    _____    Hispanic    _____

    Caucasian (white)    _____    Other    _____

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School    _____          Junior High/Middle School    _____

High School    _____          Vocational/Trade School    ✓

College (undergraduate)    _____          Graduate/Professional School    _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✓          No _____

If yes, What is your occupation?    Cashier

13. List other significant employment within the past five years:    Cust. Service Rep

_____

_____

_____

14. Marital Status:

Never Married ✓          Married _____          Divorced _____

Widowed _____          Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✓    No _____

If yes, how many?    1

What are their current ages?    9 mnths

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

   If yes, what branch(s) and when: _____

   _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

   Savannah Christian Church          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

   _____          _____

18. Have you ever served on a grand jury?          Yes _____          No ✓

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No ✓

   If yes, when and where?          _____

   _____

   Federal or state?          Federal _____          State _____

   Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

_____✓ Television          _____✓ Radio          _____✓ Newspapers

_____ Internet          _____ Magazines          _____ Other

25. Have you heard or read anything about this case before today?

Yes _____          No ✓          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____          No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____          Yes, I definitely could.

_____          I probably could.

_____          Not sure.

_____          I probably could not.

_____          No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓___

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

_____     I support the death penalty as a punishment.

__✓___     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?         Yes _____         No __✓___

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes __✓___                 No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____                 No __✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes __✓___                 No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____                 No __✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____      I feel strongly that the death penalty is applied unfairly against minorities.

    _____      I feel that the death penalty is applied unfairly against minorities.

    \_\_✓\_\_      I have no opinion whether the death penalty is applied unfairly against minorities.

    _____      I feel that the death penalty is applied fairly against minorities.

    _____      I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    \_\_✓\_ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓____

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓____

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No _✓____

If yes, explain:_____

_____

_____

10