ORIGINAL

*22

231
232

## QUESTIONNAIRE

1. Name: ███████████████

2. Date of Birth: ███████████

3. Place of Birth: ███████████

4. Current Address: ███████████

5. County: ███████

6. How long have you lived at this address? _2 Yas_

7. Do you rent or own your residence?    Rent _____    Own __✓__

8. Have you ever lived outside of Georgia?    Yes __✓__    No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ___✓___     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?     Yes _____     No ___✓___

If yes, What is your occupation? _____

13. List other significant employment within the past five years: _____

_____ None _____

_____

_____

14. Marital Status:

Never Married _____     Married ___✓___     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: ___51_____

Spouse's occupation: ___Sales Person_____

15. Have you ever had, adopted, or raised any children?     Yes ___✓___     No _____

If yes, how many? ___4_____

What are their current ages? ___51   50   46   42_____

_____

3

16. Have you ever served in the military?　　　Yes ___/___　　　No _____

If yes, what branch(s) and when: ___USAF___ ___1951 – 1971___

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Southside Baptist Church

Forest City Gun Club

American Postal Union

NRA

18. Have you ever served on a grand jury?　　　Yes _____　　　No ___/___

If yes, when and where? _____

Federal or state?　　　Federal _____　　　State _____

19. Have you ever served on a trial jury?　　　Yes ___✓___　　　No _____

If yes, when and where? 2000 State Court Savannah

Federal or state?　　　Federal _____　　　State ___/___

Criminal or civil?　　　Criminal _____　　　Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes __✓__          No _____

If yes, explain: __Car Break in__

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television          _____ Radio         ✓ Newspapers

   _____ Internet          _____ Magazines      _____ Other

25. Have you heard or read anything about this case before today?

   Yes ✓          No _____          Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

News on TU and Newspaper
_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____        No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____        Yes, I definitely could.

   _____        I probably could.

   _____        Not sure.

   _____        I probably could not.

   _____        No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No \_\_✓\_\_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No \_\_✓\_\_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

\_\_✓\_\_     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes __✓__          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes __✓__          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No __✓__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

___✓___ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

___✓___ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓__

If yes, explain:_____

_____

_____

233

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? _17 yrs_

7. Do you rent or own your residence?      Rent _____      Own ✓

8. Have you ever lived outside of Georgia?    Yes ✓      No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

| African American | _____ | Native American Indian | _____ |
|---|---|---|---|
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✓ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____   Junior High/Middle School  _____

High School  _____   Vocational/Trade School  _____

College (undergraduate)  ✓   Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

*Ornamental Horticulture and Landscape Design*

12. Are you currently employed?   Yes ✓      No _____

If yes, What is your occupation? *Self-employed Contractor - Remodeling*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____   Married ✓   Divorced _____

Widowed _____   Separated _____

If married, number of years with current spouse: *19*

Spouse's occupation: *Para-pro*

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many?   *2*

What are their current ages?   *15, 6*

_____

3

16. Have you ever served in the military?     Yes ✓     No _____

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

First Baptist Church Pembroke          Chairman of Deacons
Bryan County Booster Club              President
Hendrix Park Recreational Assc.        Vice-President

18. Have you ever served on a grand jury?     Yes _____     No ✓

    If yes, when and where?     _____

    _____

    Federal or state?     Federal _____     State _____

19. Have you ever served on a trial jury?     Yes ✓     No _____

    If yes, when and where?     Circa November 2001
    Bryan County Ga

    Federal or state?     Federal _____     State ✓

    Criminal or civil?     Criminal _____     Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____       No __✓__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____       No __✓__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____       No __✓__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____       No __✓__

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

___✓___ Television    ___✓___ Radio    ___✓___ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes _____    No _____    Not Sure __✓__

If yes or not sure, please state what you have heard or read and the source(s):

_May have read about It in the papers or seen It_
_or T.V. Not sure_

26. Has anyone ever talked to you about this case before today?   Yes _____   No __✓__

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No __✓__

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No \_\_✓\_\_

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No \_\_✓\_\_

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

\_\_✓\_\_          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes _____          No _____✓_____

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    _____ I feel strongly that the death penalty is applied unfairly against minorities.

    _____ I feel that the death penalty is applied unfairly against minorities.

    _____ I have no opinion whether the death penalty is applied unfairly against minorities.

    \_\_\_✓\_\_\_ I feel that the death penalty is applied fairly against minorities.

