# QUESTIONNAIRE

1. Name: ████████████

2. Date of Birth: ████████████

3. Place of Birth: ████████████

4. Current Address: ████████████

████████████

5. County: ████████████

6. How long have you lived at this address? _1 year_

7. Do you rent or own your residence?    Rent _X_    Own _____

8. Have you ever lived outside of Georgia?    Yes _____    No _____

9. What is your religious affiliation, if any? _____

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _X_ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____        Junior High/Middle School _____

High School _10th_                     Vocational/Trade School _____

College (undergraduate) _____        Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes _X_            No _____

If yes, What is your occupation? _veterinarian technician._____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____        Married _____        Divorced _X_

Widowed _____             Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes _X_    No _____

If yes, how many?            _1_____

What are their current ages?    _24_____

_____

3

16. Have you ever served in the military?        Yes _____        No __✗__

    If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

*Association of Zoo Veterinary Technicians*

18. Have you ever served on a grand jury?        Yes _____        No __✗__

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes _____        No __✗__

    If yes, when and where?        _____

_____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil _____

20. Have you or any member of your family ever been the victim of a crime?

Yes _____          No __X__

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No __X__

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No __X__

If yes, explain: _____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No __X__

If yes, explain: _____

_____

_____

24. What is/are your primary source(s) of news? (select all that apply)

    _X_ Television    _X_ Radio    _X_ Newspapers

    _____ Internet    _____ Magazines    _____ Other

25. Have you heard or read anything about this case before today?

    Yes _X_    No _____    Not Sure _____

    If yes or not sure, please state what you have heard or read and the source(s):

    *Herd it on the news when it happened.*

26. Has anyone ever talked to you about this case before today?  Yes _____  No _X_

    If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

    Yes _____    No _X_

    If yes, what is your opinion? _____

    If yes, could you set that opinion aside and return a verdict based only on the evidence

    presented at trial? (select one)

    _____    Yes, I definitely could.

    _____    I probably could.

    _____    Not sure.

    _____    I probably could not.

    _____    No, I definitely could not.

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __X__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __X__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

__X__            I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

_____          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?        Yes _____        No __X__

    If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

    Yes __X__        No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

    Yes _____        No __X__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

    Yes __X__        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

    Yes _____        No __X__

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied unfairly against minorities.

__X__    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

__X__ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __X__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __X__

If yes, explain:_____

_____

_____

10

246

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████████████

3. Place of Birth: ███████████████████

4. Current Address: ███████████████████

5. County: ███████████████████

6. How long have you lived at this address? _35 years_

7. Do you rent or own your residence?        Rent _____        Own __✓__

8. Have you ever lived outside of Georgia?    Yes __✓__        No _____

9. What is your religious affiliation, if any? _Baptist_

10. Which do you consider yourself to be: (select one)

|  |  |  |  |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____     Junior High/Middle School _____

High School ✔     Vocational/Trade School _____

College (undergraduate) _____     Graduate/Professional School _____

If college or graduate/professional school, you major(s) or area(s) of study?

_____

12. Are you currently employed?    Yes ✔          No _____

If yes, What is your occupation? *Sales assc.*

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married _____     Married ✔     Divorced _____

Widowed _____     Separated _____

If married, number of years with current spouse: _____

Spouse's occupation: _____

15. Have you ever had, adopted, or raised any children?    Yes ✔    No _____

If yes, how many?     *3*

What are their current ages?    *45, 43 and 34*

_____

3

16. Have you ever served in the military?        Yes _____        No ✓

If yes, what branch(s) and when: _____

_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Sunday School teacher        _____
Pres. WMU (church)           _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No ✓

If yes, when and where?        _____

_____

Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes ✓        No _____

If yes, when and where?        Chatham Co.
                               20 years ago + 16 years ago

Federal or state?        Federal _____        State ✓

Criminal or civil?        Criminal ✓        Civil ✓

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ✓          No _____

If yes, explain: purse stolen, car broken in 2 times, car stolen

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____          No ✓

If yes, explain: _____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes _____          No ✓

If yes, explain: _____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ✓

If yes, explain: _____

24. What is/are your primary source(s) of news? (select all that apply)

✓ Television     ✓ Radio     ✓ Newspapers

✓ Internet     _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes ✓     No _____     Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

heard on t.v. ; read in paper

26. Has anyone ever talked to you about this case before today?   Yes _____   No ✓

If yes, please state the person(s) you talked to and the nature of your conversation(s):

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____     No ✓

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

_____     Yes, I definitely could.

_____     I probably could.

_____     Not sure.

_____     I probably could not.

_____     No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____     I strongly support the death penalty as a punishment.

