# United States District Court
## Southern District of Georgia

SCOTT L. POFF                          OFFICE OF THE CLERK                    TELEPHONE   (912)650-4020
    CLERK                                   P.O. Box 8286
                                  SAVANNAH, GEORGIA   31412

Thomas K. Kahn, Clerk                                          D.C. Number  CV407-85
U.S. Court of Appeals
56 Forsyth Street, NW                                          U.S.C.A. Number
Atlanta, GA  30303

RE:  Meier Jason Brown v. United States Of America

------------------------------------------------------------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

[X]  Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

[X]  First Notice of Appeal:  [✓] Yes  [ ] No
     Date of other _____

[ ]  Certified record on appeal consisting of:
     ____ Volume (s) of pleadings;  ____ Volume (s) of transcripts;
     ____ Volume (s) of exhibits/deposition;  ____ other: _____

[ ]  There was no hearing from which a transcript could be made

[ ]  Copy of CJA form appointing counsel

[ ]  The following materials were sealed in this court (order enclosed):

[X]  The appellate docket fee has been paid:  [ ] Yes  [✓] No
     Date paid _____

[ ]  Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

[X]  The Judge appealed from is  Judge B. Avant Edenfield _____

[ ]  The Court Reporter is _____

[ ]  This is an appeal of a bankruptcy order
     Bankruptcy Judge: _____

[ ]  This is a DEATH PENALTY appeal

cc:
   Jackson                                    Sincerely,
   Ertel
   Samuel                                     SCOTT L. POFF, CLERK
   Dixon , Jr.                                U.S. DISTRICT COURT
   Copeland
   Newman
                                              BY: _____
                                                   Deputy Clerk

                                              DATE:  1/5/09