UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MEIER JASON BROWN,                )
                                  )
            Petitioner,           )
                                  )
vs.                               )       No. CV407-085
                                  )       Underlying CR403-001
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

## **ORDER**

Currently before the Court is the government's motion for a 7 day extension of time, or until January 30, 2009, to respond to the application for certificate of appealability filed by Meier Jason Brown [Doc 86]. After consideration of all applicable facts and circumstances,

IT IS HEREBY ORDERED that the government's motion is granted, and that the government shall file a response to Brown's application no later than January 30, 2009.

_____
UNITED STATES MAGISTRATE JUDGE