FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 JAN 26 AM 9:30

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MEIER JASON BROWN,               )
                                 )
          Petitioner,            )
                                 )
vs.                              )      No. CV407-085
                                 )      Underlying CR403-001
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )

## ORDER

Currently before the Court is the government's motion for a 7 day extension of time, or until January 30, 2009, to respond to the application for certificate of appealability filed by Meier Jason Brown [Doc 86]. After consideration of all applicable facts and circumstances,

IT IS HEREBY ORDERED that the government's motion is granted, and that the government shall file a response to Brown's application no later than January 30, 2009.

January 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE