IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 FEB -1  AM 10: 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **CRIMINAL ACTION 403-001-01** |
| | ) | **(docket entry # 329)** |
| MEIER JASON BROWN | ) | |

## O R D E R

The court has considered the motion of the defendant to allow him to proceed in this matter *in forma pauperis*. The defendant was granted leave to proceed without the payment of fees in the initial stages of this capital case. That standing has not changed. This motion is moot.

The Clerk's office is directed to delete this motion from the pending criminal motions report immediately.

**SO ORDERED** this __1st__ day of February, 2010.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia