# United States District Court
## *Southern District of Georgia*

| | | |
|---|---|---|
| SCOTT L. POFF<br>CLERK | OFFICE OF THE CLERK<br>P.O. Box 8286<br>SAVANNAH, GEORGIA  31412 | TELEPHONE   (912)650-4020 |

Thomas K. Kahn, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  CV407-85

U.S.C.A. Number 09-10142

RE:  Meier Jason Brown vs. United States of America

------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal:  ☐ Yes  ☐ No
Date of other _____

☐ Certified record on appeal consisting of:
___ Volume (s) of pleadings;  ___ Volume (s) of transcripts;
___ Volume (s) of exhibits/deposition;  ___ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:  ☐ Yes  ☐ No
Date paid _____

☒ Appellant has been **granted**    leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is   Judge B. Avant Edenfield _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

cc:
Copeland
Samuel
Jackson
Dixon
Ertel
Newman

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: *Elizabeth C. West*
Deputy Clerk

DATE:  2/9/09 _____