# United States District Court
## *Southern District of Georgia*

SCOTT L. POFF
CLERK

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA   31412

TELEPHONE   (912)650-4020



Thomas K. Kahn, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number   CV407-85

U.S.C.A. Number  09-10142

RE: Meier Jason Brown vs. United States of America

-------------------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal:  ☐ Yes  ☐ No
Date of other _____

☐ Certified record on appeal consisting of:
_____ Volume (s) of pleadings; _____ Volume (s) of transcripts;
_____ Volume (s) of exhibits/deposition; _____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:  ☐ Yes  ☐ No
Date paid _____

☒ Appellant has been **granted**   leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒ The Judge appealed from is   Judge B. Avant Edenfield _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

cc:
Copeland
Samuel
Jackson
Dixon
Ertel
Newman

Sincerely,

SCOTT L. POFF, CLERK
U.S. DISTRICT COURT

BY: _____
Deputy Clerk

DATE: 2/9/09 _____