IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 3 1 2010

JOHN LEY
CLERK

No. 09-10142 -P

MEIER JASON BROWN,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Southern District of Georgia

BEFORE: DUBINA, Chief Judge, BARKETT and MARCUS, Circuit Judges.
BY THE COURT:

Appellant's motion to exceed or suspend page limit on application to expand the certificate of appealability is GRANTED.

A True Copy - Attest:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

March 31, 2010

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 09-10142-P**
Case Style: Meier Jason Brown v. USA
District Court Number: 07-00085 CV-BAE-GRS (03-00001-CV-BAE-1)

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

John Ley, Clerk of Court

Reply To: Marcus Simmons (404) 335-6200

MOT-2 (10-2009)

Scott L. Poff
Clerk, U.S. District Court
125 BULL ST RM 306
SAVANNAH  GA  31401-3762

March 31, 2010

**Appeal Number: 09-10142-P**
Case Style: Meier Jason Brown v. USA
District Court Number:  07-00085  CV-BAE-GRS (03-00001-CV-BAE-1)

CC:    Jeffrey Lyn Ertel

CC:    Mark Evan Olive

CC:    James C. Stuchell

CC:    R. Brian Tanner

CC:    Scott L. Poff

CC:    Administrative File