

**ROA request; 09-10142-P Death Penalty appeal**

Jenifer Tubbs  to:  Betsy West, Walker Prescott, Lauren Moore, Logan Herb                01/10/2012 02:10 PM

USDC#  07-00085-cv-BAE-GRS

Meier Jason Brown v. USA

Please forward the record on appeal to my attention for the above referenced capital case.

Thanks,
Jenifer

*Jenifer Tubbs*
*U.S. Court of Appeals - 11th Circuit*
*Assistant Supervisor / Capital Cases*
*Atlanta, GA*
*(404) 335-6166 or (404) 335-6200*
*fax:  (404) 331-7040*