# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff                    OFFICE OF THE CLERK                    (912)650-4020
Clerk                                P.O. Box 8286
                          SAVANNAH, GEORGIA   31412

DATE:              1/17/2012

D.C. CASE NO.:    CV407-85

USCA CASE NO.:   09-10142

IN RE:             Meier Jason Brown vs. United States of America

======================================================

CERTIFICATE OF READINESS OF RECORD
ON APPEAL

Pursuant to Fed.R.App.P.ll(c) the Clerk of the District Court for the Southern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consist of:

    __11__    Volume (s) of pleadings;

    _____    Volume (s) of transcripts;

    __1__    Exhibits:     ___ boxes;     ___ folders;
                                  ___ envelopes;   ___ others;
                                  ___ PSIs (sealed)
                                  ___ Other: (Note books)
                                  _X_ Depositions

Sincerely,
Scott L. Poff,
CLERK

_____, Deputy Clerk

Case 4:03-cr-00001-JRH 4.2

APPEAL, DEATH

# U.S. District Court
## Southern District of Georgia (Savannah)
### CIVIL DOCKET FOR CASE #: 4:07-cv-00085-BAE-GRS
### Internal Use Only

Brown v. United States Of America
Assigned to: Judge B. Avant Edenfield
Referred to: Magistrate Judge G. R. Smith
Case in other court: 11th Circuit, 09-10142
                Southern District of Ga, CR403-1
Cause: 28:2255 Motion to Vacate Sentence

Date Filed: 05/18/2007
Date Terminated: 09/29/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Meier Jason Brown**    represented by    **George Terry Jackson**
Jackson & Schiavone
P.O. Box 8876
Savannah, GA 31412-8876
912-232-2646
Fax: 912-232-8798
Email: js_law@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Ertel**
Federal Defender Program, Inc.
100 Peachtree St.
Suite 1700
Atlanta, GA 30303
404-688-7530
Fax: 404-688-7530
Email: jeff_ertel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald F. Samuel**
Garland, Samuel & Loeb, PC
3151 Maple Dr., NE
Atlanta, GA 30305-2500
404-262-2225
Fax: 404-365-5041
Email: dfs@gsllaw.com
*ATTORNEY TO BE NOTICED*

**Harry D. Dixon , Jr.**
Donnie Dixon, Attorney at Law, LLC

24 Drayton Street
Suite 1000
Savannah, GA 31401
912-443-4070
Fax: 912-644-6702
Email: ddixon@donniedixonlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Of America**                    represented by **James Christian Stuchell**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-201-2528
Fax: 912-652-4388
Email: james.stuchell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Newman**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: joseph.newman@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | MOTION for appointment of counsel filed by Meier Jason Brown (Entered: 06/19/2007) *Beg Vol. 1.* |
| 06/18/2007 | 2 | ORDERed that the Clerk is directed to open a separate civil case. (CV407-85). 2255.. Signed by Judge B. Avant Edenfield on 6/18/07. (wwp) (Entered: 06/19/2007) |
| 01/10/2008 | 3 | MOTION for Leave to Appear Pro Hac Vice for Jeffrey Lyn Ertel Fee Amount $200, Receipt SAV002518 by Meier Jason Brown. Responses due by 1/28/2008 REFERRED to Judge G. R. Smith.(wwp) (Entered: 01/10/2008) |
| 01/14/2008 | 4 | MOTION for Leave to Proceed in forma pauperis by Meier Jason Brown. Responses due by 2/1/2008 (Attachments: # 1 Appendix)(Ertel, Jeffrey) (Entered: 01/14/2008) |
| 01/14/2008 | | MOTIONS REFERRED: 4 MOTION for Leave to Proceed in forma pauperis (evb) (Entered: 01/14/2008) |

