# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA  31412

(912)650-4020

*(Stamp: U.S. COURT OF APPEALS RECEIVED CLERK JAN 1 8 2012 ATLANTA, GA.)*

DATE:          1/17/2012

D.C. CASE NO.:   CV407-85

USCA CASE NO.:  09-10142

IN RE:         Meier Jason Brown vs. United States of America

===========================================================

### CERTIFICATE OF READINESS OF RECORD
### ON APPEAL

Pursuant to Fed.R.App.P.ll(c) the Clerk of the District Court for the Southern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consist of:

   __11__   Volume (s) of pleadings;

   _____   Volume (s) of transcripts;

   __1__   Exhibits:   ___ boxes;   ___ folders;
   ___ envelopes;   ___ others;
   ___ PSIs (sealed)
   ___ Other: (Note books)
   _X_ Depositions

Sincerely,
Scott L. Poff,
CLERK

_____, Deputy Clerk