# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

October 08, 2013

Scott L. Poff
Clerk, U.S. District Court
125 BULL ST RM 306
SAVANNAH  GA  31401-3762

**Appeal Number: 09-10142-P**
Case Style: Meier Jason Brown v. USA
District Court Number:  07-00085 CV-BAE-GRS
SECONDARY CASE NO: 03-00001-CV-BAE-1

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  Eleven Volumes

Exhibits - One Folder and Two Boxes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

Reply To: Will Miller (404) 335-6115

RECEIVED
DATE 10/9/13

DEPUTY CLERK
SOUTHERN DISTRICT OF GA.
SAVANNAH, GEORGIA

REC-3 (06-2006)

Scott L. Poff
    Clerk, U.S. District Court
    125 BULL ST RM 306
    SAVANNAH  GA  31401-3762

---

October 08, 2013

**Appeal Number: 09-10142-P**
Case Style: Meier Jason Brown v. USA
District Court Number:  07-00085 CV-BAE-GRS

TO:   Scott L. Poff

CC:   Administrative File