Appendix (A)p(1) of (2)

Ruth Friedman/Fed.Resource Counsel
6411 Ivy Ln - Suite 710
Greenbelt, MD 20770-4510

August 31st., 2015

Dear Ms. Friedman,

I will be as amicable as possible under the given justified anxiety underscoring the circumstances that you and your colleagues have created at my detriment, and I am extremely cognizant that you are aware of and have shown ossify indifference to. With that said and done let me address the critical time based issue at hand.

Since you have adamantly refused to schelude a call with me, as you advised my habeas attorney earlier last week you have left me with no other option other than to take measures in to my own hands to address and remedy the dire circumstances you have left me in. You are well aware that the S.Ct denied my Cert.Pet five months ago and that based on the S.Ct. holding in Martinez, March 20, 2012 that I am entitled to investigating, preparing and filing a 'Martinez Style Petition', probably under Rule 60(b)(6) - as you are definitively well aware of. Do I need to provide a plethora of cases identifying these legal proceedings or perhaps Ms. Friedman you and your colleagues could provide some disingenuous argument disclaiming such authority. Please spare me that act in futility. Next and foremost' under immutable authority I am verbatim entitled to independent/new counsel for such investigation, preparation and filing such 'Martinez Styled Petition'. If you happen to have any untenable qualms about that claim please share them with me and I will more than happy to dig out yet another plethora of case law that addresses this issue including but not limited to S.Ct. Case Law - Christeson. Not too far in the distant past I believe you provided sedulous and assiduous efforts in finding 'Martinez Counsel' for Purkey and did so even prior to his Cert.Pet. being denied by the S.Ct. Your ossify indifference to assisting me for Martinez/Counsel is totally w/o tentative justification and I utterly refuse to sit by and allow you to run] rough-shod over my life - whereas five months have been absolutely wasted because of such indifference by you at my detriment.

One last issue and that is, my habeas counsel tried to speciously tell me that I have a year to file a Rule 60(b)(6) Motion which of course will more than likely be the proper vehicle for presenting any Martinez//Procedural Default Claims. Of course this attorney cannot help but do what every attorney does and that is to distort applicable law for self-sefving reasons. Contrary to the one year filing deadline for filing subsections to Rule 60(b)(6); Rule 60(b)(6) is to be

1.

"within a 'Reasonable Length of Time'" after the final judgment occurs. A plethora of case law is available anent this issue as well, and if my habeas attorney is not aware of that standard of law then I suppose that absence of knowledge speaks volumes in itself. A pretty fair case that readily brings this 'reasonable length of time' for filing a Rule 60(b)(6) to bear is, Edwards v. Walsh, 2015 U.S.Dist.LEXIS 88973 (E.D.Penn. July 9th, 2015. Each case is determined on what would constitute a 'Reasonable Time' for filing a Rule(b)(6), so please spare me all that disingenuous arguments otherwise.

The bottom line Mr. Friedman is, if you refuse to schelude a call with me ASAP regarding these matters then I will be left with no other alternative than to seek remedy via a Motion to the court, which I will attach a copy of this correspondence to demonstrate the reasons underscoring the inordinate delay for making such request to the court. Thank you for your attention to these matters.

Sincerely,

Meier Brown #11364-021
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808


cc: file: United States District Court, Southern District/Georgia, P.O. Box 8286, Savannah, Ga. 31412

2.