IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA            )
                                    )Case No. CR 403-1
v.                                  )
                                    )
MEIER JASON BROWN                   )

## O R D E R

The above captioned case filed in the Savannah Division of this Court currently being assigned to the Honorable Judge B. Avant Edenfield,

It is hereby ORDERED that this case be reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this ___17___ day of November, 2015.

_____
Lisa Godbey Wood, Chief Judge
United States District Judge
Southern District of Georgia