    _____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    _____ Yes, it is a definitely a problem.

    _____ Yes, it is often a problem.

    _____ Yes, it is occasionally a problem.

    _____ Not sure if it is a problem.

    \_\_✓\_\_ No, it is usually not a problem.

    _____ No, it is rarely a problem.

    _____ No, it is not a problem at all.

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No \_\_✓\_\_

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No \_\_✓\_\_

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_✓\_\_

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No \_✓\_\_

If yes, explain: _____

_____

_____

234

ORIGINAL

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮▮▮▮

5. County: ▮▮▮▮▮▮

6. How long have you lived at this address? _About 27 years_

7. Do you rent or own your residence?    Rent _____    Own ✔

8. Have you ever lived outside of Georgia?    Yes ✔    No ▮

9. What is your religious affiliation, if any? _Methodist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | ✔ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

| | | | |
|---|---|---|---|
| Grade/Elementary School | _____ | Junior High/Middle School | _____ |
| High School | ✓ | Vocational/Trade School | _____ |
| College (undergraduate) | _____ | Graduate/Professional School | _____ |

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?   Yes ✓   No _____

If yes, What is your occupation? _Office Worker at Elementary School_

13. List other significant employment within the past five years: _N A_

_____

_____

_____

14. Marital Status:

| | | | | | |
|---|---|---|---|---|---|
| Never Married | _____ | Married | ✓ | Divorced | _____ |
| Widowed | _____ | Separated | _____ | | |

If married, number of years with current spouse: _41_

Spouse's occupation: _No longer works_

15. Have you ever had, adopted, or raised any children?   Yes ✓   No _____

If yes, how many? _3_

What are their current ages? _34 , 36, 38_

_____

3

16. Have you ever served in the military?          Yes _____          No ✓

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Springfield United Meth. Church          Sunday School Teacher

18. Have you ever served on a grand jury?          Yes _____          No ✓

    If yes, when and where?          N A _____

    _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes ✓          No _____

    If yes, when and where?          Effingham / about 12 years ago

    _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ✔

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ✔

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ✔        No _____

If yes, explain: _Neighborhood Watch_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✔

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

   ✓ Television       _____ Radio       ✓ Newspapers

   _____ Internet       _____ Magazines       _____ Other

25. Have you heard or read anything about this case before today?

   Yes _____       No ✓       Not Sure ~~_____~~

If yes or not sure, please state what you have heard or read and the source(s):

_____

_____

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

_____

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

   Yes _____       No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

   _____       Yes, I definitely could.

   _____       I probably could.

   _____       Not sure.

   _____       I probably could not.

   _____       No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____                        No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____                        No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

__✓__    I have no opinion about death penalty as a punishment.

_____    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?              Yes _____          No ___✓___

      If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

         Yes ___✓___              No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

         Yes _____              No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

         Yes ___✓___              No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

         Yes _____              No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against

minorities.

_____ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly

against minorities.

✓ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

✓ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

10

235

# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

5. County: ████████████

6. How long have you lived at this address? _____12 yrs_____

7. Do you rent or own your residence?    Rent _____    Own ✓

8. Have you ever lived outside of Georgia?    Yes _____    No ✓

9. What is your religious affiliation, if any? _Pentecostal (Holiness)_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School ___✓___                    Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ___✓___        No _____

If yes, What is your occupation? ___Registrar_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married ___✓___        Divorced _____

Widowed _____              Separated _____

If married, number of years with current spouse: ___16_____

Spouse's occupation: ___Salesman_____

15. Have you ever had, adopted, or raised any children?    Yes ___✓___    No _____

If yes, how many? ___2_____

What are their current ages? ___16 and 14_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

Church Choir President _____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

18. Have you ever served on a grand jury?          Yes _____          No __✓__

If yes, when and where?          _____

_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes __✓__          No _____

If yes, when and where?          In the 1990's / Chatham County

_____

Federal or state?          Federal _____          State __✓__

Criminal or civil?          Criminal _____          Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___        No _____

If yes, explain: _Cousin (Marital abuse)_____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _✓___        No _____

If yes, explain: _Cousin (Savannah Police)_____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___        No _____

If yes, explain: _In a Neighborhood watch at one time_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

____✓____ Television    ____✓____ Radio    ____✓____ Newspapers

_____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

Yes ___✓___    No _____    Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

On the television when it took place

_____

26. Has anyone ever talked to you about this case before today?    Yes __✓__    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Spouse/family/co-workers  (How sad it was)

_____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____    No ___✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____    Yes, I definitely could.