__✓__     I support the death penalty as a punishment.

_____     I have no opinion about death penalty as a punishment.

_____     I oppose the death penalty as a punishment.

_____     I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the

defendant?            Yes _____            No __✓__

If yes, explain: _____

_____

_____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you

that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

            Yes __✓__                    No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the

death penalty?

            Yes _____                    No __✓__

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors

convince you that life in prison without the possibility of release or parole is the appropriate

sentence, **could** you vote for it?

            Yes __✓__                    No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in

prison without the possibility of release or parole, regardless of the facts and the aggravating

evidence?

            Yes _____                    No __✓__

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____ I feel strongly that the death penalty is applied unfairly against minorities.

✓ I feel that the death penalty is applied unfairly against minorities.

_____ I have no opinion whether the death penalty is applied unfairly against minorities.

_____ I feel that the death penalty is applied fairly against minorities.

_____ I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

✓ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

      Yes _____            No _✓___

      If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

      Yes _____            No _✓___

      If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____            No _✓___

      If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

      Yes _____            No ✓___

      If yes, explain:_____

_____

_____

JUROR #
247

# ORIGINAL

## QUESTIONNAIRE

1. Name: ▮▮▮▮▮▮▮▮▮▮▮▮

2. Date of Birth: ▮▮▮▮▮▮▮

3. Place of Birth: ▮▮▮▮▮▮▮▮▮

4. Current Address: ▮▮▮▮▮▮▮

▮▮▮▮▮▮

5. County: ▮▮▮▮▮

6. How long have you lived at this address?   **3 years 5 months**

7. Do you rent or own your residence?   Rent _____   Own __✓__

8. Have you ever lived outside of Georgia?   Yes __✓__   No _____

9. What is your religious affiliation, if any?   **None**

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | _____ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | __✓__ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School _____    Junior High/Middle School _____

High School _____    Vocational/Trade School _____

College (undergraduate) _____    Graduate/Professional School ✓

If college or graduate/professional school, you major(s) or area(s) of study?

_Social work / Psychology_

12. Are you currently employed?    Yes ✓    No _____

If yes, What is your occupation? _Self Employed as a mental health and Substance abuse Consultant_

13. List other significant employment within the past five years: _Director of Diagnostic Assessments Tidelands Community Service Board, Director of Social Work Charter Behavioral Health System of Savannah._

14. Marital Status:

Never Married _____    Married ✓    Divorced _____

Widowed _____    Separated _____

If married, number of years with current spouse: _4 years_

Spouse's occupation: _Law Enforcement / Criminal Justice Major student_

15. Have you ever had, adopted, or raised any children?    Yes _____    No ✓

If yes, how many?    _N/A_

What are their current ages?    _N/A_

3

16. Have you ever served in the military?          Yes _____          No __✓__

If yes, what branch(s) and when: __N/A_____

17. List any organization(s), if any, to which you belong or in which you participate (including church, religious, fraternal, social, recreational, service, business, political, union) and any offices you have held in the organization:

Clinical Social work Association of Savannah

Florida State Alumni Booster

Women's Health Care Network of Georgia

Georgia Professional College Counselor's Association

AL-ANON (Family Member's of Alcoholic's Support Group)

18. Have you ever served on a grand jury?          Yes _____          No __✓__

If yes, when and where?          __N/A_____

          __N/A_____

Federal or state?          Federal _____          State _____

19. Have you ever served on a trial jury?          Yes _____          No __✓__

If yes, when and where?          __N/A_____

          __N/A_____

Federal or state?          Federal _____          State _____

Criminal or civil?          Criminal _____          Civil _____

4

20. Have you or any member of your family ever been the victim of a crime?

Yes ___✓___          No _____

If yes, explain: __My brother who resides in North Carolina__

__was allegedly assaulted. My ex-husband was hit__

__by an intoxicated driver while a pedestrian__

21. Have you, or any member of your family ever been employed in law enforcement?

Yes ___✓___          No _____

If yes, explain: __My husband has served as a police officer__

__with Savannah Police Department, Effingham Co. S.O.__

__a detective with Garden City P.D. He is currently enrolled__
full time as a Criminal Justice Major at St. Leo's University

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___          No _____

If yes, explain: __I have attended a volunteer training program__

__for SAFE SHELTER, I have contributed to police funds.__

__I was a member of MADD (Mother's Against Drunk Driving)__
in Orlando, FLORIDA

23. Have you or any member of your family ever been convicted of a felony?

Yes _____          No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_✓_ Television        _✓_ Radio        _✓_ Newspapers

_✓_ Internet        _✓_ Magazines        _____ Other

25. Have you heard or read anything about this case before today?

Yes _✓_        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

I Read every article in the Savannah News Press regarding this Case.