| 01/17/2008 | 5 | ORDER denying 4 Motion for Leave to Proceed in forma pauperis. Signed by Judge G. R. Smith on 1/17/08. (bcw) (Entered: 01/17/2008) |
|---|---|---|
| 01/17/2008 | 6 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice by Jeffrey Lyn Ertel. Signed by Judge G. R. Smith on 1/17/2008. (mah) (Entered: 01/17/2008) |
| 01/17/2008 | 7 | ORDERED granting Pro Hac Vice request for Jeffrey Lyn Ertel.. Signed by Judge G. R. Smith on 1/17/08. (wwp) (Entered: 01/18/2008) |
| 01/22/2008 | 8 | MOTION to Vacate *or Set Aside Made Pursuant to 28 U.S.C. 2255* by Meier Jason Brown. Responses due by 2/11/2008 (Ertel, Jeffrey) (Entered: 01/22/2008)   *End Vol. 1* |
| 01/23/2008 | 9 | Appendices Submitted in Support of Petitioner's Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255 by Meier Jason Brown.. (Attachments: # 1 Appendices A - C# 2 Appendices D - G# 3 Appendix H# 4 Appendices I1 - I2# 5 Appendices I3 - K1# 6 Appendix K2# 7 Appendices K3 - K4# 8 Appendices K5 - S# 9 Appendices T - Y)(mah) (Entered: 01/24/2008)   *Vol. 2* |
| 01/25/2008 | 10 | ORDER Directing Clerk to Serve the United States Attorney. Instructions to Respondent and Movant.. Signed by Judge G. R. Smith on 1/25/2008. (mah) (Entered: 01/28/2008)   *Beg Vol. 3* |
| 01/30/2008 | 11 | MOTION for Leave of Absence as to G. Terry Jackson For dates of : April 28th- May 16th; June 16th- June 20th; June 30th-July 8th; September 8th - September 12th; December 22nd- January 2nd, 2009. by Meier Jason Brown. Responses due by 2/19/2008 (Attachments: # 1 Text of Proposed Order) REFERRED to Judge G. R. Smith.(evb) (Entered: 01/31/2008) |
| 02/04/2008 | 12 | NOTICE by Meier Jason Brown *of filing Corrected Appendix A -Conditional Plea Agreement, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 13 | NOTICE by Meier Jason Brown *of filing Corrected Appendix B - Bruce Little Affidavit, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 14 | NOTICE by Meier Jason Brown *of filing Corrected Appendix C - Counsel's Letter to Attorney General Ashcroft, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 15 | NOTICE by Meier Jason Brown *of filing Corrected Appendix D - Postal Inspection Service Background Investigation, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 16 | NOTICE by Meier Jason Brown *of filing Corrected Appendix E - 10/20/03 Discovery Letter, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 17 | NOTICE by Meier Jason Brown *of filing Corrected Appendix F - Sara Flynn Affidavit, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 18 | NOTICE by Meier Jason Brown *of filing Corrected Appendix G - Correspondence Regarding Manual Filing of DVD, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |

| 02/04/2008 | 19 | NOTICE by Meier Jason Brown *of filing Corrected Appendix H - Police Incident Reports Responding to Morgan Brown Residence*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
|---|---|---|
| 02/04/2008 | 20 | ORDERED that the Court refers this matter to the US Attorney for criminal prosecution purposes. Signed by Judge B. Avant Edenfield on 2/4/08. (wwp) (Entered: 02/04/2008) |
| 02/04/2008 | 21 | NOTICE by Meier Jason Brown *of filing Corrected Appendix I-1 - Georgia Department of Family and Children Services Records*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 22 | NOTICE by Meier Jason Brown *of filing Corrected Appendix I-2 - Continuation of Georgia Department of Family and Children Services Records*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 23 | NOTICE by Meier Jason Brown *of filing Corrected Appendix I-3 - Continuation of Georgia Department of Family and Children Services Records*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) End Vol. 3 |
| 02/04/2008 | 24 | NOTICE by Meier Jason Brown *of filing Corrected Appendix J - Criminal History Report for Meier Jason Brown*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) Beg Vol. 4 |
| 02/04/2008 | 25 | NOTICE by Meier Jason Brown *of filing Corrected Appendix K-1 - Sally Johnson Report*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 26 | NOTICE by Meier Jason Brown *of filing Corrected Appendix K-2 - Records from FMC Butner*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 27 | NOTICE by Meier Jason Brown *of filing Corrected Appendix K-3 - Continuation of Records from FMC Butner*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 28 | NOTICE by Meier Jason Brown *of filing Corrected Appendix K-4 - Continuation of Records from FMC Butner*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 29 | NOTICE by Meier Jason Brown *of filing Corrected Appendix K-5 - Continuation of Records from FMC Butner*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 30 | NOTICE by Meier Jason Brown *of filing Corrected Appendix L - Curriculum Vitae for Marlyne Israelian, Ph.D.*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 31 | NOTICE by Meier Jason Brown *of filing Corrected Appendix M - Curriculum Vitae for Bhushan S. Agharkar, M.D.*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 32 | NOTICE by Meier Jason Brown *of filing Corrected Appendix N - Curriculum Vitae for James E. Aiken*, re Document No. 9 (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 33 | NOTICE by Meier Jason Brown *of filing Corrected Appendix O - Trial* |