_____    I probably could.

_____    Not sure.

_____    I probably could not.

_____    No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes ✓          No _____

If yes, explain: _I feel that I have not the right religiously to set/appoint anyone to death_

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

___✓___          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes ✓        No \_\_\_\_\_

If yes, explain: _I Would have to really think/Struggle_

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

        Yes \_\_\_\_\_        No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

        Yes \_\_\_\_\_        No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

        Yes \_\_\_\_\_        No ✓

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

        Yes \_\_\_\_\_        No ✓

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

__√__ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

__✓__ Yes, it is a definitely a problem.

_____ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓___

If yes, explain:_____

_____

_____

10

236

# QUESTIONNAIRE

1. Name:

2. Date of Birth:

3. Place of Birth:

4. Current Address:

5. County:

6. How long have you lived at this address? _50 yrs_

7. Do you rent or own your residence?     Rent _____     Own ✓

8. Have you ever lived outside of Georgia?     Yes _____     No ✓

9. What is your religious affiliation, if any? _United Methodist_

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School __12 th__          Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _____        No __✓__

If yes, What is your occupation? _____

13. List other significant employment within the past five years: __Retired__

_____

_____

_____

14. Marital Status:

Never Married _____        Married __✓__        Divorced _____

Widowed _____        Separated _____

If married, number of years with current spouse: __45 yrs__

Spouse's occupation: __Retired__

15. Have you ever had, adopted, or raised any children?    Yes __✓__    No _____

If yes, how many? __2__

What are their current ages? __42 - 44__

_____

3

16. Have you ever served in the military?          Yes _____          No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

    *United Methodist Women*

18. Have you ever served on a grand jury?          Yes _____          No __✓__

    If yes, when and where? _____

    Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

    If yes, when and where? _____

    Federal or state?          Federal _____          State _____

    Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____ ✓    No _____

If yes, explain: _Buying Stolen goods_

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____    No _____ ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or crisis centers, or policemen's funds)?

Yes _____    No ✓ _____

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____ ✓    No _____

If yes, explain: _____

_Buying Stolen good_

5

24. What is/are your primary source(s) of news? (select all that apply)

      _____ Television      \_\_\_\_\_ Radio      ✓\_\_\_\_\_ Newspapers

      _____ Internet      \_\_\_\_\_ Magazines      \_\_\_\_\_ Other

25. Have you heard or read anything about this case before today?

     Yes _____      No ✓\_\_\_\_\_      Not Sure _____

     If yes or not sure, please state what you have heard or read and the source(s):

     _____

     _____

26. Has anyone ever talked to you about this case before today?   Yes _____    No ✓\_\_\_\_\_

     If yes, please state the person(s) you talked to and the nature of your conversation(s):

     _____

     _____

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

     Yes _____      No ✓\_\_\_\_\_

     If yes, what is your opinion? _____

     If yes, could you set that opinion aside and return a verdict based only on the evidence

     presented at trial? (select one)

         _____      Yes, I definitely could.

         _____      I probably could.

         ✓\_\_\_\_\_      Not sure.

         _____      I probably could not.

         _____      No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No ✓

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____            No ✓

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

✓         I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes ✓        No _____

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

           Yes _____              No ✓

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

           Yes _____              No ✓

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

           Yes _____              No ✓

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

           Yes ✓              No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

    \_\_\_\_\_    I feel strongly that the death penalty is applied unfairly against minorities.

    \_\_\_\_\_    I feel that the death penalty is applied unfairly against minorities.

    ✓    I have no opinion whether the death penalty is applied unfairly against minorities.

    \_\_\_\_\_    I feel that the death penalty is applied fairly against minorities.

    \_\_\_\_\_    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

    \_\_\_\_\_    Yes, it is a definitely a problem.

    \_\_\_\_\_    Yes, it is often a problem.

    \_\_\_\_\_    Yes, it is occasionally a problem.

    \_\_\_\_\_    Not sure if it is a problem.

    \_\_\_\_\_    No, it is usually not a problem.

    \_\_\_\_\_    No, it is rarely a problem.

    ✓    No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

   Yes _____        No __✓____

   If yes, explain: _____

   _____

   _____

39. Would the **race of the victim** affect your opinion as to guilt?

   Yes _____        No __✓____

   If yes, explain: _____

   _____

   _____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

   Yes _____        No __✓____

   If yes, explain:_____

   _____

   _____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

   Yes _____        No __✓____

   If yes, explain:_____

   _____

   _____