26. Has anyone ever talked to you about this case before today?   Yes _✓_   No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

CHRISTOPHER A. THOMPSON (SPOUSE) we discussed the Case from his perspective as a law enforcement officer.

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _✓_        No _____

If yes, what is your opinion? _GUILTY_

If yes, could you set that opinion aside and return a verdict based only on the evidence presented at trial? (select one)

_____        Yes, I definitely could.

_____        I probably could.

_✓_        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____            No __✓__

If yes, please explain: N/A _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__            No _____

If yes, explain: I personally oppose the death penalty in some cases _____

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I strongly support the death penalty as a punishment.

_____    I support the death penalty as a punishment.

_____    I have no opinion about death penalty as a punishment.

___✓___    I oppose the death penalty as a punishment.

_____    I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?          Yes ___✓___          No _____

If yes, explain: _I would have a difficult time rendering a guilty verdict knowing that there is a possibility the defendant could be sentenced to death_

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

Yes ___✓___          No _____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

Yes _____          No ___✓___

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

Yes ___✓___          No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

Yes _____          No ___✓___

8

36. Regarding the death penalty, which of the following statements **best** represents the way you

feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against

minorities.

___✓___    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly

against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against

minorities.

37. Do you think race discrimination against African Americans in the United States is a

problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes __✓__          No _____

If yes, explain: _I believe minorities are often unjustly Convicted_

_of the death penalty based upon race._

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death

penalty or life imprisonment without the possibility of release or parole?

Yes _____          No __✓__

If yes, explain: _____

_____

_____

10

ORIGINAL          2 49

# QUESTIONNAIRE

1. Name: ███████████████████

2. Date of Birth: ███████████████

3. Place of Birth: ██████████████

4. Current Address ████████████████████

5. County: ████████████

6. How long have you lived at this address?  __23 yrs__

7. Do you rent or own your residence?        Rent _____        Own __Yes__

8. Have you ever lived outside of Georgia?    Yes _____        No __No__

9. What is your religious affiliation, if any?  __Baptist__

10. Which do you consider yourself to be: (select one)

| | | | |
|---|---|---|---|
| African American | ✓ | Native American Indian | _____ |
| Asian | _____ | Hispanic | _____ |
| Caucasian (white) | _____ | Other | _____ |

2

11. What is your highest level of education completed? (select one)

Grade/Elementary School  _____      Junior High/Middle School  _____

High School  _____      Vocational/Trade School  _____

College (undergraduate)  ✓      Graduate/Professional School  _____

If college or graduate/professional school, you major(s) or area(s) of study?

_Electronic_____

12. Are you currently employed?   Yes  ✓        No _____

If yes, What is your occupation?  _Truck Driver_____

13. List other significant employment within the past five years: _____

_____

_____

_____

14. Marital Status:

Never Married  _____      Married  ✓      Divorced  _____

Widowed  _____      Separated  _____

If married, number of years with current spouse:  _22 yrs 16 month___

Spouse's occupation:  _Teacher_____

15. Have you ever had, adopted, or raised any children?   Yes  ✓   No _____

If yes, how many?  _2_____

What are their current ages?  _18 & 20_____

_____

3

16. Have you ever served in the military?        Yes _____        No __✓__

    If yes, what branch(s) and when: _____

    _____

17. List any organization(s), if any, to which you belong or in which you participate (including

church, religious, fraternal, social, recreational, service, business, political, union) and any

offices you have held in the organization:

_Deacon ministry_____        _chairman_____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

18. Have you ever served on a grand jury?        Yes _____        No __✓__

    If yes, when and where?        _____

    _____

    Federal or state?        Federal _____        State _____

19. Have you ever served on a trial jury?        Yes __✓__        No _____

    If yes, when and where?        _Chatham county_____

    _____

    Federal or state?        Federal _____        State _____

    Criminal or civil?        Criminal _____        Civil __✓__

4

20. Have you or any member of your family ever been the victim of a crime?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

21. Have you, or any member of your family ever been employed in law enforcement?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

22. Have you, or any member of your family ever been involved in or contributed to a crime

prevention or victim's rights program (such as neighborhood watch, crime stoppers, shelters, or

crisis centers, or policemen's funds)?