| | | |
|---|---|---|
| | | *Notes of Juror Bruce Little, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 34 | NOTICE by Meier Jason Brown *of filing Corrected Appendix P - Postal Inspector Report re Penny Banks, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 35 | NOTICE by Meier Jason Brown *of filing Corrected Appendix Q - Notes Relating to Phone Call with Pastor Alfred Banks, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 36 | NOTICE by Meier Jason Brown *of filing Corrected Appendix R - Postal Inspector Report Alford Woods, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 37 | NOTICE by Meier Jason Brown *of filing Corrected Appendix S - Information Relating to Levi LeCounte, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 38 | NOTICE by Meier Jason Brown *of filing Corrected Appendix T - Lab Report, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 39 | NOTICE by Meier Jason Brown *of filing Corrected Appendix U - Affidavit in Support of Search Warrant, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 40 | NOTICE by Meier Jason Brown *of filing Corrected Appendix V - Redacted Memo - Bates Stamped pp. 403-404, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 41 | NOTICE by Meier Jason Brown *of filing Corrected Appendix W - Redacted Memo - Bates Stamped pp. 405-406, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 42 | NOTICE by Meier Jason Brown *of filing Corrected Appendix X - Draft of Affidavit in Support of Search Warrant, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/04/2008 | 43 | NOTICE by Meier Jason Brown *of filing Corrected Appendix Y - Standard 28 U.S.C. Section 2255 Form, re Document No. 9* (Ertel, Jeffrey) (Entered: 02/04/2008) |
| 02/05/2008 | 44 | ORDER granting 11 Motion for Leave of Absence for G. Terry Jackson. Signed by Judge G. R. Smith on 2/5/2008. (mah) (Entered: 02/06/2008) |
| 02/10/2008 | 45 | MOTION Permission to File Memorandum of Authoritiesin Support of Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255, to File Other Pleadings, and Request for Scheduling Order by Meier Jason Brown. Responses due by 2/28/2008 (Ertel, Jeffrey) (Entered: 02/10/2008) |
| 02/11/2008 | | MOTIONS REFERRED: 45 MOTION Permission to File Memorandum of Authoritiesin Support of Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255, to File Other Pleadings, and Request for Scheduling Order (evb) (Entered: 02/11/2008) |
| | | |