Yes ___✓___        No _____

If yes, explain: __*give clothe , preparing food*_____

_____

_____

23. Have you or any member of your family ever been convicted of a felony?

Yes _____        No ___✓___

If yes, explain: _____

_____

_____

5

24. What is/are your primary source(s) of news? (select all that apply)

_____ Television        _____ Radio        __✓___ Newspapers

_____ Internet          _____ Magazines     _____ Other

25. Have you heard or read anything about this case before today?

Yes __✓___        No _____        Not Sure _____

If yes or not sure, please state what you have heard or read and the source(s):

news reporT on TV, of Postal worker Kill on The Job

26. Has anyone ever talked to you about this case before today?    Yes __✓___    No _____

If yes, please state the person(s) you talked to and the nature of your conversation(s):

Randell Brown (wife) Dareus + DeGngela Brown (chitdren) conuersation was about people do noT care about people any more

27. Have you formed any opinion as to whether the defendant is guilty or not guilty?

Yes _____        No __✓___

If yes, what is your opinion? _____

If yes, could you set that opinion aside and return a verdict based only on the evidence

presented at trial? (select one)

__✓___        Yes, I definitely could.

_____        I probably could.

_____        Not sure.

_____        I probably could not.

_____        No, I definitely could not.

6

28. To the best of your knowledge, are you related, acquainted with, or otherwise familiar with the defendant, victim, attorneys, their families, or other parties involved in this cases?

Yes _____          No __✓__

If yes, please explain: _____

_____

_____

29. Do you religiously, morally, personally, or otherwise oppose the death penalty?

Yes __✓__          No _____

If yes, explain: __morally    I would fine it differcult__
__To determine if someone should live or die__

_____

30. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____          I strongly support the death penalty as a punishment.

_____          I support the death penalty as a punishment.

_____          I have no opinion about death penalty as a punishment.

_____          I oppose the death penalty as a punishment.

__✓__          I strongly oppose the death penalty as a punishment.

7

31. Would your opinion regarding the death penalty influence you in deciding the **guilt** of the defendant?        Yes _____        No ✓_____

   If yes, explain: _____

   _____

   _____

32. If the defendant were found guilty, and the evidence and aggravating factors convince you that the death penalty is the appropriate sentence, **could** you vote for the death penalty?

   Yes _____        No ✓_____

33. If the defendant were found guilty of a capital count, **would** you automatically vote for the death penalty?

   Yes _____        No ✓_____

34. If the defendant were found guilty of a capital count, and the evidence and mitigating factors convince you that life in prison without the possibility of release or parole is the appropriate sentence, **could** you vote for it?

   Yes ✓_____        No _____

35. If the defendant were found guilty of a capital count, **would** you automatically vote for life in prison without the possibility of release or parole, regardless of the facts and the aggravating evidence?

   Yes ✓_____        No _____

8

36. Regarding the death penalty, which of the following statements **best** represents the way you feel? (select one)

_____    I feel strongly that the death penalty is applied unfairly against minorities.

__✓____    I feel that the death penalty is applied unfairly against minorities.

_____    I have no opinion whether the death penalty is applied unfairly against minorities.

_____    I feel that the death penalty is applied fairly against minorities.

_____    I feel strongly that the death penalty is applied fairly against minorities.

37. Do you think race discrimination against African Americans in the United States is a problem? (select one)

_____ Yes, it is a definitely a problem.

___✓___ Yes, it is often a problem.

_____ Yes, it is occasionally a problem.

_____ Not sure if it is a problem.

_____ No, it is usually not a problem.

_____ No, it is rarely a problem.

_____ No, it is not a problem at all.

9

38. Would the **race of the defendant** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

39. Would the **race of the victim** affect your opinion as to guilt?

Yes _____        No __✓___

If yes, explain: _____

_____

_____

40. Would the **race of the defendant** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____

41. Would the **race of the victim** affect you opinion as to whether or not to impose the death penalty or life imprisonment without the possibility of release or parole?

Yes _____        No __✓___

If yes, explain:_____

_____

_____