| 02/11/2008 | | Motions No Longer Referred: 45 MOTION Permission to File Memorandum of Authoritiesin Support of Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255, to File Other Pleadings, and Request for Scheduling Order (evb) (Entered: 02/11/2008) |
| --- | --- | --- |
| 02/11/2008 | 46 | RESPONSE in Opposition re 45 MOTION Permission to File Memorandum of Authoritiesin Support of Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255, to File Other Pleadings, and Request for Scheduling Order filed by United States Of America. (Copeland, Amy) (Entered: 02/11/2008) |
| 02/11/2008 | 47 | Proposed Pretrial Order *Granting Scheduling Order* by Meier Jason Brown. (Ertel, Jeffrey) (Entered: 02/11/2008) *End Vol. 4* |
| 02/11/2008 | 48 | Proposed Pretrial Order *Granting Petititioner Permission to File Memorandum of Authorities in Support of his Motion to Vacate or Set Aside Made Pursuant to 28 U.S.C. 2255* by Meier Jason Brown. (Ertel, Jeffrey) (Entered: 02/11/2008) *Beg Vol. 5* |
| 02/12/2008 | 49 | ORDER granting in part and denying in part 45 Motion Permission to File Memorandum of Authoritiesin. The Governement shall file a 2255 Rule 5(b) response by 3/12/08. Brown shall file a comprehensive brief and any motions by 5/12/08, and the Government shall respond by 7/11/08. There will be NO extensions. Signed by Judge B. Avant Edenfield on 2/12/08. (evb) (Entered: 02/12/2008) |
| 02/12/2008 | | Set Deadlines/Hearings: Brief due by 5/12/2008. Government's 2255 Rule 5 (b) response due by 3/12/2008. Motions due by 5/12/2008. (evb) (Entered: 02/12/2008) |
| 02/12/2008 | | Set Deadlines/Hearings: Government shall respond by 7/11/2008. (evb) (Entered: 02/12/2008) |
| 03/12/2008 | 50 | RESPONSE to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by United States Of America, 49 Order on Motion for Miscellaneous Relief, 8 MOTION to Vacate *or Set Aside Made Pursuant to 28 U.S.C. 2255* filed by Meier Jason Brown, 9 Exhibit, filed by Meier Jason Brown by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Copeland, Amy) (Entered: 03/12/2008) *End Vol. 5* |
| 05/12/2008 | 51 | RESPONSE to 49 Order on Motion for Miscellaneous Relief, by Meier Jason Brown. (Dunn, Thomas) (Entered: 05/12/2008) *Beg Vol. 6* |
| 05/12/2008 | 52 | MOTION for Discovery *and Memorandum in Support* by Meier Jason Brown. Responses due by 5/30/2008 (Dunn, Thomas) (Entered: 05/12/2008) |
| 05/12/2008 | 53 | MOTION Evidentiary Hearing and/or to Expand the Record by Meier Jason Brown. Responses due by 5/30/2008 (Attachments: # 1 Appendix 1, Affidavit of William Bell, # 2 Appendix 2, Affidavit of Detective Woodall, # 3 Appendix 3, Affidavit of Sara Flynn, # 4 Appendix 4, Affidavit of Richard Darden, # 5 Appendix 5, Draft Affidavit of Bobbye Gerard (unsigned), # 6 Affidavit 6, Affidavit of Marlyne K. Israelian, Ph.D. and Bhushan S. Agharkar, M.D., # 7 Affidavit 7, Affidavit of James Aiken, # 8 Appendix 8, Affidavit of Sally Ann Cunningham Johnson, M.D., # 9 Appendix 9, Copy of |

| | | |
|---|---|---|
| | | Declaration of Kevin McNally dated 12/5/07, # 10 Appendix 10, Copy of Declaration of Kevin McNally dated 12/5/07)(Dunn, Thomas) (Entered: 05/12/2008) |
| 05/13/2008 | | (Court only) ***Set/Clear Flags (mah) (Entered: 05/13/2008) |
| 07/10/2008 | 54 | RESPONSE to Motion re 8 MOTION to Vacate *or Set Aside Made Pursuant to 28 U.S.C. 2255* filed by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Copeland, Amy) (Entered: 07/10/2008) *End Vol. 6* |
| 07/10/2008 | 55 | RESPONSE in Opposition re 52 MOTION for Discovery *and Memorandum in Support* filed by United States Of America. (Copeland, Amy) (Entered: 07/10/2008) *Beg Vol. 7* |
| 07/10/2008 | 56 | RESPONSE in Opposition re 53 MOTION Evidentiary Hearing and/or to Expand the Record filed by United States Of America. (Copeland, Amy) (Entered: 07/10/2008) |
| 07/11/2008 | | MOTIONS REFERRED: 52 MOTION for Discovery *and Memorandum in Support*, 53 MOTION Evidentiary Hearing and/or to Expand the Record (mah) (Entered: 07/11/2008) |
| 07/11/2008 | | Motions No Longer Referred: 52 MOTION for Discovery *and Memorandum in Support*, 53 MOTION Evidentiary Hearing and/or to Expand the Record (mah) (Entered: 07/11/2008) |
| 07/11/2008 | 57 | NOTICE by Meier Jason Brown re 54 Response to Motion *Comprehensive Response in Opposition to Motion Pufsuant to 28 U.S.C. 2255* (Ertel, Jeffrey) (Entered: 07/11/2008) |
| 07/11/2008 | 58 | NOTICE by Meier Jason Brown re 55 Response in Opposition to Motion *Notice of Intent to File Reply to Response in Opposition to Discovery* (Ertel, Jeffrey) (Entered: 07/11/2008) |
| 07/11/2008 | 59 | NOTICE by Meier Jason Brown re Motions Referred *Notice of Intent to File Reply to Response in Opposition to Evidentiary Hearing and/or Motion to Expand the Record* (Ertel, Jeffrey) (Entered: 07/11/2008) |
| 07/16/2008 | 60 | MOTION for Extension of Time to File Reply Briefs by Meier Jason Brown. Responses due by 8/4/2008 (Ertel, Jeffrey) (Entered: 07/16/2008) |
| 07/17/2008 | | MOTIONS REFERRED: 60 MOTION for Extension of Time to File Reply Briefs (evb) (Entered: 07/17/2008) |
| 07/17/2008 | | Motions No Longer Referred: 60 MOTION for Extension of Time to File Reply Briefs (evb) (Entered: 07/17/2008) |
| 07/21/2008 | 61 | ORDER finding as moot 60 Motion for Extension of Time. Signed by Judge B. Avant Edenfield on 7/21/08. (fbh) (Entered: 07/21/2008) |
| 07/21/2008 | 62 | ORDER directing FBI report and Ertel deposition be filed into the record. Signed by Judge B. Avant Edenfield on 7/21/08. (fbh) (Entered: 07/21/2008) |
| 07/21/2008 | 63 | FBI REPORT, (Document Sealed) (fbh) (Entered: 07/21/2008) |
| | | |

| | | |
|---|---|---|
| 07/21/2008 | (64) | DEPOSITION of Jeffrey Ertel taken on 4/14/08 by Meier Jason Brown. (Attachments: # 1 Errata)(fbh) (Entered: 07/21/2008) *Exhibit* |
| 07/28/2008 | 65 | REPLY to Response to Motion re 8 MOTION to Vacate *or Set Aside Made Pursuant to 28 U.S.C. 2255* filed by Meier Jason Brown. (Ertel, Jeffrey) (Entered: 07/28/2008) |
| 07/28/2008 | 66 | Supplemental MOTION to Amend/Correct 52 MOTION for Discovery *and Memorandum in Support*, 55 Response in Opposition to Motion *for Discovery* by Meier Jason Brown. Responses due by 8/15/2008 (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Ertel, Jeffrey) (Entered: 07/28/2008) |
| 07/28/2008 | 67 | Supplemental MOTION to Amend/Correct 53 MOTION Evidentiary Hearing and/or to Expand the Record, 56 Response in Opposition to Motion by Meier Jason Brown. Responses due by 8/15/2008 (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Ertel, Jeffrey) (Entered: 07/28/2008) |
| 08/08/2008 | 68 | MOTION to Withdraw as Attorney by Meier Jason Brown. Responses due by 8/26/2008 (Ertel, Jeffrey) (Entered: 08/08/2008) |
| 08/13/2008 | 69 | MOTION for Leave to Appear Pro Hac Vice by Donald F. Samuel for Meier Jason Brown. Responses due by 9/2/2008 (Attachments: # 1 Payment) REFERRED to Judge G. R. Smith.(evb) (Entered: 08/13/2008) |
| 08/13/2008 | | PRO HAC VICE PAID for Donald Samuel ; Amount 200.00 Receipt # sav004049 Date: 8/13/08 (evb) (Entered: 08/13/2008) |
| 08/15/2008 | 70 | ORDER granting 69 Motion for Leave to Appear pro hac vice by Donald F. Samuel. Signed by Magistrate Judge G. R. Smith on 8/15/08. (bcw) (Entered: 08/15/2008) |
| 09/11/2008 | 71 | RESPONSE to Motion re 68 MOTION to Withdraw as Attorney filed by United States Of America. (Copeland, Amy) (Entered: 09/11/2008) |
| 09/15/2008 | 72 | ORDER denying 68 Motion to Withdraw as Attorney.. Signed by Judge B. Avant Edenfield on 9/15/08. (wwp) (Entered: 09/15/2008) |
| 09/26/2008 | 73 | REMARK - *PRE-HEARING MEMORANDUM.* (Attachments: # 1 Exhibit "A" - Four Affidavits, # 2 Exhibit "B" - ABA Guidelines Commentary, p.1085-1086, # 3 Exhibit "C" - Criminal Local Rules, # 4 Exhibit "D" - Three Affidavits, # 5 Exhibit "E" - Ga. Court Rules and Procedures - Fed. (2008), p.769, # 6 Exhibit "F" - Two Affidavits, # 7 Exhibit "G" - One Affidavit, # 8 Exhibit "H" - Numerous Affidavits)(Samuel, Donald) (Entered: 09/26/2008) *End Vol. 7* |
| 09/29/2008 | 74 | ORDER denying 52 Motion for Discovery; denying 53 Motion for Evidentiary Hearing; denying 66 Motion to Amend/Correct; denying 67 Motion to Amend/Correct; denying 8 Motion to Vacate. Signed by Judge B. Avant Edenfield on 9/29/08. (bcw) (Entered: 09/29/2008) *Beg Vol.8* |
| 09/29/2008 | 75 | JUDGMENT entered denying the motion to vacate sentence. bcw (Entered: 09/29/2008) |

| Date | No. | Description |
|---|---|---|
| 10/01/2008 | | (Court only) ***Staff notes: re; Letter from US Department of Justice to Court dated July 8, 2008 placed in file. (fbh) (Entered: 10/01/2008) |
| 10/01/2008 | 76 | ORDER cancelling hearing scheduled for October 1, 2008; See Order for Specific Instructions from the Court as to Meier Brown. Signed by Judge B. Avant Edenfield on 10/1/08. (fbh) (Entered: 10/01/2008) |
| 10/14/2008 | 77 | ORDER of procedures to follow in regards to sealed material in criminal cases(in this case jury questionnaires) as to Meier Brown.. Signed by Judge B. Avant Edenfield on 10/14/08. (fbh) (Entered: 10/14/2008) |
| 10/14/2008 | 78 | MOTION to Alter Judgment by Meier Jason Brown. Responses due by 11/3/2008 (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4, # 5 Appendix 5, # 6 Appendix 6)(Ertel, Jeffrey) (Entered: 10/14/2008) |
| 10/14/2008 | 79 | Juror Questionnaire Instructions as to Meier Jason Brown re: 77 Order (fbh) (Entered: 10/15/2008) |
| 10/21/2008 | 80 | Juror Questionnaires re 77 Order as to Meier Jason Brown, (Document Sealed). (Attachments: # 1 Errata, # 2 Errata, # 3 Errata, # 4 Errata, # 5 Errata, # 6 Errata, # 7 Errata, # 8 Errata, # 9 Errata, # 10 Errata, # 11 Errata, # 12 Errata, # 13 Errata, # 14 Errata, # 15 Errata, # 16 Errata, # 17 Errata, # 18 Errata, # 19 Errata, # 20 Errata, # 21 Errata, # 22 Errata, # 23 Errata)(fbh) (Entered: 10/21/2008) |
| 10/22/2008 | 81 | Juror Questionnaires re 77 Order as to Meier Jason Brown. (Attachments: # 1 Errata, # 2 Errata, # 3 Errata, # 4 Errata, # 5 Errata, # 6 Errata, # 7 Errata, # 8 Errata, # 9 Errata, # 10 Errata, # 11 Errata, # 12 Errata, # 13 Errata, # 14 Errata, # 15 Errata, # 16 Errata, # 17 Errata, # 18 Errata, # 19 Errata, # 20 Errata, # 21 Errata, # 22 Errata, # 23 Errata)(fbh) (Entered: 10/22/2008) Vol 9, 10, 11 |
| 10/29/2008 | 82 | RESPONSE in Opposition re 78 MOTION to Alter Judgment filed by United States Of America. (Newman, Joseph) (Entered: 10/29/2008) |
| 11/04/2008 | 83 | ORDER granting 78 Motion for reconsideration. Signed by Judge B. Avant Edenfield on 11/4/08. (bcw) (Entered: 11/04/2008) |
| 01/02/2009 | 84 | NOTICE OF APPEAL by Meier Jason Brown. (Ertel, Jeffrey) (Entered: 01/02/2009) |
| 01/05/2009 | 85 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 84 Notice of Appeal (evb) (Entered: 01/05/2009) |
| 01/05/2009 | 86 | MOTION for Certificate of Appealability by Meier Jason Brown. Responses due by 1/23/2009 (Ertel, Jeffrey) (Entered: 01/05/2009) |
| 01/14/2009 | 87 | USCA Case Number 09-10142 for 84 Notice of Appeal filed by Meier Jason Brown. (bcw) (Entered: 01/14/2009) |
| 01/23/2009 | 88 | MOTION for Extension of Time to File Response/Reply as to 86 MOTION for Certificate of Appealability by United States Of America. Responses due by 2/10/2009 (Attachments: # 1 Text of Proposed Order)(Copeland, Amy) (Entered: 01/23/2009) |

| 01/26/2009 | 89 | ORDER granting 88 Motion for Extension of Time to File Response/Reply. The Government shall file a response to Brown's application no later than 1/30/09.. Signed by Magistrate Judge G. R. Smith on 1/26/09. (wwp) (Entered: 01/26/2009) |
|---|---|---|
| 01/30/2009 | 90 | RESPONSE to Motion re 86 MOTION for Certificate of Appealability filed by United States Of America. (Copeland, Amy) (Entered: 01/30/2009) |
| 02/09/2009 | 91 | ORDER granting in part and denying in part 86 Motion for Certificate of Appealability. The Court grants the implied IFP motion #84.. Signed by Judge B. Avant Edenfield on 2/9/09. (bcw) (Entered: 02/09/2009) |
| 02/09/2009 | 92 | Appeal Remark re 84 Notice of Appeal : Copy of 2/9/09 Order mailed to USCA this date. (bcw) (Entered: 02/09/2009) |
| 02/17/2009 | 93 | Appeal Remark re 84 Notice of Appeal : USCA Receipt of Order granting in part IFP/COA (mah) (Entered: 02/17/2009) |
| 04/02/2010 | 94 | ORDER of USCA that Appellant's motion to exceed or suspend page limit on application to expand the certificate of appealability is GRANTED. (loh) (Entered: 04/02/2010) |
| 03/14/2011 | 95 | ORDER of USCA granting Appellant's motion to expand the certificate of appealability with respect to claims that (1) his counsel was ineffective at capital sentencing and (2) his counsel unreasonably and prejudicially failed to present expert mental testimony at capital sentencing. It is denied with respects to all of the Appellant's other claims as to 84 Notice of Appeal filed by Meier Jason Brown (loh) (Entered: 03/14/2011)   End Vol. 8 |
| 01/06/2012 | | (Court only) ***Staff notes - AUSA BRIAN TANNER CALLED THIS DATE REQUESTING VERIFICATION THAT SEALED DOC. #80 WAS THE JUROR QUESTIONAIRE OF D.R. AFTER SPEAKING WITH JUDGE SMITH AND PROVIDING HIM WITH THE ACTUAL DOCUMENT FOR HIS REVIEW, MR. TANNER WAS TOLD THAT DOC. #80 DID, IN FACT, CONTAIN THE QUESTIONAIRE OF D.R. AND THAT IT WAS MORE SPECIFICALLY #80-11 FOR PURPOSES OF HIS CITING TO IT IN HIS APPELLANT BRIEF. (sff) (Entered: 01/06/2012) |